IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
BAVARIAN NORDIC A/S                  :
                                     :
            Plaintiffs,              :   Civil Action No. 05-___ 05-614
                                     :
      v.                             :
                                     :   **JURY TRIAL DEMANDED**
ACAMBIS INC., and ACAMBIS, PLC       :
                                     :
            Defendant.               :
---------------------------------------------------------------x

### PLAINTIFFS' RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that plaintiff Bavarian Nordic A/S has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Bavarian Nordic A/S.

                              YOUNG CONAWAY STARGATT & TAYLOR LLP

                              _____
                              John W. Shaw (No. 3362)
                              D. Fon Muttamara-Walker (No. 4646)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19899-0391
                              (302) 571-6600
                              fmuttamara-walker@ycst.com

Dated: August 19, 2005