IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-614 |
| | ) | |
| ACAMBIS INC., and | ) | |
| ACAMBIS, PLC | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRAECIPE**

TO:   Peter T. Dalleo, Clerk
United States District Court
J. Caleb Boggs Federal Building
Wilmington, DE 19801

Plaintiff, Bavarian Nordic A/S, hereby requests the enclosed summonses be issued for Acambis, PLC.

Respectfully submitted,

/s/ John W. Shaw
John W. Shaw (No. 3362)
D. Fon Muttamara-Walker (No. 4646)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street – 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Dated: September 1, 2005