IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-614-SLR |
| | ) | |
| ACAMBIS INC. and | ) | |
| ACAMBIS, PLC, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
## <u>ACAMBIS INC AND ACAMBIS PLC</u>

Defendant Acambis Inc. is a wholly owned subsidiary of Defendant Acambis Plc. Acambis Plc has no parent corporation. AMVESCAP owns 27.51% of the issued share capital of Acambis Plc.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
jparrett@mnat.com
   Attorneys for Defendants

OF COUNSEL:

William D. Coston
Linsday B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
202-344-4000

September 9, 2005
482285

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw
>YOUNG CONAWAY STARTGATT
>  & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 9, 2005, upon the following individuals in the manner indicated:

**BY HAND**:

>John W. Shaw
>YOUNG CONAWAY STARTGATT
>  & TAYLOR
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391

**BY FEDERAL EXPRESS**

>Edward A. Pennington
>SWIDLER BERLIN LLP
>3000 K Street, N.W., Ste. 300
>Washington, DC  20007-5116

>*/s/ James W. Parrett, Jr.*
>James W. Parrett, Jr. (#4292)

482285