IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| v.            ) | Civil Action No. 05-614-SLR |
| ) | |
| ACAMBIS INC. and            ) | |
| ACAMBIS, PLC,            ) | |
| ) | |
| Defendants.            ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of William D. Coston, Lindsay B. Meyer, Eric S. Namrow, and Martin L. Saad to represent the Defendants, Acambis Inc. and Acambis Plc, in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
|  | /s/ *James W. Parrett, Jr.* |
|  | _____ |
| OF COUNSEL: | Mary B. Graham (#2256) |
|  | James W. Parrett, Jr. (#4292) |
| William D. Coston | 1201 North Market Street |
| Lindsay B. Meyer | P.O. Box 1347 |
| Eric S. Namrow | Wilmington, DE 19899-1347 |
| Martin L. Saad | (302) 658-9200 |
| VENABLE, LLP | *Attorneys for Defendant Acambis Inc.* |
| 575 7th Street, NW | *and Acambis PLC* |
| Washington, DC 20004-1601 |  |
| 202-344-4000 |  |

September 14, 2005

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____              _____
                                   United States District Judge

481175

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: SEPT. 13, 2005

William D. Coston
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 9/13/05

Lindsay B. Meyer
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 9/13/05

Eric S. Namrow
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 9/13/05

Martin L. Saad
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4000

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw
> YOUNG CONAWAY STARGATT
>   & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 14, 2005, upon the following individuals in the manner indicated:

### BY HAND:

> John W. Shaw
> YOUNG CONAWAY STARGATT
>   & TAYLOR
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391

### BY FACSIMILE

> Edward A. Pennington
> SWIDLER BERLIN LLP
> 3000 K Street, N.W., Ste. 300
> Washington, DC  20007-5116

/s/ James W. Parrett, Jr.
_____
James W. Parrett, Jr. (#4292)
jparrett@mnat.com

481175