IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-614 |
| | ) | |
| ACAMBIS INC., and | ) | |
| ACAMBIS, PLC | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Edward A. Pennington, Robert C. Bertin, Stephanie D. Scruggs, and George S. Jones, in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
jshaw@ycst.com

Attorneys for Bavarian Nordic A/S

Dated: September 15, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Edward A. Pennington, Robert C. Bertin, Stephanie D. Scruggs, and George S. Jones is granted.

Date: September ___, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Edward A. Pennington
Swidler Berlin LLP
3000 K Street N.W., Suite 300
Washington D.C. 20007-5116
202-424-7500

Date: Sept. 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Robert C. Bertin
Swidler Berlin LLP
3000 K Street N.W., Suite 300
Washington D.C. 20007-5116
202-424-7500

Date: Sept. 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

/s/ Stephanie D. Scruggs
Stephanie D. Scruggs
Swidler Berlin LLP
3000 K Street N.W., Suite 300
Washington D.C. 20007-5116
202-424-7500

Date: September 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

*George S. Jones*
George S. Jones
Swidler Berlin LLP
3000 K Street N.W., Suite 300
Washington D.C. 20007-5116
202-424-7500

Date: 9/13/05

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire hereby certify that on September 15, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Mary B. Graham, Esquire
>   1201 North Market Street
>   P.O. Box 1347
>   Wilmington, DE  19899-1347

I further certify that on September 15, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>   **BY FEDERAL EXPRESS**
>
>   William D. Coston, Esquire
>   Venable, LLP
>   575 7th Street, NW
>   Washington, DC  20004-1601

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ John W. Shaw
>   _____
>   John W. Shaw (No. 3362)
>   D. Fon Muttamara-Walker (No. 4646)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, DE  19801
>   (302) 571-6600
>   jshaw@ycst.com
>
>   Attorneys for Bavarian Nordic A/S