IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BAVARIAN NORDIC A/S,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀Civil Action No. 05-614-SLR
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
ACAMBIS INC. and⠀⠀⠀⠀⠀⠀⠀)
ACAMBIS, PLC,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Defendants.⠀⠀⠀)

## ORDER

⠀⠀⠀⠀⠀WHEREAS, Bavarian Nordic A/S ("Bavarian Nordic") has moved pursuant to Federal Rule of Civil Procedure 12(f) to strike Defendants' Second Defense, subpart f); and

⠀⠀⠀⠀⠀WHEREAS, the Court has considered the parties' positions and arguments with respect to the motion, and finds that Bavarian Nordic is entitled to the relief it seeks;

⠀⠀⠀⠀⠀NOW, THEREFORE, IT IS HEREBY ORDERED, this ___ day of _____, 2005, that Bavarian Nordic's motion is GRANTED. Defendant's Second Defense, subpart f) is hereby STRICKEN.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀_____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀United States District Judge