# EXHIBIT 2



A 759101

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

March 15, 2005

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON
August 04, 2003.

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

TRUDIE WALLACE
Certifying Officer

FORM PTO-1595 (Modified)
(Rev 03-01)
OMB No. 0651-0027 (exp 5/31/2002)
POBA/REV03

06-07-2003

102517932

Docket No.: BN 35 B

SHEET
Y

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

Tab settings → → ▼ → ▼ → → ▼ → ▼ → ▼ → ▼

To the Director of the United States Patent and Trademark Office: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| 1. Paul CHAPLIN<br>2. Paul HOWLEY<br>3. Christine MEISINGER<br><br>Additional names(s) of conveying party(ies) ☐ Yes ☒ No | Name: BAVARIAN NORDIC A/S<br><br>Address: Ved Amagerbanen 23 |

8. 4: 63

| 3. Nature of conveyance: | |
|---|---|
| ☒ Assignment | ☐ Merger |
| ☐ Security Agreement | ☐ Change of Name |
| ☐ Other | |
| Execution Date: April 14, 2003 | |

City: Copenhagen S.    State/Prov.
Country: DENMARK    ZIP: DK-2500
Additional name(s) & address(es)   ☐ Yes ☒ No

4. Application number(s) or patent numbers(s):

If this document is being filed together with a new application, the execution date of the application is:

| Patent Application No. | Filing date | B. Patent No.(s) |
|---|---|---|
| 10/439,953 | May 16, 2003 | |

OPR/FINANCE

Additional numbers    ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: [ 1 ] |
|---|---|
| Name: G. PATRICK SAGE | 7. Total fee (37 CFR 3.41):..............$ 40.00 |
| Registration No. 37,710 | ☒ Enclosed - Any excess or insufficiency should be credited or debited to deposit account |
| Address: 500 COLUMBIA PLAZA | |
| 350 EAST MICHIGAN AVENUE | ☐ Authorized to be charged to deposit account |
| City: KALAMAZOO    State/Prov.: MI | 8. Deposit account number: |
| Country: USA    ZIP: 49007 | 08-3220<br>(Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature.

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

G. PATRICK SAGE
Name of Person Signing

Signature

July 30, 2003
Date

Total number of pages including cover sheet, attachments, and    3

Mail documents to be recorded with required cover sheet information to:
Mail Stop Assignment Recordation Services
Director of the United States Patent and Trademark Office
P.O. Box 1450, Alexandria, VA 22313-1450

PATENT
REEL: 014354 FRAME: 0149

| Assignment of Rights, Title and Interest in Invention (Multiple inventors; single assignee) | Docket No. BN 35B |
|---|---|

*This is an Assignment of the following rights, title and interest: (check all that apply):*

- ☒ *United States of America rights, title and interest in the invention*
- ☐ *Foreign rights, title and interest in the invention*
- ☐ *United States Patent Application Serial No.* _____
  - *Date of Execution:* _____  *Date of Filing:* _____
- ☐ *United States Provisional Patent Application Serial No.* _____
- ☐ *United States Patent No(s).* _____
- ☐ *International (PCT) Patent Application Serial No.* _____
- ☐ *Other (specify)* _____

*Title of the Invention*

MODIFIED VACCINIA ANKARA VIRUS VARIANT.

*Inventors (assignors)*

| Name | Address |
|---|---|
| Paul CHAPLIN | Wohlerstrasse 22, 81247 Munchen, Germany |
| Paul HOWLEY | Kopernikusweg 9, 82152 Martinsried, Germany |
| Christine MEISINGER | Kirchenstrasse 9, 82194 Gröbenzell, Germany |
| | 60 Rose Avenue, Glen Waverly, Vic 3150, Australia |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

*Assignee*

| Name | Address |
|---|---|
| BAVARIAN NORDIC A/S | Ved Amagerbanen, DK-2500 Copenhagen S, Denmark |
| | |

[Page 1 of 3 ]                                               A303A/REV01

PATENT
REEL: 014354 FRAME: 0150



| Assignment of Rights, Title and Interest in Invention (Multiple inventors; single assignee) | Docket No. BN 35B |
|---|---|

*Whereas, we, the above-identified Inventors, have invented certain new and useful improvements in the Invention identified above and described in the above-identified patent application(s) and/or patent(s) (hereinafter referred to as "Invention");*

*And, whereas we desire to assign our above-identified rights, title and interest in the Invention to the above-identified Assignee;*

*Now, this Indenture witnesseth, that for good and valuable consideration, the receipt whereof is hereby acknowledged;*

*We hereby assign, sell and transfer our above-identified rights, title and interest in said Invention, said application(s) as identified above, including any divisions, continuations, and continuations-in-part thereof, and in and to any and all Letters Patent of the United States, and countries foreign thereto, which may be granted or have granted for said Invention, and in and to any and all reissues and reexaminations thereof, and in and to any and all priority rights, Convention rights, and other benefits accruing or to accrue to us with respect to the filing of applications for patents or securing of patents in the United States and countries foreign thereto, unto said Assignee;*

*And we hereby authorize and request the Commissioner of Patents and Trademarks to issue any United States Letters Patent which may issue for said Invention to said Assignee, as assignee of the whole right, title and interest thereto;*

*And we further agree to sign and execute all necessary and lawful future documents, including applications for foreign patents, for filing divisions, continuations and continuations-in-part of said application for patent, and/or, for obtaining any reissue or reissues of any Letters Patent which may be granted for my aforesaid Invention, as the Assignee or its Designee(s) may from time to time require and prepare at its own expense.*

*Inventors' Signatures (if Notarization is desired, do not sign here and proceed to next page)*

| Name | Signature/Date |
|---|---|
| Paul CHAPLIN | 14/09/03 |
| Paul HOWLEY | 22/04/03 |
| Christine MEISINGER | 14.09.03 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

[Page 2 of 3]

RECORDED: 08/04/2003

PATENT
REEL: 014364 FRAME: 0161

EXHIBIT 3



U 1346104

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

July 19, 2005

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *6,913,752*
ISSUE DATE:  *July 05, 2005*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. HAWKINS
Certifying Officer



US006913752B2

(12) **United States Patent**
Chaplin et al.

(10) Patent No.: **US 6,913,752 B2**
(45) Date of Patent: **Jul. 5, 2005**

(54) **MODIFIED VACCINIA ANKARA VIRUS VARIANT**

(75) Inventors: **Paul Chaplin**, Munich (DE); **Paul Howley**, Martinsried (DE); **Christine Meisinger**, Grobenzell (DE)

(73) Assignee: **Bavarian Nordic A/S**, Copenhagen S (DK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 56 days.

(21) Appl. No.: **10/439,439**

(22) Filed: **May 16, 2003**

(65) **Prior Publication Data**

US 2003/0206926 A1 Nov. 6, 2003

**Related U.S. Application Data**

(63) Continuation of application No. PCT/EP01/13628, filed on Nov. 22, 2001.

(30) **Foreign Application Priority Data**

Nov. 23, 2000    (DK) ......................................... 2000 01764

(51) Int. Cl.$^7$ ................... **A61K 39/285**; A61K 39/295; C12N 7/00; C12N 7/01; C12N 15/863

(52) U.S. Cl. ................................. **424/199.1**; 424/232.1; 424/208.1; 424/281.1; 435/235.1; 435/236; 435/320.1

(58) Field of Search ............................. 435/235.1, 236, 435/237, 320.1; 424/199.1, 208.1, 232.1, 278.1, 281.1, 93.2, 93.6; 536/23.72; 514/44

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,155,020 A | * | 10/1992 | Paoletti ...................... | 435/69.1 |
| 5,185,146 A | | 2/1993 | Altenburger | |
| 5,494,807 A | * * | 2/1996 | Paoletti et al. ............. | 435/69.3 |
| 5,789,245 A | | 8/1998 | Chang et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO9702355 A | 2/1997 |
| WO | WO 98/56919 | 12/1998 |
| WO | WO 00 28016 | 5/2000 |
| WO | WO 01 68820 | 9/2001 |
| WO | WO 02/24224 | 3/2002 |

OTHER PUBLICATIONS

Eo et al, The Journal of Immunology 166:5473–5479, May 2001.*
Holzer et al (Journal of Virology 73:4536–4542, 1999).*
Antoine et al (Virology 244:365–96, 1998).*
Gilbert et al (Biol. Chem. 380:299–303, 1999).*

Moss et al. "Host range restricted, non–replicating vaccinia virus vectors as vaccine candidates." Advances in Experimentaly Medicine and Biology 397:7–13, 1996.*
Wyatt et al (PNAS 101:4590–4595, 2004).*
Earl et al (Nature 428:182–185, 2004).*
Stittelaar et al. Vaccine 19:3700–3709, 2001.*
Behera AK. Kumar M, Lockey RF and Mohapatra SS (2002) Hum. Gene Ther. Sep. 20; 13(14):1697–709.
Belyakov IM, Earl P, Dzutsev A, Kuznetsov VA, Lemon M, Wyatt LS, Snyder JT, Ahlers JD, Franchini G, Moss B and Berzofsky JA. (2003) Proc. Natl. Acad. Sci. 100:9458–9463.
Hanke T, Samuel RV, Blanchard TJ, Neumann VC, Allen TM, Boyson JE, Sharpe SA, Cook N, Smith GL., Watkins DI, Cranage MP and McMichael AJ (1999) Journal of Virology 73:7524–7532.
Schneider J, Gilbert SC, Blanchard TJ, Hanke T, Robson KJ, Hannan CM, Becker M, Sinden R, Smith GL and Hill AVS. (1998) Nature Medicine 4:397–402.
Mayr, A., Zbl Vet B 23, 417–430 (1976).
Blanchard, J.T., et al., Journal of General Virology, 79, 1159–1167 (1998).
Caroll, W.M. and Moss, B., Virology 238, 198–211 (1997).
Meyer, H., et al., Journal of general virology, 72, 1031–1038 (1991).
Beudler, et al., Journal of Virology, vol. 70, No. 9, pp. 6418–6424 (Sep. 1, 1996).
Schneider, et al. (1998), Nature Medicine 4, 397–402.
Sutter, et al. (1994), Vaccine 12, 1032–1040.
Stittelaar, et al. Vaccine 19.3700–3709, 2001.
Sutter and Moss Proc. Natl. Acad. Sci. USA 89:10847–51, 1992.
Schieflinger, et al, Proc. Natl. Acad. Sci. USA 89:9977–81, 1992.
Merchlinsky, et al. Virology 190:522–6, 1992.

* cited by examiner

*Primary Examiner*—Mary E. Mosher
(74) *Attorney, Agent, or Firm*—The Firm of Hueschen and Sage

(57) **ABSTRACT**

The present invention provides an attenuated virus, which is derived from Modified Vaccinia Ankara virus and characterized by the loss of its capability to reproductively replicate in human cell lines. It further describes recombinant viruses derived from this virus and the use of the virus, or its recombinants, as a medicament or vaccine. A method is provided for inducing an immune response in individuals who may be immune-compromised, receiving antiviral therapy, or have a pre-existing immunity to the vaccine virus. In addition, a method is provided for the administration of a therapeutically effective amount of the virus, or its recombinants, in a vaccinia virus prime/vaccinia virus boost innoculation regimen.

**31 Claims, 12 Drawing Sheets**

Fig. 1A



Fig. 1B



Fig. 2



Dose of MVA given in Prime and Boost (log)

Fig. 3

A



B



Fig. 3C



Fig. 4





Weeks Post Infection

Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11

