EXHIBIT 4



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 20, 2005

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON AUGUST 11, 2003.

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

| | Docket No.: BN 35 A |
|---|---|
| FORM PTO-1595 (Modified) (Rev. 03-01) OMB No. 0651-0027 (exp.5/31/2002) POSA/REV03   8-11-03   Tab settings ⇒ ⇒ ⇒ ▼ ▼   08-14-2003   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   102523992 | ET   U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office |

To the Director of the United States Pa........ ... ..e attached original documents or copy thereof.

| 1. Name of conveying party(ies): <br> 1. Paul CHAPLIN <br> 2. Paul HOWLEY <br> 3. Christine MEISINGER <br><br> Additional names(s) of conveying party(ies)   ☐ Yes ☒ No | 2. Name and address of receiving party(ies): <br><br> Name: BAVARIAN NORDIC A/S <br><br> Address: Ved Amagerbanen 23 |
|---|---|
| 3. Nature of conveyance: <br> ☒ Assignment    ☐ Merger <br> ☐ Security Agreement    ☐ Change of Name <br> ☐ Other _____ <br><br> Execution Date: April 14, 2003 | City: Copenhagen S    State/Prov.: ____ <br> Country: DENMARK    ZIP: DK-2500 <br><br> Additional name(s) & address(es)   ☐ Yes ☒ No |

4. Application number(s) or patent numbers(s):
   If this document is being filed together with a new application, the execution date of the application is:

| Patent Application No. | Filing date | B. Patent No.(s) |
|---|---|---|
| 10/439,439 | May 16, 2003 | |

Additional numbers   ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: <br><br> Name: G. PATRICK SAGE <br> Registration No. 37,710 <br> Address: 500 COLUMBIA PLAZA <br>          350 EAST MICHIGAN AVENUE <br><br> City: KALAMAZOO    State/Prov.: MI <br> Country: USA    ZIP: 49007 | 6. Total number of applications and patents involved:   1 <br><br> 7. Total fee (37 CFR 3.41):.................$  40.00 <br> ☒ Enclosed - Any excess or insufficiency should be credited or debited to deposit account <br> ☐ Authorized to be charged to deposit account <br><br> 8. Deposit account number: <br> 08-3220 <br> (Attach duplicate copy of this page if paying by deposit account) |

DO NOT USE THIS SPACE

9. Statement and signature.
   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

| G. PATRICK SAGE | *(signature)* G. Patrick Sage | August 6, 2003 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Total number of pages including cover sheet, attachments, and   3

08/13/2003 LMUELLER 00000109 10439439     All documents to be recorded with required cover sheet information to: <br>
01 FC:8021      40.00 OP     Mail Stop Assignment Recordation Services <br>
Director of the United States Patent and Trademark Office <br>
P.O. Box 1450, Alexandria, VA 22313-1450

PATENT
REEL: 014369 FRAME: 0076

| Assignment of Rights, Title and Interest in Invention (Multiple Inventors; single assignee) | Docket No. BN 35A |
|---|---|

*This is an Assignment of the following rights, title and interest: (check all that apply):*

- ☒ *United States of America rights, title and interest in the invention*
- ☐ *Foreign rights, title and interest in the invention*
- ☐ *United States Patent Application Serial No.* _____
  - *Date of Execution:* _____   *Date of Filing:* _____
- ☐ *United States Provisional Patent Application Serial No.* _____
- ☐ *United States Patent No(s).* _____
- ☐ *International (PCT) Patent Application Serial No.* _____
- ☐ *Other (specify)* _____

*Title of the Invention*

MODIFIED VACCINIA ANKARA VIRUS VARIANT.

*Inventors (assignors)*

| Name | Address |
|---|---|
| Paul CHAPLIN | Wohlerstrasse 22, 81247 Munchen, Germany |
| Paul HOWLEY | ~~Kopernikusweg 3-9, 82152 Martinsried, Germany~~ |
| Christine MEISINGER | Kirchenstrasse 9, 82194 Gröbenzell, Germany |
|  | 60 Rose Avenue, Glen Waverly, Vic 3150, Australia |

*Assignee*

| Name | Address |
|---|---|
| BAVARIAN NORDIC A/S | Ved Amagerbanen, DK-2500 Copenhagen S, Denmark |

[Page 1 of 3]                                              AS03A/REV01

PATENT
REEL: 014369 FRAME: 0077

| Assignment of Rights, Title and Interest in Invention (Multiple inventors; single assignee) | Docket No. BN 35A |
|---|---|

*Whereas, we, the above-identified Inventors, have invented certain new and useful improvements in the Invention identified above and described in the above-identified patent application(s) and/or patent(s) (hereinafter referred to as "Invention");*

*And, whereas we desire to assign our above-identified rights, title and interest in the Invention to the above-identified Assignee;*

*Now, this indenture witnesseth, that for good and valuable consideration, the receipt whereof is hereby acknowledged;*

*We hereby assign, sell and transfer our above-identified rights, title and interest in said Invention, said application(s) as identified above, including any divisions, continuations, and continuations-in-part thereof, and in and to any and all Letters Patent of the United States, and countries foreign thereto, which may be granted or have granted for said Invention, and in and to any and all reissues and reexaminations thereof, and in and to any and all priority rights, Convention rights, and other benefits accruing or to accrue to us with respect to the filing of applications for patents or securing of patents in the United States and countries foreign thereto, unto said Assignee;*

*And we hereby authorize and request the Commissioner of Patents and Trademarks to issue any United States Letters Patent which may issue for said Invention to said Assignee, as assignee of the whole right, title and interest thereto;*

*And we further agree to sign and execute all necessary and lawful future documents, including applications for foreign patents, for filing divisions, continuations and continuations-in-part of said application for patent, and/or, for obtaining any reissue or reissues of any Letters Patent which may be granted for my aforesaid Invention, as the Assignee or its Designee(s) may from time to time require and prepare at its own expense.*

*Inventors' Signatures (if Notarization is desired, do not sign here and proceed to next page)*

| Name | Signature/Date |
|---|---|
| Paul CHAPLIN | [signature] 14/09/03 |
| Paul HOWLEY | [signature] 22/c/l/c |
| Christine MEISINGER | [signature] 14.09.03 |

(Page 2 of 3)

RECORDED: 08/11/2003

PATENT
REEL: 014369 FRAME: 0078

# EXHIBIT 5

| Foreign Patent or Foreign Patent Application Number | Title | Publication Number | Status |
|---|---|---|---|
| Issued Foreign Patents: NONE | N/A | N/A | N/A |
| Denied Foreign Applications: NONE | N/A | N/A | N/A |
| AU20020031639D | Modified Vaccinia Ankara Virus Variant | AU3163902 | Pending |
| AU20030239805 | Modified Vaccinia Virus Ankara For The Vaccination Of Neonates | AU2003239805 A1 | Pending |
| BR20010015533 | Modified Vaccinia Ankara Virus Variant | BR0115533 | Pending |
| BR20030009339 | Modified Vaccinia Virus Ankara For The Vaccination Of Neonates | BR0309339 | Pending |
| CA20012421151 | Modified Vaccinia Ankara Virus Variant | CA2421151 | Pending |
| CA20032478009 | Modified Vaccinia Virus Ankara For The Vaccination Of Neonates | CA2478009 | Pending |
| CN20010819410 | Modified Vaccinia Ankara Virus Variant | CN1476483 | Pending |
| CZ20030001366 | Variant Of Modified Virus Of Ankara Vaccine Type | CZ20031366 | Pending |
| DE20012022302U | Variante Des Modifizierten Vaccinia-Ankara-Virus | DE20122302U | Pending |
| EE20030000173 | Modified Vaccinia Ankara Virus Variant | EE200300173 | Pending |
| EP20010991753 | Modified Vaccinia Ankara Virus Variant | EP1335987 | Pending |
| EP20030732280 | Modified Vaccinia Virus Ankara For The Vaccination Of Neonates | EP1420822 | Pending |
| HU20040000685 | Modified Vaccinia Ankara Virus Variant | HU0400685 | Pending |
| IL154712D | Modified Vaccinia Ankara Virus Variant | IL154712D | Pending |
| JP20020545184T | Modified Vaccinia Ankara Virus Variant | JP2004514436T | Pending |

| NO20030002309 | Modified Vaccinia Ankara Virus Variant | NO20032309 | Pending |
| --- | --- | --- | --- |
| NZ20010524661 | Modified Vaccinia Ankara Virus Variant | NZ524661 | Pending |
| PL20010361459 | Modified Vaccinia Ankara Virus Variant | PL361459 | Pending |

# EXHIBIT 6

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C. 20436

In the Matter of                              )
                                              )
                                              )   Investigation No. 337-TA-_____
Certain Modified Vaccinia Ankara              )
Viruses And Vaccines Based Thereon            )
                                              )

### DECLARATION OF DR. PAUL CHAPLIN CONCERNING BAVARIAN NORDIC PATENTED AND PROPRIETARY TECHNOLOGY AND ITS UNAUTHORIZED USE

I, Dr. Paul Chaplin, Executive Vice President and Chief Scientific Officer for of Bavarian Nordic A/S, hereby declare:

1. I am a citizen of the United Kingdom and resident of Germany.

2. I am of lawful age and not acting under any disability.

3. Based upon my knowledge gained through my role as Chief Scientific Officer of Bavarian Nordic A/S, my personal knowledge, information published by Acambis Inc. and Acambis PLC (collectively "Acambis"), as well as my thorough review of the patents in suit (of which I am a co-inventor), the information set forth in this Declaration is true and correct.

4. Bavarian Nordic A/S ("Bavarian Nordic") is the owner of the following patented technology relating to certain Modified Vaccinia Ankara ("MVA") viruses and vaccines based thereon: U.S. Patent No. 6,761,893 ("the '893 patent") and U.S. Patent No. 6,913,752 ("the '752 patent"). Bavarian Nordic is also the owner of other proprietary technology relating to certain MVA viruses and vaccines based thereon. Specifically, Bavarian Nordic is the exclusive licensee of the MVA-572 and MVA-575 virus strains and is the owner of certain trade secrets. The patented and proprietary technologies and their unauthorized use are described below.

1

### I. The '893 and '752 Patents Cover Acambis MVA3000

5.  U.S. Patent Nos. 6,761,893 and 6,913,752 cover, *inter alia*, the MVA-BN® virus and derivatives thereof, MVA-based smallpox vaccines, such as IMVAMUNE™, and the use of MVA-BN® as a vector technology.

6.  Acambis infringes at least claims 1, 4, 5 and 34 of the '893 patent and claims 1 - 9 and 13 - 16 of the '752 patent because Acambis has published the sequence of the strain used in its MVA smallpox vaccine product, and this sequence is the same as the sequence of the patented MVA-BN® strain. The fact that the sequences are the same indicates that the Acambis strain will have like or exactly the same properties, such as the same immunogenic and safety profiles, as the MVA-BN® strain as claimed in the patents.

7.  The identity of sequences is understandable since Acambis received and used without permission an MVA strain that was given to the NIH for research purposes only, and then passed on to Acambis after several rounds of plaque purification.

### II. Bavarian Nordic's Trade Secrets

8.  Acambis was able to develop a competing MVA based vaccine product only because of trade secret information that Acambis received from the NIH, the aforementioned strain, dosing information, and manufacturing details including the need for a cloned MVA and the need for use of CEF cells. Without this information and biological material, Acambis could not have developed a competing product.

9.  Acambis received this information and biological material knowing that it was proprietary to Bavarian Nordic but used it nonetheless. Even though some of this information

2

became public when Bavarian Nordic's patents issued, the early knowledge gave Acambis the ability to save time and money to their advantage.

### III. Acambis used Bavarian Nordic's Trade Secrets to develop MVA3000

10. Bavarian Nordic trade secrets were used by Acambis to create Acambis's MVA based smallpox vaccine product, MVA3000.

11. Prior to meeting with Bavarian Nordic in the summer of 2002, Acambis had no MVA research programs, and was in talks with Bavarian Nordic to participate in Bavarian Nordic's commercialization of MVA-BN as a smallpox vaccination.

12. The trade secret information and strains that Acambis obtained and used without permission allowed Acambis to not only save time and money, but certain data associated with the information and strains was so surprising and unexpectedly good that Acambis was able to make the strategic decision to pursue MVA vaccines at a time when it did not even have a program.

### IV. The '893 and '752 Patents Cover Bavarian Nordic's IMVAMUNE vaccine product

13. At least one claim in the '893 and '752 patents covers Bavarian Nordic's MVA based smallpox vaccine sold under the trademark IMVAMUNE ™. Bavarian Nordic has documented that the strain used in the IMVAMUNE ™ product, MVA-BN®, has the properties noted in the claims, including, that the product will not kill immune compromised mice, known as AGR129 mice.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 19th Aug 2005

Paul Chaplin,
Executive Vice President &
Chief Scientific Officer

4