EXHIBIT 8

# Straight talking

Annual Report 2004

Acambis

STRAIGHT TALKING
2  Chairman's statement

STRATEGY: OUR ROAD TO GROWTH
4  Overview
6  Exploiting the smallpox franchise to the full
8  Driving the product pipeline forward
10 Building on our strengths
12 Improving the predictability of our revenue stream

DEVELOPMENT: MANAGING OUR GROWTH
14 Improving controls and compliance
16 Growing responsibly
18 Risk management

PERFORMANCE REVIEW: THE UPS AND DOWNS OF 2004
20 Operating review of 2004
23 Financial review of 2004

BOARD REVIEW: STRONGER GOVERNANCE, BROADER EXPERIENCE
26 Chairman's Board review
28 Directors' biographies
30 Corporate governance statement
32 Remuneration report

FINANCIALS: THE FACTS AND FIGURES
42 Directors' report
44 Directors' responsibilities
45 Independent auditors' report to the members of Acambis plc
46 Financial statements
50 Notes to Group financial statements
71 Summarised Group statements

GENERAL INFORMATION
72 Shareholder information
BC Company information and advisers

ABBREVIATIONS AND DEFINITIONS

**The following abbreviations are used throughout this document**

| | |
|---|---|
| ADR | American Depositary Receipt |
| AGM | Annual General Meeting |
| Baxter | Baxter International Inc. or subsidiaries thereof |
| BIA | BioIndustry Association |
| BLA | Biologics License Application |
| BPC | Berna Products Corporation |
| CDC | US Centers for Disease Control and Prevention |
| CEO | Chief Executive Officer |
| CFO | Chief Financial Officer |
| CR | Corporate responsibility |
| CSO | Chief Scientific Officer |
| DSMB | Data and Safety Monitoring Board |
| EITF | Emerging Issues Task Force |
| EMA | European Medicines Agency |
| EPS | Earnings per share |
| ESOP | Employee Share Ownership Plan |
| FASB | Financial Accounting Standards Board |
| FDA | Food and Drug Administration |
| FIN | FASB Interpretation Numbers |
| FRS | Financial Reporting Standard |
| GAAP | Generally Accepted Accounting Principles |
| GSK | GlaxoSmithKline |
| IAS | International Accounting Standards |
| ID | Infectious disease |
| IFRS | International Financial Reporting Standards |
| IND | Investigational New Drug |
| IP | Intellectual Property |
| JE | Japanese encephalitis |
| LSE | London Stock Exchange |
| LTIP | Long-term share incentive plan |
| MVA | Modified Vaccinia Ankara |
| NIAID | National Institute of Allergy and Infectious Disease |
| NIH | National Institutes of Health |
| OFR | Operating and Financial Review |
| PwC | PricewaterhouseCoopers LLP |
| QA/QC | Quality Assurance/Quality Control |
| R&D | Research and development |
| SEC | Securities and Exchange Commission |
| SP | sanofi pasteur |
| SFAS | Statement of Financial Accounting Standard |
| TSR | Total shareholder return |
| UITF | Urgent Issues Task Force |
| VIG | Vaccinia Immune Globulin |
| WHO | World Health Organization |

**About Acambis**
Acambis is a biopharmaceutical company operating in the infectious disease arena, with a focus on developing new vaccines. We are headquartered in Cambridge, UK. The majority of our operations are based in the US, with R&D in Cambridge, MA, manufacturing in Canton, MA and a sales and marketing operation in Miami, FL. We are a UK public limited company with shares listed on the LSE since 1995 and on NASDAQ, in the form of ADRs, since 2001. We employ around 270 people and are building fully integrated operations to enable us to research, develop, test, manufacture and sell new vaccines.

**About this Annual Report**
This is the Annual Report for the year ended 31 December 2004. It contains the Annual Report and Financial Statements in accordance with UK regulations. The Annual Report on Form 20-F for the US SEC will be filed separately. References to the Group and Acambis throughout this document relate to Acambis plc and all of its subsidiary and associated undertakings. References to the Company are to Acambis plc, the ultimate holding company. For further information on Acambis, please visit our website at **www.acambis.com**

**Cautionary statement regarding forward-looking statements**
Under the safe harbour provisions of the US Private Securities Litigation Reform Act of 1995, the Company cautions investors that any forward-looking statements or projections made in this document are subject to risks and uncertainties that may cause actual results to differ materially from those projected. These forward-looking statements are based on estimates and assumptions made by the management of Acambis and are believed to be reasonable, though are inherently uncertain and difficult to predict. Actual results or experience could differ materially from the forward-looking statements. Factors that may affect the Group's operations are discussed in the operating and financial review and the corporate governance statement contained within this Annual Report and in documents as filed with the US SEC from time to time.

**Straight talking**

In this year's Annual Report, we're 'straight talking'. Where is Acambis going? What are we doing to grow the business? How are we changing to manage that growth? How have we been performing? The answers to these and other questions are provided in the following sections:

# Strategy:
# our road to growth

# Development:
# managing our growth

# Performance review:
# the ups and downs of 2004

# Board review:
# stronger governance,
# broader experience

# Financials:
# the facts and figures

But first, our Chairman is looking towards a year of investment in 2005...

2  Chairman's statement



# Looking towards a year of investment in 2005

Our goal is to build Acambis into a fully integrated biopharmaceutical company, targeting infectious diseases with vaccines and other biological products. Whilst our current focus is on vaccines, we will consider the development of other biological products in due course.

REVIEW OF 2004

With good news and progress in some areas and disappointments in others, 2004 was a year of mixed fortunes for Acambis. Much attention was directed during the year to our high-profile ACAM2000 investigational smallpox vaccine project as we faced not only a five month-long clinical hold on our two Phase III trials but also the US Government's unexpected decision not to place an anticipated order for a further 26.5 million doses.

The clinical hold on ACAM2000 was lifted in September and we are working towards submitting a BLA to the US FDA during 2005, under the fast-track status we were granted at the end of 2004. We also succeeded in winning ACAM2000 contracts with three other governments during 2004 and have submitted a proposal to the US Government for Acambis to provide it with an ongoing production readiness capability, known as 'warm-base' manufacturing.

We were delighted to be awarded a second US Government contract for development and manufacture of our MVA attenuated smallpox vaccine, which also received fast-track status from the FDA during the year. This second contract, potentially worth up to $131m, ensures we continue to be very well positioned to bid for future US Government stockpiling contracts.

We also became the first company to report results from a human clinical trial of a West Nile vaccine candidate, from which further results are expected during the first half of 2005. In addition, based on the data from our Phase I trial, the ChimeriVax-Dengue vaccine is advancing to the next stage of clinical development.

On the management front, following his appointment as CEO in February 2004, Gordon Cameron is providing strong leadership in driving forward our strategy and operations. Together with David Lawrence, who joined us as CFO from Chiron Vaccines in August, and our CSO, Dr Tom Monath, our team of Executive Directors represents a strong combination of diverse knowledge and experience, and is well equipped to manage our new phase of growth.

After 11 years with the Company, Nick Higgins stood down as Chief Business Officer at the end of 2004 to pursue alternative career opportunities within the biotechnology industry, and we extend to him our considerable thanks and best wishes.

The Board has also been strengthened through the appointment of two Non-executive Directors, Ross Graham and Dr Randal Chase, who provide financial experience and industry expertise, respectively.

We also welcomed Dr Joan Fusco into the senior management team as Senior Vice President, Operations, with responsibility for key operational areas of Manufacturing, Process Development and Quality. Joan was previously a Vice President in the vaccines division of Baxter and has gained extensive technical, commercial, project management and operational experience during her 18 years in the vaccine industry. Through the addition of Joan, David, Ross and Randal, we have significantly expanded our commercial and industry expertise.

TOTAL SHAREHOLDER RETURN (TSR)
TSR REBASED TO 100



—— ACAMBIS
—— PHARMA AND BIOTECH PEER GROUP[1]

1. A full list of peer-group companies is provided on page 93

**THE OFR**

3

UNDER UK GOVERNMENT LEGISLATION, QUOTED COMPANIES WILL BE REQUIRED TO PUBLISH A NEW
OFR IN THEIR ANNUAL REPORTS FOR ACCOUNTING PERIODS COMMENCING AFTER 1 APRIL 2005. FOR
ACAMBIS, THIS WILL APPLY AS FROM NEXT YEAR'S ANNUAL REPORT. THE OFR IS INTENDED TO ADDRESS A
COMPANY'S PERFORMANCE AND FACTORS INFLUENCING BOTH PAST RESULTS AND FUTURE PERFORMANCE
SO THAT STAKEHOLDERS ARE ABLE TO ASSESS THE STRATEGIES A COMPANY HAS ADOPTED AND THE
LIKELIHOOD OF ITS ACHIEVING ITS GOALS.

AS PART OF OUR ONGOING COMMITMENT TO OPEN COMMUNICATION WITH SHAREHOLDERS, WE HAVE
CHOSEN TO APPLY THE OFR PRINCIPLES EARLY TO OUR ANNUAL REPORTS. WE INTRODUCED A NEW-STYLE
OFR IN OUR 2003 ANNUAL REPORT AND HAVE EXPANDED OUR APPLICATION OF THE OFR IN THIS, OUR
2004 ANNUAL REPORT. THIS INFORMATION IS PRESENTED AS FOLLOWS:

| | |
|---|---|
| A STATEMENT OF THE BUSINESS OBJECTIVES AND STRATEGIES | |
| TRENDS AND FACTORS AFFECTING FUTURE PERFORMANCE | |
| TRENDS AND FACTORS AFFECTING PAST PERFORMANCE | |
| A DESCRIPTION OF THE RESOURCES AVAILABLE | |
| ESSENTIAL RELATIONSHIPS, UNCERTAINTIES | |
| CAPITAL STRUCTURE, TREASURY POLICIES AND LIQUIDITY | |
| OF SOCIAL, ENVIRONMENTAL AND ETHICAL MATTERS | |

**THE YEAR AHEAD**

In the Board's view, 2005 is a year of
investment aimed at driving our product
pipeline forward, building Acambis'
core capabilities and seeking to exploit
further opportunities to expand
the business.

Though we have been a profitable
company since 2002, we anticipate that
the expected decline in revenues from
our ACAM2000 US Government contract,
coupled with the level of investment
required to develop our product pipeline,
may mean that we need to make
a choice between remaining profitable
in the short term and making the
required R&D investment. Given that
choice, it is clearly appropriate that we
should invest in the products for the
long-term value they can generate.

We have clear goals of building a fully
integrated business and maximising our
revenue-generating opportunities to
enable us to drive forward and expand
our product portfolio. With our new
management team in place, we are
confident that, during 2005, we will
make good progress towards our aim
of establishing Acambis as one of the
leading players in a new generation
of vaccine companies.

Alan Smith
Chairman

## Our top 10 priorities for 2005

We have established the following priorities for the
coming year. These will be the areas on which our
resources will be most closely focused.

File the ACAM2000 BLA with the FDA

Secure ACAM2000 US Government warm-base
manufacturing contract

Achieve year-on-year growth in sales of ACAM2000
to other governments, in partnership with Baxter

Execute planned activities under our existing
US Government MVA contract

Implement strategy to win the US Government's
MVA stockpile contract

Commence Phase III trial of ChimeriVax-JE

Commence Phase II trial of ChimeriVax-West Nile

Commence Phase I trial of C. difficile

Utilise our manufacturing capacity

Add products and/or projects to our portfolio