**Reporting Requirements**
**Development and Testing of a Modified Vaccinia Ankara (MVA) Vaccine**
**RFP NIH-NIAID-DMID-03-44**

<u>Technical Reporting Requirements</u>

The Contractor shall submit to the Contracting Officer and to the Project Officer technical progress reports covering the work accomplished during each reporting period. These reports are subject to the technical inspection and request for clarification by the Project Officer. The reports shall be brief and factual and prepared in accordance with the following format:

A. <u>Technical Reports</u>

   The Contractor shall prepare and submit the following reports in the manner stated below:

   1. <u>Monthly Technical Progress Reports</u> - On the first day of each month, the Contractor shall submit three (3) copies of a Monthly Technical Progress Report comprising of two (2) copies to the Project Officer and one (1) copy to the Contracting Officer. Such reports shall include the following specific information:

      a. A cover page that lists the contract number and title, the period of performance being reported, the contractor's name and address, the author(s), and the date of submission;

      b. SECTION I – An introduction covering the purpose and scope of the contract effort;

      c. SECTION II – The report shall summarize the results of work done during the period covered. These reports shall be in sufficient detail to explain the results achieved. Proprietary information included in these reports should be clearly marked. Also to be included in the report is a summary of work proposed for the next reporting period. Scientific requirements are set forth in the Statement of Work.

      Technical and substantive performance and any problems encountered and/or which may exist along with proposed corrective actions should be discussed with the Project Officer.

      A monthly report will not be required for the period when the final report is due.

   2. <u>Final Report</u> - By the completion date of the contract, the Contractor shall submit four (4) copies of a Final Report, formatted as stated above, comprising of three (3) copies to the Project Officer and one (1) copy to the Contracting Officer. This final report shall be in sufficient detail to explain the results achieved. Specific requirements are set forth in the Statement of Work. Preprints and reprints of papers and abstracts shall be submitted.

   3. <u>Summary of Salient</u> - With the final report the Contractor shall submit a summary (not to exceed 200 words) of salient results achieved during the performance of the contract.

B.  Technical Report Distribution

Copies of the technical reports shall be submitted as follows:

| Type of Report | No. of Copies | Addresses | Due Dates |
|---|---|---|---|
| Monthly Progress | 2 | Project Officer (PO)<br>DMID/NIAID/NIH<br>6700-B Rockledge Dr., MSC 7630<br>Room ___<br>Bethesda, Maryland 20892-7630 | 1st day of each Month. |
| Monthly Progress | 1 | Contracting Officer (CO)<br>CMB/NIAID/NIH<br>6700-B Rockledge Dr., MSC 7612<br>Room 2300<br>Bethesda, Maryland 20892-7612 | Same as above |
| Final | 3 | Same as PO above | By the contract completion date. |
| Final | 1 | Same as CO above | Same as above |
| Summary of Salient Results | 3 | Same as PO above | Same as above |
| Summary of Salient Results | 1 | Same as CO above | Same as above |

C.  Other Deliverables

The following are considered deliverables under this contract:

1)  All technical reports, preprints and protocols as described in paragraph A., above.  These deliverables are due as indicated in paragraph B, above.

2)  All milestones indicated in the Statement of Work.  *(Specific dates and delivery locations will be identified in the final contract document.)*

If the Contractor becomes unable to deliver the reports specified hereunder within the period of performance because of unforeseen difficulties, notwithstanding the exercise of good faith and diligent efforts in performance of the work, the Contractor shall give the Contracting Officer immediate written notice of anticipated delay, the reason for the delay, and the expected date of delivery for the report.

## PART I - THE SCHEDULE

## SECTIONS B - H -- UNIFORM CONTRACT FORMAT - GENERAL

A Sample Uniform Contract Format may be found at the following website:

http://www4.od.nih.gov/ocm/contracts/rfps/sampkt.htm

[Disregard SECTION I and J of this sample.  Those SECTIONS have been incorporated as part of this RFP.]

## PART II – CONTRACT CLAUSES

## SECTION I - CONTRACT CLAUSES

THE FOLLOWING PAGES CONTAIN A LISTING(S) OF GENERAL CLAUSES WHICH WILL BE APPLICABLE TO MOST CONTRACTS RESULTING FROM THIS RFP. HOWEVER, THE ORGANIZATIONAL STRUCTURE OF THE SUCCESSFUL OFFEROR(S) WILL DETERMINE THE SPECIFIC GENERAL CLAUSES LISTING TO BE CONTAINED IN THE CONTRACT(S) AWARDED FROM THIS RFP.

**ARTICLE I.1.  GENERAL CLAUSES FOR A COST-REIMBURSEMENT RESEARCH AND DEVELOPMENT CONTRACT – FAR 52.252-2, CLAUSES INCORPORATED BY REFERENCE (FEBRUARY 1998)**

This contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this URL:  http://www.arnet.gov/far/.

a.   FEDERAL ACQUISITION REGULATION (FAR) (48 CHAPTER 1) CLAUSES

| FAR Clause No. | Date | Title |
|---|---|---|
| 52.202-1 | Dec 2001 | Definitions |
| 52.203-3 | Apr 1984 | Gratuities (Over $100,000) |
| 52.203-5 | Apr 1984 | Covenant Against Contingent Fees (Over $100,000) |
| 52.203-6 | Jul 1995 | Covenant Against Contingent Fees (Over $100,000) |
| 52.203-7 | Jul 1995 | Anti-Kickback Procedures (Over $100,000) |
| 52.203-8 | Jan 1997 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (Over $100,000) |
| 52.203-10 | Jan 1997 | Price or Fee Adjustment for Illegal or Improper Activity (Over $100,000) |
| 52.203-12 | Jun 1997 | Limitation on Payments to Influence Certain Federal Transactions (Over $100,000) |
| 52.204-4 | Aug 2000 | Printing/Copying Double-Sided on Recycled Paper (Over $100,000) |
| 52.209-6 | Jul 1995 | Protecting the Governments Interests When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment (Over $25,000) |
| 52.215-2 | Jun 1999 | Audit and Records - Negotiation (Over $100,000) |
| 52.215-8 | Oct 1997 | Order of Precedence – Uniform Contract Format |
| 52.215-10 | Oct 1997 | Price Reduction for Defective Cost or Pricing Data |
| 52.215-12 | Oct 1997 | Subcontractor Cost or Pricing Data (Over $500,000) |
| 52.215-14 | Oct 1997 | Integrity of Unit Prices (Over $100,000) |
| 52.215-15 | Dec 1998 | Pension Adjustments and Asset Reversions |
| 52.215-18 | Oct 1997 | Reversion or Adjustment of Plans for Post-Retirement Benefits (PRB) Other Than Pensions |
| 52.215-19 | Oct 1997 | Notification of Ownership Changes |
| 52.215-21 | Oct 1997 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data - Modifications |
| 52.216-7 | Feb 2002 | Allowable Cost and Payment |
| 52.216-8 | Mar 1997 | Fixed Fee |

| | | |
|---|---|---|
| 52.219-8 | Oct 2000 | Utilization of Small Business Concerns (Over $100,000) |
| 52.219-9 | Jan 2002 | Small Business Subcontracting Plan (Over $500,000) |
| 52.219-16 | Jan 1999 | Liquidated Damages - Subcontracting Plan (Over $500,000) |
| 52.222-2 | Jul 1990 | Payment for Overtime Premium (Over $100,000) (NOTE: The dollar amount in paragraph (a) of this clause is $0 unless otherwise specified in the contract.) |
| 52.222-3 | Aug 1996 | Convict Labor |
| 52.222-26 | Apr 2002 | Equal Opportunity |
| 52.222-35 | Dec 2001 | Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans |
| 52.222-36 | Jun 1998 | Affirmative Action for Workers with Disabilities |
| 52.222-37 | Dec 2001 | Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans |
| 52.223-6 | May 2001 | Drug-Free Workplace |
| 52.223-14 | Oct 2000 | Toxic Chemical Release Reporting |
| 52.225-1 | May 2002 | Buy American Act - Supplies |
| 52.225-13 | Jul 2000 | Restrictions on Certain Foreign Purchases |
| 52.227-1 | Jul 1995 | Authorization and Consent, Alternate I (Apr 1984) |
| 52.227-2 | Aug 1996 | Notice and Assistance Regarding Patent and Copyright Infringement (Over $100,000) |
| 52.227-11 | Jun 1997 | Patent Rights - Retention by the Contractor (Short Form) (NOTE: In accordance with FAR 27.303 (a) (2), paragraph (f) is modified to include the requirements in FAR 27.303 (a) (2) (i) through (iv). The frequency of reporting in (i) is annual. |
| 52.227-14 | Jun 1987 | Rights in Data – General |
| 52.232-9 | Apr 1984 | Limitation on Withholding of Payments |
| 52.232-17 | Jun 1996 | Interest (Over $100,000) |
| 52.232-20 | Apr 1984 | Limitation of Cost |
| 52.232-23 | Jan 1986 | Assignment of Claims |
| 52.232-25 | Feb 2002 | Prompt Payment |
| 52.232-34 | May 1999 | Payment by Electronic Funds Transfer--Other Than Central Contractor Registration |
| 52.233-1 | Dec 1998 | Disputes |
| 52.233-3 | Aug 1996 | Protest After Award |
| 52.242-1 | Apr 1984 | Notice of Intent to Disallow Costs |

| | | |
|---|---|---|
| 52.242-3 | May 2001 | Penalties for Unallowable Costs (Over $500,000) |
| 52.242-4 | Jan 1997 | Certification of Final Indirect Costs |
| 52.242-13 | Jul 1995 | Bankruptcy (Over $100,000) |
| 52.243-2 | Aug 1987 | Changes - Cost Reimbursement, Alternate V (Apr 1984) |
| 52.244-2 | Aug 1998 | Subcontracts, Alternate II (Aug 1998)  *If written consent to subcontract is required, the identified subcontracts are listed in ARTICLE B., Advance Understandings. |
| 52.244-5 | Dec 1996 | Competition in Subcontracting (Over $100,000) |
| 52.245-5 | Jan 1986 | Government Property (Cost-Reimbursement, Time and Material, or Labor Hour Contract) |
| 52.246-23 | Feb 1997 | Limitation of Liability (Over $100,000) |
| 52.249-6 | Sep 1996 | Termination (Cost-Reimbursement) |
| 52.249-14 | Apr 1984 | Excusable Delays |

b.   DEPARTMENT OF HEALTH AND HUMAN SERVICES ACQUISITION REGULATION (HHSAR) (48 CFR CHAPTER 3) CLAUSES

| HHSAR Clause No. | Date | Title |
|---|---|---|
| 352.202-1 | Jan 2001 | Definitions - with Alternate paragraph (h) (Jan 2001) |
| 352.228-7 | Dec 1991 | Insurance - Liability to Third Persons |
| 352.232-9 | Apr 1984 | Withholding of Contract Payments |
| 352.233-70 | Apr 1984 | Litigation and Claims |
| 352.242-71 | Apr 1984 | Final Decisions on Audit Findings |
| 352.270-5 | Apr 1984 | Key Personnel |
| 352.270-6 | Jul 1991 | Publication and Publicity |

[END OF GENERAL CLAUSES FOR A COST-REIMBURSEMENT RESEARCH
AND DEVELOPMENT CONTRACT – Rev. 05/2002]

**ARTICLE I.2. AUTHORIZED SUBSTITUTIONS OF CLAUSES**

Any authorized substitutions and/or modifications other than the General Clauses which will be based on the type of contract/Contractor will be determined during negotiations.

It is expected that the following clause(s) will be made part of the resultant contract:

ALTERNATE IV (OCTOBER 1997) of FAR Clause 52.215-21, REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (OCTOBER 1997) is added.

ALTERNATE II (OCTOBER 2001) of FAR Clause 52.219-9, SMALL BUSINESS SUBCONTRACTING PLAN (JANUARY 2002) is added.

FAR Clause 52.232-20, LIMITATION OF COST, is deleted in its entirety and FAR Clause 52.232-22, LIMITATION OF FUNDS (APRIL 1984) is substituted therefor. **[Note: When this contract is fully funded, FAR Clause 52.232-22, LIMITATION OF FUNDS will no longer apply and FAR Clause 52.232-20, LIMITATION OF COST will become applicable.]**


**ARTICLE I.3.  ADDITIONAL CONTRACT CLAUSES**

Additional clauses other than those listed below which are based on the type of contract/Contractor shall be determined during negotiations.  Any contract awarded from this solicitation will contain the following:

This contract incorporates the following clauses by reference, (unless otherwise noted), with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.

a.    FEDERAL ACQUISITION REGULATION (FAR) (48 CFR CHAPTER 1) CLAUSES

FAR 52.215-17, Waiver of Facilities Capital Cost of Money  (OCTOBER 1997).

FAR 52.217-9, Option to Extend the Term of the Contract (MARCH 2000).

"(a)   The Government may extend the term of this contract by written notice to the Contractor within  [INSERT THE PERIOD OF TIME WITHIN WHICH THE CONTRACTING OFFICER MAY EXERCISE THE OPTION] ; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least days [60 days unless a different number of days is inserted] before the contract expires.  The preliminary notice does not commit the Government to an extension."

(c)   The total duration of this contract, including the exercise of any options under this clause, shall not exceed [MONTHS/YEARS]."

FAR 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JANUARY 1999).

"(c) Waiver of evaluation preference.....

[  ] Offeror elects to waive the evaluation preference."

ALTERNATE I (OCTOBER 1998), FAR Clause 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (OCTOBER 1999).

FAR 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCTOBER 1999).

FAR 52.223-3, Hazardous Material Identification and Material Safety Data (JANUARY 1997), ALTERNATE I (JULY 1995).

FAR 52.224-1, Privacy Act Notification (APRIL 1984).

FAR 52.224-2, Privacy Act (APRIL 1984).

FAR 52.227-14, Rights in Data - General (JUNE 1987)

FAR 52.230-2, Cost Accounting Standards (APRIL 1998).

FAR 52.230-3, Disclosure and Consistency of Cost Accounting Practices (APRIL 1998).

FAR 52.230-6, Administration of Cost Accounting Standards (NOVEMBER 1999).

b.  DEPARTMENT OF HEALTH AND HUMAN SERVICES ACQUISITION REGULATION/PUBLIC HEALTH SERVICE ACQUISITION REGULATION (HHSAR)/(PHSAR) (48 CHAPTER 3) CLAUSES:

HHSAR 352.223-70, Safety and Health (JANUARY 2001)

HHSAR 352.224-70, Confidentiality of Information (APRIL 1984).

HHSAR 352.270-8, Protection of Human Subjects (JANUARY 2001).

> Note: The Office for Human Research Protections (OHRP), Office of the Secretary (OS), Department of Health and Human Services (DHHS) is the office responsible for oversight of the Protection of Human subjects and should replace Office for Protection from Research Risks (OPRR), National Institutes of Health (NIH) wherever it appears in this clause.

HHSAR 352.270-9, Care of Live Vertebrate Animals (JANUARY 2001).

c.  NATIONAL INSTITUTES OF HEALTH (NIH) RESEARCH CONTRACTING (RC) CLAUSES:

The following clauses are attached and made a part of this contract:

NIH (RC)-7, Procurement of Certain Equipment (APRIL 1984) (OMB Bulletin 81-16).

NIH(RC)-11, Research Patient Care Costs (4/1/84).

## ARTICLE I.4.  ADDITIONAL FAR CONTRACT CLAUSES INCLUDED IN FULL TEXT

Additional clauses other than those listed below which are based on the type of contract/Contractor shall be determined during negotiations.  Any contract awarded from this solicitation will contain the following:

This contract incorporates the following clauses in full text.

FEDERAL ACQUISITION REGULATION (FAR)(48 CFR CHAPTER 1) CLAUSES:

**FAR Clause 52.244-6, SUBCONTRACTS FOR COMMERCIAL ITEMS (MAY 2002)**

(a)  **Definitions.**  As used in this clause--

**Commercial item**, has the meaning contained in the clause at 52.202-1, Definitions.

**Subcontract**, includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b)  To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c)  (1)  The Contractor shall insert the following clauses in subcontracts for commercial items:

   (i)    52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all
          subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small
          business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor
          must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.
   (ii)   52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).
   (iii)  52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other
          Eligible Veterans (DEC 2001) (38 U.S.C. 4212(a)).
   (iv)   52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).
   (v)    52.247-64, Preference for Privately Owned U.S.-Flag  Commercial Vessels (JUN 2000) (46 U.S.C. Appx
          1241) (flowdown not required for subcontracts awarded beginning May 1, 1996).

   (2)  While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of
        additional clauses necessary to satisfy its contractual obligations.

(d)  The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this
     contract.

**PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS**

## SECTION J - LIST OF ATTACHMENTS

The following Attachments are provided in full text with this Solicitation:

**PACKAGING AND DELIVERY OF PROPOSALS** (Attached to this listing)

**HOW TO PREPARE AN ELECTRONIC PROPOSAL:** (Attached to this listing)

**PROPOSAL INTENT RESPONSE SHEET** [SUBMIT ON/BEFORE: September 9, 2002] (Attached to this listing)

> [NOTE: Your attention is directed to the "Proposal Intent Response Sheet". If you intend to submit a proposal, you must complete this form and return it to this office via fax or e-mail on or before the date identified above. The receipt of this form is critical as it contains information essential for CMB's coordination of the electronic submission and review of proposals.]

**RFP FORMS AND ATTACHMENTS:**

> THE RFP FORMS/ATTACHMENTS LISTED BELOW ARE AVAILABLE IN A VARIETY OF FORMATS AND MAY BE VIEWED OR DOWNLOADED DIRECTLY FROM THIS SITE:
>
> http://www.niaid.nih.gov/contract/ref.htm

**APPLICABLE TO TECHNICAL PROPOSAL** (INCLUDE THESE DOCUMENTS/FORMS WITH YOUR TECHNICAL PROPOSAL):

- **Technical Proposal Cover Sheet**
- **Technical Proposal Cost Information**
- **Summary of Related Activities**
- **Optional Form 310, Protection of Human Subjects Assurance Identification/Certification/Declaration** [When applicable, all institutions must have the form reviewed and approved by their Institutional Review Committee.]
- **Government Notice for Handling Proposals**
- **Targeted/Planned Enrollment Table**
- **Annual Technical Progress Report Format for Each Study**

**APPLICABLE TO BUSINESS PROPOSAL (INCLUDE WITH YOUR BUSINESS PROPOSAL):**

- **NIH-2043, Proposal Summary and Data Record**
- **Small Business Subcontracting Plan Format** *[if applicable]*
- **Breakdown of Proposed Estimated Cost (plus fee) and Labor Hours**
- **Offeror's Points of Contact**

**TO BECOME CONTRACT ATTACHMENTS (INFORMATION ONLY):**

- **Inclusion Enrollment Report**
- **NIH(RC)-4: Invoice/Financing Request and Contract Financial Reporting Instructions for NIH Cost-Reimbursement Type Contracts**
- **NIH(RC)-7: Procurement of Certain Equipment, (OMB Bulletin 81-16)**
- **NIH(RC)-11: Research Patient Care Costs**
- **Safety and Health, HHSAR Clause 352.223-70**
- **Privacy Act System of Records**
- **Disclosure of Lobbying Activities, OMB Form LLL**

**PACKAGING/DELIVERY/ELECTRONIC SUBMISSION OF THE PROPOSAL**

*Listed below are delivery instructions for the submission of both PAPER and ELECTRONIC COPIES of your proposal.*

*PAPER SUBMISSION:  The paper copy is the official copy for recording timely receipt of proposals.  You are required to submit one original paper copy of your proposal along with the number of extra copies required below.*

*ELECTRONIC SUBMISSION:  In addition to the paper submission, you are required to submit your proposal electronically through the CRON (Contracts Review Online) in accordance with the instructions provided below.  If you experience difficulty or are unable to transmit, you should submit your proposal on a CD-Rom or ZipDisk by an express delivery service.  We can then upload your proposal into the electronic system.  You must certify that both the original paper and electronic versions of the proposal are identical.*

*SUBMISSION OF PROPOSALS BY FACSIMILE IS NOT ACCEPTABLE.*

**Shipment and marking of <u>paper</u> copies shall be as indicated below:**

**A.  EXTERNAL PACKAGE MARKING:**

In addition to the address cited below, mark each package as follows:

"RFP NO. NIH-NIAID-DMID-03-44
TO BE OPENED BY AUTHORIZED GOVERNMENT PERSONNEL ONLY"

**B.  NUMBER OF COPIES:**

The number of copies required of each part of your proposal are as specified below.

<u>Technical Proposal:</u>    One (1) unbound signed original and five (5) unbound copies.  Ten (10) copies of all material not available electronically (i.e. SOPs, Pertinent Manuals, Nonscannable Figures or Data, and Letters of Collaboration/Intent).

<u>Business Proposal:</u>    One (1) unbound signed original and 5 unbound copies.

**C.  PAPER COPIES and CD-Rom or ZipDisk to:**

| If Hand Delivery or Express Service | If using U.S. Postal Service |
|---|---|
| Phil Hastings | Phil Hastings |
| Contracting Officer | Contracting Officer |
| Contract Management Branch, DEA | Contract Management Branch, DEA |
| NIAID, NIH | NIAID, NIH |
| 6700-B Rockledge Drive, Room 2230 | 6700-B Rockledge Drive, Room 2230, MSC 7612 |
| Bethesda, Maryland  20817 | Bethesda, Maryland  20892-7612 |

*NOTE: All material sent to this office by Federal Express should be sent to the Hand Carried Address.*

NOTE: The U.S. Postal Service's "Express Mail" does not deliver to the hand delivered (20817 zip code) address. Any package sent to this address via this service will be held at a local post office for pick-up. THE GOVERNMENT IS NOT RESPONSIBLE FOR PICKING UP ANY MAIL AT A LOCAL POST OFFICE. If a proposal is not received at the place, date, and time specified herein, it will be considered a "late proposal," in accordance with HHSAR 352.215-70, Late Proposals and Revisions (NOV 1986).

# HOW TO PREPARE AND SUBMIT AN ELECTRONIC PROPOSAL

**PAGE LIMITS – N/A to this solicitation./**

**ELECTRONIC SUBMISSION** – To submit a proposal electronically under this RFP, offerors will need to prepare the proposal on a word processor or spreadsheet program (for the business portion) and convert them to Adobe Acrobat Portable Document Format (.pdf). THE TECHNICAL PROPOSAL AND BUSINESS PROPOSAL MUST BE CONTAINED ON SEPARATE FILES which must be identified as either TECHNICAL or BUSINESS and include some recognizable portion of the ORGANIZATION NAME.

Please note that the electronic submission does not replace the requirement to submit a signed, unbound original paper copy of both your Technical and Business Proposal, along with any required unbound duplicate copies.  These paper originals should be mailed or hand-delivered to the address provided in this attachment and must be received on/before the closing date and time.

There is no limit to the size (MB) of the two electronic PDF files to be submitted; however, the size of the technical proposal is limited to the page limitation language outlined above.  For purposes of assessing compliance with the page count, technical proposals will be viewed using the print function of the Adobe Acrobat Reader, Version 4.0 (or higher).

**Formatting Requirements:**
- Do not embed sound or video (e.g., MPEG) files into the proposal documents.  The evaluation system does not have the capability to read these files.
- Keep graphics embedded in documents as simple as possible. Complex graphics require longer periods for the computers used in the evaluation system to draw, and redraw these figures and scrolling through the document is slowed significantly.
- Type density and size must be 10 to 12 points. If constant spacing is used, there should be no more than 15 cpi, whereas proportional spacing should provide an average of no more than 15 cpi. There must be no more than six lines of text within a vertical inch. Margins must be set to 1 inch around.
- Paper size should not exceed 8-1/2 x 11.  Larger paper sizes will be counted as 2 pages.
- Limit colors to 256 colors at 1024 x 768 resolution; avoid color gradients.
- Simplify the color palette used in creating figures.
- Be aware of how large these graphics files become. Large files are discouraged.
- Limit scanned images as much as possible.
- Limit appendices and attachments to relevant technical proposal information (e.g., SOPs, pertinent manuals, non-scannable figures or data, resumes, letters of commitment/intent).

**SUBMISSION OF "PROPOSAL INTENT TO RESPOND SHEET":**

**Upon receipt by the Contracting Officer of the "Proposal Intent Response Sheet", offerors will be provided, via e-mail correspondence, specific electronic access information and electronic proposal transmission instructions.**   For this reason, it is imperative that all offerors who are intending to submit a proposal in response to this RFP contact the Contract Specialist identified in this RFP and complete and submit the attached "Proposal Intent Response Sheet" by the date provided on that Attachment.

**CREATE ADOBE PDF ONLINE** -- Adobe will allow you to create 5 documents on a trial for free. If you want to use the site regularly it costs $10/month or $100/year. Please link to the following URL for information:

https://createpdf.adobe.com/index.pl/3847995518.39272?BP=IE

**LOG-IN / TRANSMISSION INSTRUCTIONS:**

| | | |
|---|---|---|
| 1. | Log-in Site: | Will be provided by the Contract Specialist after receipt of the "Proposal Intent Response Sheet" |
| 2. | Log-in Name: | Will be provided by the Contract Specialist. |
| 3. | Log-in Password: | Will be provided by the Contract Specialist. |

4. Procedure -- When your proposal is completed and converted to a PDF file using Adobe Acrobat, it is ready to be transmitted electronically. You must upload separate Technical and Business Proposal Files. It is recommended that proposals be transmitted a few days before the due date so that you will have sufficient time to overcome any transmission difficulties.

- You must have Explorer 3.1 or higher.
- It is essential that you use antiviral software to scan all documents.
- Click on "Sign On" and enter your log-in name and password.
- Click on "Browse" to locate your saved files on your computer.
- Click on "Upload Proposal" after you have located the correct file.
- After a file is uploaded, a link to the file will appear under "Upload Files" at the bottom of the screen. Click on that link to view the uploaded file.
- If you experience difficulty in accessing your documents, please contact the appropriate NIH contracts office immediately.
- If you wish to revise your proposal before the closing date and time, simply log in again and re-post.

**USER ACCESS TO THE POSTING SITE WILL BE DENIED AFTER THE RFP CLOSING DATE AND TIME PROVIDED WITH THIS RFP OR ITS MOST RECENT AMENDMENT(S).**

## PROPOSAL INTENT RESPONSE SHEET

**RFP No.:** NIH-NIAID-DMID-03-44
**RFP Title:**   Development and Testing of Modified Vaccinia Ankara (MVA) Vaccine

**Please review the attached Request for Proposal. Furnish the information requested below and return this page by** September 9, 2002. **Your expression of intent is not binding but will greatly assist us in planning for proposal evaluation.**

**Since your proposal will be submitted electronically, please include the name and e-mail of the individual to whom the electronic proposal instructions, login code, and password should be provided.**

[ ] DO INTEND TO SUBMIT A PROPOSAL
[ ] DO NOT INTEND TO SUBMIT A PROPOSAL FOR THE FOLLOWING REASONS:

**Company/Institution Name (print):** _____
**Address (print):** _____
_____
_____
_____

**Project Director's Name (print):** _____
**Title (print):** _____
**Signature/Date:** _____
**Telephone Number and E-mail Address (print clearly):**
_____
_____

**\*Name of individual to whom electronic proposal instructions should be sent:**

**Name:** _____
**Title:** _____
**E-Mail Address:** _____
**Telephone Number:** _____

**Names of Collaborating Institutions and Investigators (include Subcontractors and Consultants) (print):**
_____
_____
_____
_____

*(Continue list on a separate page if necessary)*

RETURN VIA FAX OR E-MAIL TO:
CMB, NIAID, NIH
Room 2230
6700-B Rockledge Drive, MSC 7612
Bethesda, MD 20892-7612
Attn:  Phil Hastings
RFP-NIH-NIAID-DMID-03-44
FAX# (301) 402-0972
Email :  ph23k@nih.gov

**PART IV – REPRESENTATIONS AND INSTRUCTIONS**

# SECTION K - REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS

**Representations, Certifications, and Other Statements of Offerors or Quoters (Negotiated).**

1.    REPRESENTATIONS AND CERTIFICATIONS

The Representations and Certifications required by this particular acquisition can be accessed electronically from the INTERNET at the following address:

http://rcb.cancer.gov/rcb-internet/forms/rcneg.pdf

If you are unable to access this document electronically, you may request a copy from the Contracting Officer identified on the cover page of this solicitation.

**IF YOU INTEND TO SUBMIT A PROPOSAL, YOU MUST COMPLETE THE REPRESENTATIONS AND CERTIFICATIONS AND SUBMIT THEM AS PART OF YOUR BUSINESS PROPOSAL.**

## SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS

### 1.  GENERAL INFORMATION

a.  **INSTRUCTIONS TO OFFERORS--COMPETITIVE ACQUISITION**  [FAR Clause 52.215-1 (May 2001)]

(a)  *Definitions.* As used in this provision--

*Discussions* are negotiations that occur after establishment of the competitive range that may, at the Contracting Officer's discretion, result in the offeror being allowed to revise its proposal.

"*In writing*", "writing", or "*written*" any worded or numbered expression that can be read, reproduced, and later communicated, and includes electronically transmitted and stored information.

"*Proposal modification*" is a change made to a proposal before the solicitation's closing date and time, or made in response to an amendment, or made to correct a mistake at any time before award.

"*Proposal revision*" is a change to a proposal made after the solicitation closing date, at the request of or as allowed by a Contracting Officer as the result of negotiations.

"*Time,*" if stated as a number of days, is calculated using calendar days, unless otherwise specified, and will include Saturdays, Sundays, and legal holidays. However, if the last day falls on a Saturday, Sunday, or legal holiday, then the period shall include the next working day.

(b)  *Amendments to solicitations.* If this solicitation is amended, all terms and conditions that are not amended remain unchanged. Offerors shall acknowledge receipt of any amendment to this solicitation by the date and time specified in the amendment(s).

(c)  *Submission, modification, revision, and withdrawal of proposals.* (1) Unless other methods (*e.g.*, electronic commerce or facsimile) are permitted in the solicitation, proposals and modifications to proposals shall be submitted in paper media in sealed envelopes or packages (i) addressed to the office specified in the solicitation, and (ii) showing the time and date specified for receipt, the solicitation number, and the name and address of the offeror. Offerors using commercial carriers should ensure that the proposal is marked on the outermost wrapper with the information in paragraphs (c)(1)(i) and (c)(1)(ii) of this provision.

(2)  The first page of the proposal must show--

(i)    The solicitation number;
(ii)   The name, address, and telephone and facsimile numbers of the offeror (and electronic address if available);
(iii)  A statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation and agreement to furnish any or all items upon which prices are offered at the price set opposite each item;
(iv)   Names, titles, and telephone and facsimile numbers (and electronic addresses if available) of persons authorized to negotiate on the offeror's behalf with the Government in connection with this solicitation; and
(v)    Name, title, and signature of person authorized to sign the proposal. Proposals signed by an agent shall be accompanied by evidence of that agent's authority, unless that evidence has been previously furnished to the issuing office.

(3)  *Submission, modification, revision, and withdrawal of proposals.* (i) Offerors are responsible for submitting proposals, and any modifications or revisions, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that proposal or revision is due.

    (ii)   (A)  Any proposal, modification, or revision received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it *is received before award is made,* the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and--

         *(1)* If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of proposals; or

         *(2)* There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

         *(3)* It is the only proposal received.

    (B) However, a late modification of an otherwise successful proposal that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

    (iii)   Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the proposal wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

    (iv)   If an emergency or unanticipated event interrupts normal Government processes so that proposals cannot be received at the office designated for receipt of proposals by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation, the time specified for receipt of proposals will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

    (v)   Proposals may be withdrawn by written notice received at any time before award. Oral proposals in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile proposals, proposals may be withdrawn via facsimile received at any time before award, subject to the conditions specified in the provision at 52.215-5, Facsimile Proposals. Proposals may be withdrawn in person by an offeror or an authorized representative, if the identity of the person requesting withdrawal is established and the person signs a receipt for the proposal before award.

(4) Unless otherwise specified in the solicitation, the offeror may propose to provide any item or combination of items.

(5) Offerors shall submit proposals in response to this solicitation in English, unless otherwise permitted by the solicitation, and in U.S. dollars, unless the provision at FAR 52.225-17, Evaluation of Foreign Currency Offers, is included in the solicitation.

(6) Offerors may submit modifications to their proposals at any time before the solicitation closing date and time, and may submit modifications in response to an amendment, or to correct a mistake at any time before award.

(7) Offerors may submit revised proposals only if requested or allowed by the Contracting Officer.

(8) Proposals may be withdrawn at any time before award. Withdrawals are effective upon receipt of notice by the Contracting Officer.

(d) *Offer expiration date.* Proposals in response to this solicitation will be valid for the number of days specified on the solicitation cover sheet (unless a different period is proposed by the offeror).

[Note: In accordance with HHSAR 352.215-1, the following paragraph (e) is substituted for the subparagraph (e) of the provision at FAR 52.215-1.]

(e) *Restriction on disclosure and use of data.* (1) The proposal submitted in response to this request may contain data (trade secrets; business data, e.g., commercial information, financial information, and cost and pricing data; and technical data) which the offeror, including its prospective subcontractor(s), does not want used or disclosed for any purpose other than for evaluation of the proposal. The use and disclosure of any data may be so restricted; provided, that the Government determines that the data is not required to be disclosed under the Freedom of Information Act, 5 U.S.C. 552, as amended, and the offeror marks the cover sheet of the proposal with the following legend, specifying the particular portions of the proposal which are to be restricted in accordance with the conditions of the legend. The Government's determination to withhold or disclose a record will be based upon the particular circumstances involving the record in question and whether the record may be exempted from disclosure under the Freedom of Information Act. The legend reads:

> Unless disclosure is required by the Freedom of Information Act, 5 U.S.C. 552, as amended, (the Act) as determined by Freedom of Information (FOI) officials of the Department of Health and Human Services, data contained in the portions of this proposal which have been specifically identified by page number, paragraph, etc. by the offeror as containing restricted information shall not be used or disclosed except for evaluation purposes.

> The offeror acknowledges that the Department may not be able to withhold a record (data, document, etc.) nor deny access to a record requested pursuant to the Act and that the Department's FOI officials must make that determination. The offeror hereby agrees that the Government is not liable for disclosure if the Department has determined that disclosure is required by the Act.

> If a contract is awarded to the offeror as a result of, or in connection with, the submission of this proposal, the Government shall have right to use or disclose the data to the extent provided in the contract. Proposals not resulting in a contract remain subject to the Act.

> The offeror also agrees that the Government is not liable for disclosure or use of unmarked data and may use or disclose the data for any purpose, including the release of the information pursuant to requests under the Act. The data subject to this restriction are contained in pages (insert page numbers, paragraph designations, etc. or other identification).

(2) In addition, the offeror should mark each page of data it wishes to restrict with the following statement:

> "Use or disclosure of data contained on this page is subject to the restriction on the cover sheet of this proposal or quotation."

(3) Offerors are cautioned that proposals submitted with restrictive legends or statements differing in substance from the above legend may not be considered for award. The Government reserves the right to reject any proposal submitted with a nonconforming legend.

(f) *Contract award.* (1) The Government intends to award a contract or contracts resulting from this solicitation to the responsible offeror(s) whose proposal(s) represents the best value after evaluation in accordance with the factors and subfactors in the solicitation.

(2) The Government may reject any or all proposals if such action is in the Government's interest.

(3) The Government may waive informalities and minor irregularities in proposals received.

(4) The Government intends to evaluate proposals and award a contract without discussions with offerors (except clarifications as described in FAR 15.306(a)). Therefore, the offeror's initial proposal should contain the offeror's best terms from a cost or price and technical standpoint. The Government reserves the right to conduct discussions if the Contracting Officer later determines them to be necessary. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals.

(5) The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit cost or prices offered, unless the offeror specifies otherwise in the proposal.

(6) The Government reserves the right to make multiple awards if, after considering the additional administrative costs, it is in the Government's best interest to do so.

(7) Exchanges with offerors after receipt of a proposal do not constitute a rejection or counteroffer by the Government.

(8) The Government may determine that a proposal is unacceptable if the prices proposed are materially unbalanced between line items or subline items. Unbalanced pricing exists when, despite an acceptable total evaluated price, the price of one or more contract line items is significantly overstated or understated as indicated by the application of cost or price analysis techniques. A proposal may be rejected if the Contracting Officer determines that the lack of balance poses an unacceptable risk to the Government.

(9) If a cost realism analysis is performed, cost realism may be considered by the source selection authority in evaluating performance or schedule risk.

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) The Government may disclose the following information in postaward debriefings to other offerors:

   (i)   The overall evaluated cost or price and technical rating of the successful offeror;
   (ii)  The overall ranking of all offerors, when any ranking was developed by the agency during source selection;
   (iii) A summary of the rationale for award; and
   (iv)  For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(End of Provision)

**Alternate I (October 1997).** As prescribed in 15.209(a)(1), substitute the following paragraph (f)(4) for paragraph (f)(4) of the basic provision:

   (f) (4) The Government intends to evaluate proposals and award a contract after conducting discussions with offerors whose proposals have been determined to be within the competitive range. If the Contracting Officer determines that the number of proposals that would otherwise be in the competitive range exceeds the number at which an efficient competition can be conducted, the Contracting Officer may limit the number of proposals in the competitive range to the greatest number that will permit an efficient competition among the most highly rated proposals. Therefore, the offeror's initial proposal should contain the offeror's best terms from a price and technical standpoint.

b.  **NAICS CODE AND SIZE STANDARD**

Note:  The following information is to be used by the offeror in preparing its Representations and Certifications (See Section K of this RFP), specifically in completing the provision entitled, SMALL BUSINESS PROGRAM REPRESENTATION, FAR Clause 52.219-1.

(1) The North American Industry Classification System (NAICS) code for this acquisition is  541710   .
(2) The small business size standard is   500 employees   .

**THIS REQUIREMENT IS NOT SET-ASIDE FOR SMALL BUSINESS.  However, the Federal Acquisition Regulation (FAR) requires in every solicitation, (except for foreign acquisitions) the inclusion of the North American Industry Classification System (NAICS) Code and corresponding size standard which best describes the nature of the requirement in the solicitation.**

c.  **NOTICE OF PRICE EVALUATION ADJUSTMENT FOR SMALL DISADVANTAGED BUSINESS CONCERNS**

In accordance with FAR Clause 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, incorporated in Section I.3., offerors will be evaluated by adding a factor of   0   percent to the price of all offers, except offers from small disadvantaged business concerns that have not waived the adjustment.  (Note: A listing of other offerors who are excepted and will not have this evaluation factor added to their offer may be found in subparagraph (b) of FAR Clause 52.219-23.

A small disadvantaged business concern may elect to waive the adjustment, in which case the factor will be added to its offer for evaluation purposes.  The agreements in paragraph (d) of FAR Clause 52.219-23 do not apply to offerors that waive the adjustment.

**AN OFFEROR WHO ELECTS TO WAIVE THIS EVALUATION ADJUSTMENT MUST SPECIFICALLY INDICATE WITH A STATEMENT TO THIS EFFECT ON THE COVER PAGE OF ITS BUSINESS PROPOSAL.**

d.  **TYPE OF CONTRACT AND NUMBER OF AWARD(S)**

It is anticipated that one or more awards will be made from this solicitation and that the award(s) will be made on/about January 31, 2003.

It is anticipated that the award(s) from this solicitation will be a multiple-year, cost-reimbursement, completion type contract with a period of performance of 3 years (Part A) and up to 24 months (Part B – Option), and that incremental funding will be used [see Section L.2.c. Business Proposal Instructions].

e.  **COMMITMENT OF PUBLIC FUNDS**

The Contracting Officer is the only individual who can legally commit the Government to the expenditure of public funds in connection with the proposed procurement.  Any other commitment, either explicit or implied, is invalid.

f.  **COMMUNICATIONS PRIOR TO CONTRACT AWARD**

Offerors shall direct all communications to the attention of the Contract Specialist or Contracting Officer cited on the face page of this RFP.  Communications with other officials may compromise the competitiveness of this acquisition and result in cancellation of the requirement.

g.  **RELEASE OF INFORMATION**

Contract selection and award information will be disclosed to offerors in accordance with regulations applicable to negotiated acquisition. Prompt written notice will be given to unsuccessful offerors as they are eliminated from the competition, and to all offerors following award.

h.  **COMPARATIVE IMPORTANCE OF PROPOSALS**

You are advised that paramount consideration shall be given to the evaluation of technical proposals. All evaluation factors other than cost or price, when combined, are [significantly more important than cost or price/approximately equal to cost or price/significantly less important than cost or price]. The relative importance of the evaluation factors is specified in SECTION M of this solicitation. However, the Government reserves the right to make an award to the best advantage of the Government, cost and other factors considered.

i.  **PREPARATION COSTS**

This RFP does not commit the Government to pay for the preparation and submission of a proposal.

j.  **SERVICE OF PROTEST** (AUGUST 1996) - FAR 52.233-2

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

> Brenda J. Velez
> Contracting Officer
> Contract Management Branch, DEA
> National Institute of Allergy and Infectious Diseases
> 6700-B Rockledge Drive, Room 2230, MSC 7612
> BETHESDA MD 20892-7612

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of Provision)

k.  **LATE PROPOSALS AND REVISIONS**, HHSAR 352.215-70

Notwithstanding the procedures contained in FAR 52.215-1(c)(3) of the provision of this solicitation entitled Instructions to Offerors—Competitive Acquisition, a proposal received after the date specified for receipt may be considered if it offers significant cost or technical advantages to the Government; and it was received before proposals were distributed for evaluation, or within five calendar days after the exact time specified for receipt, whichever is earlier.

(End of provision)

1.   **USE OF INTERNET WEB SITE ADDRESSES (URLs) IN PROPOSALS**

Unless otherwise specified or required in NIAID solicitations, internet Web Site addresses (URLs) may not be used to provide information necessary to the conduct of the review of the proposal.  Direct access to an internet site by a Reviewer who is examining and reviewing the proposal on behalf of the NIAID could compromise their anonymity during the review process.  If a URL contains information pertinent to the proposal content, the offeror must provide access to the website via a temporary website portal which allow reviewers the capability to view and interact with the site.

The proposal must clearly identify the URLs to be accessed and the procedure for accessing the temporary website portal.  Access must not require the identity of the individual.

## 2.  INSTRUCTIONS TO OFFERORS

a.  **GENERAL INSTRUCTIONS**

**INTRODUCTION**

The following instructions will establish the acceptable minimum requirements for the format and contents of proposals. Special attention is directed to the requirements for technical and business proposals to be submitted in accordance with these instructions.

(1)  **Contract Type and General Clauses**

It is contemplated that a cost-reimbursement, completion type contract will be awarded.  (See General Information) *Any resultant contract shall include the clauses applicable to the selected offeror's organization and type of contract awarded as required by Public Law, Executive Order, or acquisition regulations in effect at the time of execution of the proposed contract.*

(2)  **Authorized Official and Submission of Proposal**

The proposal must be signed by an official authorized to bind your organization and must stipulate that it is predicated upon all the terms and conditions of this RFP.  Your proposal shall be submitted in the number of copies, to the addressees, and marked as indicated in the Attachment entitled, PACKAGING AND DELIVERY OF PROPOSAL, Part III, Section J hereof. Proposals will be typewritten, paginated, reproduced on letter size paper and will be legible in all required copies. To expedite the proposal evaluation, all documents required for responding to the RFP should be placed in the following order:

I.  COVER PAGE

Include RFP title, number, name of organization, identification of the proposal part, and indicate whether the proposal is an original or a copy.

II.  TECHNICAL PROPOSAL

It is recommended that the technical proposal consist of a cover page, a table of contents, and the information requested in the Technical Proposal Instructions and as specified in SECTION J, List of Attachments.

III.  BUSINESS PROPOSAL

It is recommended that the business proposal consist of a cover page, a table of contents, and the information requested in the Business Proposal Instructions and as specified in SECTION J, List of Attachments.

(3)  **Proposal Summary and Data Record (NIH-2043)**

The Offeror must complete the Form NIH-2043, attached, with particular attention to the length of time the proposal is firm and the designation of those personnel authorized to conduct negotiations.  (See Section J, Attachment entitled, PROPOSAL SUMMARY AND DATA RECORD).

(4)  **Separation of Technical and Business Proposals**

The proposal must be prepared in two parts:  a "Technical Proposal" and a "Business Proposal."  Each of the parts shall be separate and complete in itself so that evaluation of one may be accomplished independently of, and concurrently with, evaluation of the other.   The technical proposal must include direct cost and resources information, such as labor-hours and categories and applicable rates, materials, subcontracts, travel, etc., and

associated costs so that the offeror's understanding of the project may be evaluated (See Attachment entitled, TECHNICAL PROPOSAL COST INFORMATION/SUMMARY OF LABOR AND DIRECT COSTS).) However, the technical proposal should **not** include pricing data relating to individual salary information, indirect cost rates or amounts, fee amounts (if any)., and total costs. The technical proposal should disclose your technical approach in as *much detail as possible, including, but not limited to, the requirements of the technical proposal instructions.*

(5) **Alternate Proposals**

You may, at your discretion, submit alternate proposals, or proposals which deviate from the requirements; provided, that you also submit a proposal for performance of the work as specified in the statement of work. Such proposals may be considered if overall performance would be improved or not compromised and if they are in the best interests of the Government. Alternative proposals, or deviations from any requirements of this RFP, shall be clearly identified.

(6) **Evaluation of Proposals**

The Government will evaluate technical proposals in accordance with the criteria set forth in PART IV, SECTION M of this RFP.

(7) **Potential Award Without Discussions**

The Government reserves the right to award a contract without discussions if the Contracting Officer determines that the initial prices are fair and reasonable and that discussions are not necessary.

(8) **Use of the Metric System of Measurement**

It is the policy of the Department of Health and Human Services to support the Federal transition to the metric system and to use the metric system of measurement in all procurements, grants, and other business related activities unless such use is impracticable or is likely to cause significant inefficiencies.

The offeror is encouraged to prepare their proposal using either "Hard Metric," "Soft Metric," or "Dual Systems" of measurement. The following definitions are provided for your information:

**Hard Metric** - The replacement of a standard inch-pound size with an accepted metric size for a particular purpose. An example of size substitution might be: selling or packaging liquids by the liter instead of by the pint or quart (as for soft drinks), or instead of by the gallon (as for gasoline).

**Soft Metric** - The result of a mathematical conversion of inch-pound measurements to metric equivalents for a particular purpose. The physical characteristics are not changed.

**Dual Systems** - The use of both inch-pound and metric systems. For example, an item is designed, produced, and described in inch-pound values with soft metric values also shown for information or comparison purposes.

(9) **Human Subjects**

**IMPORTANT NOTE TO OFFERORS: The following 6 paragraphs [(9) through (14)] shall be addressed in a SEPARATE SECTION of the Technical Proposal entitled, "HUMAN SUBJECTS."**

The following notice is applicable when contract performance is expected to involve risk to human subjects:

**Notice to Offerors of Requirements of 45 CFR Part 46, Protection of Human Subjects (JANUARY 2001)**

a) Copies of the Department of Health and Human Services (Department) regulations for the protection of human subjects, 45 CFR Part 46, are available from the Office of Protection from Research Risks (OPRR), National Institutes of Health (NIH), Bethesda, Maryland 20892*. The regulations provide a systematic means, based on established ethical principles, to safeguard the rights and welfare of individuals who participate as subjects in research activities supported or conducted by the Department.

b) The regulations define a human subject as a living individual about whom an investigator (whether professional or student) conducting research obtains data through intervention or interaction with the individual, or identifiable private information. The regulations extend to the use of human organs, tissue and body fluids from individually identifiable human subjects as well as to graphic, written or recorded information derived from individually identifiable human subjects. The use of autopsy materials is governed by applicable State and local law and is not directly regulated by 45 CFR, Part 46.

c) Activities in which the only involvement of human subjects will be in one or more of the categories set forth in 45 CFR 46.101(b)(1-6) are exempt from coverage.

d) Inappropriate designations of the noninvolvement of human subjects or of exempt categories of research in a project may result in delays in the review of a proposal. The National Institutes of Health will make a final determination of whether the proposed activities are covered by the regulations or are in an exempt category, based on the information provided in the proposal. In doubtful cases, prior consideration with OPRR*, (telephone: 301-496-7014*), is recommended.

e) In accordance with 45 CFR, Part 46, prospective Contractors being considered for award shall be required to file with OPRR* an acceptable Assurance of Compliance with the regulations, specifying review procedures and assigning responsibilities for the protection of human subjects. The initial and continuing review of a research project by an institutional review board shall assure that the rights and welfare of the human subjects involved are adequately protected, that the risks to the subjects are reasonable in relation to the potential benefits, if any, to the subjects and the importance of the knowledge to be gained, and that informed consent will be obtained by methods that are adequate and appropriate. Prospective Contractors proposing research that involves human subjects shall be contacted by OPRR* and given detailed instructions for establishing an institutional review board and filing an Assurance of Compliance.

f) It is recommended that OPRR* be consulted for advice or guidance concerning either regulatory requirements or ethical issues pertaining to research involving human subjects. (End of Provision)

*Note: The Office for Human Research Protections (OHRP), Office of the Secretary (OS), Department of Health and Human Services (DHHS) is the office responsible for oversight of the Protection of Human subjects and should replace Office for Protection from Research Risks (OPRR), National Institutes of Health (NIH) wherever it appears in this provision. The phone number to reach this office is 301-496-7014. For more information, the OHRP website may be accessed at http://ohrp.osophs.dhhs.gov/ Copies of the DHHS Regulations for the Protection of Human Subjects, 45 CFR Part 46, are also available on line at http://www.access.gpo.gov/nara/cfr/waisidx_01/45cfr46_01.html.

(10) **Instructions to Offerors Regarding Protection of Human Subjects**

Offerors must address the following human subjects protections issues if this contract will be for research involving human subjects (note: under each of the following points below, the offeror should indicate whether the information provided relates to the primary research site, or to a collaborating performance site(s), or to all sites:

(a) Risks to the subjects

Human Subjects Involvement and Characteristics:

– Describe the proposed involvement of human subjects in response to the solicitation.

– Describe the characteristics of the subject population, including their anticipated number, age range, and health status.

– Identify the criteria for inclusion or exclusion of any subpopulation. Explain the rationale for the involvement of special classes of subjects, such as fetuses, pregnant women, children, prisoners, institutionalized individuals, or others who are likely to be vulnerable populations.

Sources of Materials:

– Identify the sources of research material obtained from individually identifiable living human subjects in the form of specimens, records, or data. Indicate whether the material or data will be obtained specifically for research purposes or whether use will be made of existing specimens, records, or data.

Potential Risks:

- Describe the potential risks to subjects (physical, psychological, social, legal, or other) and assess their likelihood and seriousness to the subjects.

- Describe alternative treatments and procedures, including the risks and benefits of the alternative treatments and procedures, to participants in the proposed research, where appropriate.

(b) Adequacy of Protection Against Risks

Recruitment and Informed Consent:

- Describe plans for the recruitment of subjects and the procedures for obtaining informed consent. Include a description of the circumstances under which consent will be sought and obtained, who will seek it, the nature of the information to be provided to prospective subjects, and the method of documenting consent. The informed consent document for the contractor and any collaborating sites should be submitted only if requested elsewhere in the solicitation. Be aware that an IRB-approved informed consent document for the contractor and any participating collaborative sites must be provided to the Government prior to patient accrual or participant enrollment.

Protection Against Risk:

- Describe the procedures for protecting against or minimizing potential risks, including risks to confidentiality, and assess their likely effectiveness.

- Discuss provisions for ensuring necessary medical or professional intervention in the event of adverse effects to the subjects where appropriate.

- In studies that involve interventions, describe the provisions for data and safety monitoring of the research to ensure the safety of subjects.

(c) Potential Benefits of the Proposed Research to the Subjects and Others

- Discuss the potential benefits of the research to the subjects and others.

- Discuss why the risks to subjects are reasonable in relation to the anticipated benefits to subjects and others.

- Describe treatments and procedures that are alternatives to those provided to the participants by the proposed research, where appropriate.

(d) Importance of the Knowledge to be Gained

- Discuss the importance of the knowledge gained or to be gained as a result of the proposed research.

- Discuss why the risks to subjects are reasonable in relation to the importance of the knowledge that may reasonably be expected to result.

**Note:** If a test article (investigational new drug, device, or biologic) is involved, name the test article and state whether the 30-day interval between submission of offeror's certification to the Food and Drug Administration (FDA) and its response has elapsed or has been waived and/or whether the FDA has withheld or restricted use of the test article.

**Collaborating Site(s)**

When research involving human subjects will take place at collaborating site(s) or other performance site(s), the offeror must provide in this section of its proposal a list of the collaborating sites and their assurance numbers. Further, if you are awarded a contract, you must obtain in writing, and keep on file, an assurance from each site that the previous points have been adequately addressed at a level of attention that is at least as high as that documented at your organization. Site(s) added after an award is made must also adhere to the above requirements.

(11) **Required Education in the Protection of Human Research Participants**

NIH policy requires education on the protection of human subject participants for all investigators submitting NIH proposals for contracts for research involving human subjects. This policy announcement is found in the NIH Guide for Grants and Contracts Announcement dated June 5, 2000 at the following website: http://grants.nih.gov/grants/guide/notice-files/NOT-OD-00-039.html.    Offerors should review the policy announcement prior to submission of their offers. The following is a summary of the Policy Announcement:

For any solicitation for research involving human subjects, the offeror shall provide in its technical proposal the following information:  (1) a list of the names of the principal investigator and any other individuals proposed under the contract who are responsible for the design and/or conduct of the research; (2) the title of the education program completed (or to be completed prior to the award of the contract) for each named personnel; (3) a one sentence description of the program(s) listed in (2) above.  This requirement extends to investigators and all individuals responsible for the design and/or conduct of the research  who are working as subcontractors or consultants under the contract.

Curricula that are readily available and meet the educational requirement include the NIH on-line tutorial, titled "Protection of Human Research Subjects: Computer-Based Training for Researchers," available at http://ohsr.od.nih.gov/cbt/.  You may download the information at this site at no cost and modify it, if desired.  In addition, the University of Rochester has made its training program available for individual investigators. Completion of this program will also satisfy the educational requirement.  The University of Rochester manual can be obtained through Centerwatch, Inc. at   http://www.centerwatch.com/order/pubs_profs_protect.html.    If an institution already has developed educational programs on the protection of research participants, completion of these programs also will satisfy the educational requirement.

In addition, prior to the substitution of the principal investigator or any other individuals responsible for the design and/or conduct of the research under the contract, the contractor shall provide the contracting officer with the title of the education program and a one sentence description of the program that the replacement has completed.

(12) **Inclusion of Women and Minorities in Research Involving Human Subjects**

It is NIH policy that women and members of minority groups and their sub-populations must be included in all NIH-supported clinical research projects involving human subjects, unless a clear and compelling rationale and justification establishes to the satisfaction of the relevant Institute/Center Director that inclusion is inappropriate with respect to the health of the subjects or the purpose of the research.  The Director, NIH, may determine that exclusion under other circumstances is acceptable, upon the recommendation of an Institute/Center Director, based on a compelling rationale and justification.  Cost is not an acceptable reason for exclusion except when the study would duplicate data from other sources.  Women of childbearing potential should not be routinely excluded from participation in clinical research.  This policy results from the NIH Revitalization Act of 1993 (Section 492B of Public Law 103-43), *and applies to research subjects of all ages.*

All investigators proposing research involving human subjects should read the UPDATED "NIH Policy and Guidelines on the Inclusion of Women and Minorities as Subjects in Clinical Research, Amended October 2001," published in the NIH Guide for Grants and Contracts on October 9, 2001 at the following web site:

http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm

These guidelines contain a definition of **clinical research** adopted in June 2001, as: "(1) Patient-oriented research. Research conducted with human subjects (or on material of human origin such as tissues, specimens and cognitive phenomena) for which an investigator (or colleague) directly interacts with human subjects. Excluded from this definition are in vitro studies that utilize human tissues that cannot be linked to a living individual. Patient-oriented research includes (a) mechanisms of human disease, (b) therapeutic interventions, (c) clinical trials, and (d) development of new technologies; (2) Epidemiologic and behavioral studies; and (3) Outcomes research and health services research" (http://www.nih.gov/news/crp/97report/execsum.htm).

**Information Required for ALL Clinical Research Proposals**

This solicitation contains a review criterion addressing the adequacy of: (1) the offeror's plans for inclusion of women and minorities in the research proposed; or (2) the offeror's justification(s) for exclusion of one or both groups from the research proposed.

Provide information on the composition of the proposed study population in terms of sex/gender and racial/ethnic groups and provide a rationale for selection of such subjects in response to the requirements of the solicitation. The description may include (but is not limited to) information on the population characteristics of the disease or condition being studied in the planned research, and/or described in the statement of work, national and local demography, knowledge of the racial/ethnic/cultural characteristics of the population, prior experience and collaborations in recruitment and retention of the populations and subpopulations to be studied, and the plans, arrangements and letters of commitment from relevant community groups and organizations for the planned research.

The proposal must include the following information:

– A description of the subject selection criteria
– The proposed dates of enrollment (beginning and end)
– A description of the proposed outreach programs for recruiting women and minorities as subjects
– A compelling rationale for proposed exclusion of any sex/gender or racial/ethnic group
– The proposed sample composition using the "Targeted/Planned Enrollment Table"(see Section J, Attachments)

*NOTE 1: For all proposals, use the ethnic and racial categories and complete the "Targeted/Planned Enrollment Table in accordance with the Office of Management and Budget (OMB) Directive No. 15, which may be found at: http://www.whitehouse.gov/OMB/fedreg/ombdir15.html*

*NOTE 2: If this is an Indefinite Delivery, Indefinite Quantity (IDIQ) or Requirements contract as defined in FAR 16.5, the proposal should describe in general terms how it will comply with each bulleted item above for each task order. When the Government issues a task order request for proposal, each of the bulleted information items must be fully and specifically addressed in the proposal.*

**Standards for Collecting Data.** When you, as a contractor, are planning data collection items on race and ethnicity, you shall use, at a minimum, the categories identified in OMB Directive No. 15. The collection of greater detail is encouraged. However, you should design any additional, more detailed items so that they can be aggregated into these required categories. Self-reporting or self-identification using two separate questions is the preferred method for collecting data on race and ethnicity. When you collect race and ethnicity separately, you must collect ethnicity first. You shall offer respondents the option of selecting one or more racial designations. When you collect data on race and ethnicity separately, you shall also make provisions to report the number of respondents in each racial category who are Hispanic or Latino. When you present aggregate data, you shall provide the number of respondents who selected only one category, for each of the five racial categories. If you collapse data on multiple responses, you shall make available, at a minimum, the total number of respondents reporting "more than one race." Federal agencies shall not present data on detailed categories if doing so would compromise data quality or confidentiality standards.

In addition to the above requirements, solicitations for **NIH defined Phase III clinical trials**[1] require that: a) all proposals and/or protocols provide a description of plans to conduct analyses, as appropriate, to detect significant differences in intervention effect (see NIH Guide:

> http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm,
> Definitions - Significant Difference),

by sex/gender, racial/ethnic groups, and relevant subpopulations, if applicable; and b) all contractors to report annually cumulative subject accrual, and progress in conducting analyses for sex/gender and race/ethnicity differences.

Offerors may obtain copies of the Updated Guidelines from the sources above or from the contact person listed in the solicitation.

Also, the proposal must include one of the following plans:

- Plans to conduct valid analysis to detect significant differences in intervention effect among sex/gender and/or racial/ethnic subgroups when prior studies strongly support these significant differences among subgroups, OR

- Plans to include and analyze sex/gender and/or racial/ethnic subgroups when prior studies strongly support no significant differences in intervention effect between subgroups, OR

- Plans to conduct valid analyses of the intervention effect in sex/gender and/or racial/ethnic subgroups (without requiring high statistical power for each subgroup) when the prior studies neither support nor negate significant differences in intervention effect between subgroups.

**Use the form in Section J, Attachments, entitled, "Targeted/Planned Enrollment Table," when preparing your response to the solicitation requirements for inclusion of women and minorities.**

Unless otherwise specified in this solicitation, the Government has determined that the work required by this solicitation does not involve a sex/gender specific study or a single or limited number of minority population groups. Therefore, the NIH believes that the inclusion of women and minority populations is appropriate for this project. (See Section M of this RFP for more information about evaluation factors for award.)

**Use the format for the Annual Technical Progress Report for Clinical Research Study Populations (See Section J - List of Documents, Exhibits and Other Attachments of the RFP) entitled, "Inclusion Enrollment Report," for reporting in the resultant contract.**

(13) **Inclusion of Children in Research Involving Human Subjects**

It is NIH policy that children (defined below) must be included in all human subjects research, including, but not limited to, clinical trials, conducted under a contract funded by the NIH, unless there are *clear and compelling* reasons not to include them. **(See examples of Justifications for Exclusion of Children below).** For the purposes of this policy, contracts involving human subjects include categories that would otherwise be exempt from the DHHS Policy for Protection of Human Research Subjects (sections 101(b) and 401(b) of 45 CFR 46), such as surveys, evaluation of educational interventions, and studies of existing data or specimens that should include children as participants. This policy applies to both domestic and foreign research contracts.

For purposes of this policy, a child is defined as an individual under the age of 21 years.

---

[1] See NIH Guide http://grants.nih.gov/grants/funding/women_min/guidelines_amended_10_2001.htm, for the Definition of an "NIH-Defined Phase III clinical trial.

All offerors proposing research involving human subjects should read the "NIH Policy and Guidelines on the Inclusion of Children as Participants in Research Involving Human Subjects" which was published in the NIH Guide for Grants and Contracts on March 6, 1998 and is available at the following URL address:

http://www.nih.gov/grants/guide/notice-files/not98-024.html

Offerors also may obtain copies from the contact person listed in the RFP.

Inclusion of children as participants in research must be in compliance with all applicable subparts of 45 CFR 46 as well as other pertinent laws and regulations whether or not such research is otherwise exempted from 45 CFR 46. Therefore, any proposals must include a description of plans for including children, unless the offeror presents clear and convincing justification for an exclusion. The "Human Subjects" section of your technical proposal should provide either a description of the plans to include children and a rationale for selecting or excluding a specific age range of child, or an explanation of the reason(s) for excluding children as participants in the research. This solicitation contains a review criterion addressing the adequacy of: (1) the plans for including children as appropriate for the scientific goals of the research; and/or (2) the justification of exclusion of children or exclusion of a specific age range of children.

When children are included, the plan also must include a description of: (1) the expertise of the investigative team for dealing with children at the ages included; (2) the appropriateness of the available facilities to accommodate the children; and, (3) the inclusion of a sufficient number of children to contribute to a meaningful analysis relative to the purpose/objective of the solicitation.

**Justifications for Exclusion of Children**

It is expected that children will be included in all research involving human subjects unless one or more of the following exclusionary circumstances can be fully justified:

-   The objective of the solicitation is not relevant to children.

    -   There are laws or regulations barring the inclusion of children in the research to be conducted under the solicitation.

    -   The knowledge being sought in the research is already available for children or will be obtained from another ongoing study, and an additional study will be redundant. You should provide documentation of other studies justifying the exclusion.

    -   A separate, age-specific study in children is warranted and preferable. Examples include:

-   The relative rarity of the condition in children, as compared with adults (in that extraordinary effort would be needed to include children); or
-   The number of children is limited because the majority are already accessed by a nationwide pediatric disease research network; or
-   Issues of study design preclude direct applicability of hypotheses and/or interventions to both adults and children (including different cognitive, developmental, or disease stages of different age-related metabolic processes); or
-   Insufficient data are available in adults to judge potential risk in children (in which case one of the research objectives could be to obtain sufficient adult data to make this judgment). While children usually should not be the initial group to be involved in research studies, in some instances, the nature and seriousness of the illness may warrant their participation earlier based on careful risk and benefit analysis; or
-   Study designs aimed at collecting additional data on pre-enrolled adult study subjects (e.g., longitudinal follow-up studies that did not include data on children);
-   Other special cases justified by the offeror and found acceptable to the review group and the Institute Director