# EXHIBIT 17

U.S. PATENT NO. 6,913,752
MVA-BN® AND IMVAMUNE™

|   | MVA-BN® | IMVAMUNE™ |
|---|---|---|
| 1. An MVA-derived vaccinia virus | • MVA-BN is a MVA-derived vaccinia virus | • IMVAMUNE™ is a pharmaceutical vaccine preparation including a MVA-derived vaccinia virus |
| characterized by replicating in vitro in chicken embryo fibroblasts | • MVA-BN replicates in vitro in chicken embryo fibroblasts | • IMVAMUNE™ is a pharmaceutical vaccine preparation including a MVA-derived vaccinia virus that replicates in vitro in chicken embryo fibroblasts |
| and by being non-replicative in vitro in human cells which permit replication of MVA vaccinia strain 575 (ECACC V00120707). | • MVA-BN is non-replicative in vitro in human cells which permit replication of MVA vaccinia strain 575 (ECACC V00120707) | • IMVAMUNE™ is a pharmaceutical vaccine preparation including a MVA-derived vaccinia virus that is non-replicative in vitro in human cells which permit replication of MVA vaccinia strain 575 (ECACC V00120707) |

U.S. Patent No. 6,761,893
MVA-BN® and IMVAMUNE™

| | MVA-BN® | IMVAMUNE™ |
|---|---|---|
| 1. | A vaccinia virus | IMVAMUNE™ is a pharmaceutical vaccine preparation including a vaccinia virus |
|   | MVA-BN® is a vaccinia virus | |
| | MVA-BN® is a vaccinia virus which is that virus deposited at the European Collection of Cell Cultures (ECACC), Salisbury (UK) under number V00083008. | IMVAMUNE™ is a pharmaceutical vaccine preparation including a vaccinia virus which is that virus deposited at the European Collection of Cell Cultures (ECACC), Salisbury (UK) under number V00083008. |
| | which is that virus deposited at the European Collection of Cell Cultures (ECACC), Salisbury (UK) under number V00083008 and derivatives thereof. | |

# EXHIBIT 18

Announcement no. 31-04
16 December 2004

## TO THE COPENHAGEN STOCK EXCHANGE

### Bavarian Nordic A/S Establishes Two New Operations in the USA and Re-starts Activities in Cancer Immunotherapy

Bavarian Nordic A/S announces that it is establishing activities in the US in a two-step process. Bavarian Nordic A/S sets up a holding company in the USA, Bavarian Nordic Inc. which based in Delaware will serve as legal entitiy for future activities in the US. Furthermore, Bavarian Nordic A/S establishes an operating company, BN ImmunoTherapeutics Inc. for research and development of cancer vaccines, initially against breast, prostate and colon cancers. BN ImmunoTherapeutics will have its base in the Palo Alto area of California and scientific activities are expected to begin in January 2005.

Bavarian Nordic A/S will initially invest DKK 26 million (USD 4 million). Further funding hereafter will be injected as necessary.

Both the holding company, Bavarian Nordic Inc., and the operating company, BN ImmunoTherapeutics Inc. will be wholly-owned subsidiaries of Bavarian Nordic A/S.

Bavarian Nordic's decision to re-start activities with cancer vaccines follows the company's recent progress within cancer immune therapy. New data from an earlier clinical study in melanoma cancer with a Bavarian Nordic trial vaccine based on the MVA-F6 vector expressing the melanoma antigen, tyrosinase, demonstrate that the MVA-vector is able to break tolerance towards the self-antigen and induce a prolonged relevant therapeutic immune response over a period of more than a year.

Bavarian Nordic has over many years collaborated with a group at Instituto Nazionale Tumori, which is Italy's largest cancer hospital in Milan, headed by Professor Alessandro Gianni in the MVA-F6 tyrosinase programme. Professor Gianni has agreed to act as a scientific advisor for Bavarian Nordic's Board and Management.

BN ImmunoTherapeutics Inc. will perform its research and development of cancer vaccines in the Palo Alto area of California to facilitate collaboration with nearby universities that are known to be leaders in field of cancer immunology. BN ImmunoTherapeutics Inc. will initially focus on research, preclinical and clinical development activities while relying on Bavarian Nordic's operations in Europe for virology, clinical batch manufacturing and quality management.

BN ImmunoTherapeutics Inc. will be led by Dr. Reiner Laus, who was until recently the Vice President of Research & Development at Dendreon Corporation in Seattle, Washington.

Peter Wulff, President and CEO commented, "We are now establishing a base in the US and are engaging in a strong R&D group for development of new vaccines for the treatment of cancer diseases. The combination of new and promising data from our earlier cancer projects, the strong safety profile of our MVA-BN® technology and a solid financial position has lead to this expansion of our business and research area. We are very pleased to have secured the expertise and leadership of Dr. Laus for BN ImmunoTherapeutics Inc. The activities of BN ImmunoTherapeutics Inc. will have high priority and we anticipate that by 2006 we will be in the position to file an Investigational New Drug (IND) application."

The board of directors of the holding company, Bavarian Nordic Inc, will consist of Peter Wulff, President and CEO of Bavarian Nordic A/S as Chairman and Hans Christian Teisen, Executive Vice President of Bavarian Nordic A/S as CEO.

BAVARIAN NORDIC

Bavarian Nordic A/S, Bøgeskovvej 9, DK – 3490 Kvistgård, Denmark, Phone + 45 33 26 83 83, Fax + 45 33 26 83 80
www.bavarian-nordic.com, A/S Reg. No. 208.618, VAT No. DK 16 27 11 87

Announcement no. 31-04
16 December 2004

The board of directors of BN ImmunoTherapeutics Inc., will include Peter Wulff, President and Chief Executive Officer of Bavarian Nordic as Chairman, Paul Chaplin, Chief Scientific Officer of Bavarian Nordic, Reiner Laus, Chief Executive Officer of BN ImmunoTherapeutics Inc. as well as two yet unnamed internationally recognised experts in the field of cancer research. In addition to the board of directors, the new company will during 2005 establish a scientific advisory board consisting of people with particular scientific expertise in the field of cancer immunotherapy.

**About cancer immune therapy**
The most promising new therapies for cancer are based upon immune therapy approaches. Over the recent years several new cancer drugs based upon passive immune therapy have reached the market. However, the draw back with passive immune therapy is that it relies on only one arm of the immune system; the humoral arm (anti-bodies).

Work on the next generation immune therapies is targeting both arms of the immune system (humoral and cellular arm – T-cells). These approaches are based upon vaccination. Though, currently no such drugs have yet reached the market, several are expected to be approved in the next few years. Bavarian Nordic's cancer therapy approach is to develop vaccines targeting both the humoral and cellular arm of the immune system.

According to the BioSpace cancer report, the cancer drug market world wide was USD 30 billion in 2003.

**Reiner Laus, MD**
Effective January 1, 2005, Dr Reiner Laus, M.D. will join Bavarian Nordic A/S as Chief Executive Officer of BN ImmunoTherapeutics Inc., which is the company's new subsidiary in the USA, to focus on cancer vaccine research and development.

Dr. Laus was previously Vice President of Research and Development at Dendreon Corporation in Seattle, Washington. At Dendreon, he was responsible for discovery, pre-clinical and development functions. He lead the discovery and development of Dendreon's portfolio of therapeutic cancer vaccines, including Provenge®, a therapeutic vaccine for the treatment of prostate cancer currently in Phase III clinical development.

Prior to his position at Dendreon, Dr. Laus was a member of the faculty of the Department of Immunology at the University of Kiel in Germany. He received his Medical Doctor degree from the University of Kiel and was a l fellow at Stanford University in the USA.

Dr. Laus is the author of numerous scientific publications and co-owner/applicant of patents in the field of cancer immunology. He is a member of the American Society of Haematology, American Association of Immunologists, and American Association for Cancer Research.

Copenhagen, 16 December 2004

Asger Aamund, Chairman of the Board

BAVARIAN NORDIC

Bavarian Nordic A/S, Bogeskovvej 9, DK – 3490 Kvistgard, Denmark, Phone +45 33 26 83 83, Fax +45 33 26 83 80
www.bavarian-nordic.com, A/S Reg. No. 208.618, VAT No. DK 16 27 11 87

Announcement no. 31-04
16 December 2004

**Contacts:**

**Mr. Peter Wulff, President & CEO**
Telephone:            +45 33 26 83 83

**Elizabeth Dempsey Becker, Director of Communications**
Telephone:            +45 33 26 83 83

United Kingdom
Mary Clark, Capital MS&L
Telephone:            +44 20 7878 3181

United States of America
Kevin Walker, Dittus Communications
Telephone:            +1 202 775 1401

**About Bavarian Nordic:**

*Founded in 1994, Bavarian Nordic A/S is a leading international biopharmaceutical company developing, producing and marketing innovative vaccines to prevent and treat infectious diseases. With operations in Denmark and Germany, Bavarian Nordic employs over 160 people and is listed on the Copenhagen Stock Exchange under the trading symbol BAVA.*

*Bavarian Nordic's patented core technology, MVA-BN®, is one of the world's safest, multivalent vaccine vectors and is ideally suited for use against various infectious diseases such as smallpox, HIV/AIDS, Japanese Encephalitis and Dengue Fever. Several MVA-BN®-based HIV and smallpox vaccines are in clinical Phase I and Phase II trials. MVA-BN® is patented under US Patent No. 6,761,893 and covers the MVA-BN® virus and derivatives thereof, IMVAMUNE™ (Bavarian Nordic's smallpox vaccine), and its use as a vector technology.*

*With respect to smallpox vaccines, Bavarian Nordic has supply and development contracts with the governments of Germany, the U.S.A., and other countries. One of the company's agreements includes two contracts\* (awarded in September 2004 and February 2003) with the U.S. government to develop IMVAMUNE™ as a safe third-generation smallpox vaccine. Bavarian Nordic's advanced clinical development program has been further expedited by the US governement with the FDA's grant of "fast track" status for IMVAMUNE™, the first-ever smallpox vaccine candidate to be given this designation.*

*Bavarian Nordic is one of the few companies in the world able to supply the growing demand for smallpox vaccines, particularly safe smallpox vaccines. With a combined global manufacturing capacity consisting of the build-up of its own production facility in Denmark (able to produce up to 120 million doses per year) an international collaboration with GlaxoSmithKline, and an established partnership with vaccine producer, Impfstoffwerk Dessau-Tornau (IDT), Bavarian Nordic has ensured supply of its current and future vaccines.*

*Bavarian Nordic's partners include GlaxoSmithKline, Epimmune in the U.S.A., Gerolymatos in Greece, Impfstoffwerk Dessau-Tornau (IDT) in Germany, and Vaccine Solutions in Australia.*

*For more information please visit www.bavarian-nordic.com*

\* *The award of RFP-II has been funded in full or in part with federal funds from the National Institutes of Allergy and Infectious Diseases, the National Institutes of Health, Department of Health and Human Services, under Contract No. HHSN266200400072C, ADB Contract No. 1-AI-40072.*

**BAVARIAN NORDIC**

Bavarian Nordic A/S, Bøgeskovvej 9, DK – 3490 Kvistgård, Denmark. Phone +45 33 26 83 83, Fax +45 33 26 83 80
www.bavarian-nordic.com, A/S Reg. No. 208.618, VAT No. DK 16 27 11 87

Page 4 of 4

Announcement no. 31-04
16 December 2004

***"Safe Harbour" Statement Under the Private Securities Litigation Reform Act of 1995:***
*Except for the historical information contained herein, this release contains "forward-looking statements" within the meaning of the Private Securities Reform Act of 1995. No "forward-looking statement" can be guaranteed, and actual results may differ materially from those projected. Bavarian Nordic undertakes no obligation to publicly update any "forward-looking statement", whether as a result of new information, future events, or otherwise. Additional information regarding risks and uncertainties is set forth in the current Annual Report and in Bavarian Nordic's periodic reports, if any, which we incorporate by reference.*

**StockWise resume:**
*Bavarian Nordic A/S establishes two new operations in the USA and re-starts activities in cancer immunotherapy.*

BAVARIAN NORDIC

Bavarian Nordic A/S, Bøgeskovvej 9, DK – 3490 Kvistgård, Denmark, Phone + 45 33 26 83 83, Fax + 45 33 26 83 80
www.bavarian-nordic.com, A/S Reg. No. 205.618 VAT No. DK 16 27 11 87