IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and | ) |
| ACAMBIS PLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Acambis' Initial Disclosures Under Rule 26(a)(1)* were caused to be served on November 16, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| John W. Shaw, Esquire | Edward A. Pennington |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | SWIDLER BERLIN LLP |
| The Brandywine Building, 17th Floor | 3000 K Street, Suite 300 |
| 1000 West Street | Washington, DC  20007 |
| Wilmington, DE  19801 | |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr.*

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

*Attorneys for Defendants
Acambis Inc. and Acambis plc*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 16, 2005 upon the following individuals in the manner indicated:

**BY HAND**

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY FACSIMILE**

Edward A. Pennington
SWIDLER BERLIN LLP
3000 K Street, Suite 300
Washington, DC 20007

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)
jparrett@mnat.com

493260