IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACAMBIS INC. and )<br>ACAMBIS, PLC, )<br>)<br>Defendants. )<br>) | C.A. No. 05-614 (SLR) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *Bavarian Nordic's Initial Disclosures Under Fed. R. Civ. P. 26(a)(1)* were caused to be served on November 15, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601

OF COUNSEL:

Edward A. Pennington
Robert C. Bertin
George S. Jones
Stephanie D. Scruggs
SWIDLER BERLIN LLP
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

Respectfully submitted,

John W. Shaw (No. 3362)
D. Fon Muttamura-Walker (No. 4646)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff Bavarian Nordic*

1

DB02:5104202.1                                                064417.1001