IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and ) | |
| ACAMBIS PLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *(1) Acambis' Responses to Bavarian Nordic's First Set of Interrogatories and (2) Acambis' Responses to Bavarian Nordic's First Set of Requests for Production of Documents and Things* were caused to be served on December 22, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| John W. Shaw, Esquire | Edward A. Pennington, Esquire |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | SWIDLER BERLIN LLP |
| The Brandywine Building, 17th Floor | 3000 K Street, Suite 300 |
| 1000 West Street | Washington, DC  20007 |
| Wilmington, DE  19801 | |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr.*

OF COUNSEL:

|  |  |
|---|---|
|  | Mary B. Graham (#2256) |
| William D. Coston | James W. Parrett, Jr. (#4292) |
| Lindsay B. Meyer | 1201 N. Market Street |
| Eric S. Namrow | P.O. Box 1347 |
| Martin L. Saad | Wilmington, DE  19899-1347 |
| VENABLE, LLP | (302) 658-9200 |
| 575 7th Street, NW | |
| Washington, DC  20004-1601 | *Attorneys for Defendants* |
| (202) 344-4000 | *Acambis Inc. and Acambis plc* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 22, 2005 upon the following individuals in the manner indicated:

**BY HAND**

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**BY FACSIMILE**

Edward A. Pennington, Esquire
SWIDLER BERLIN LLP
3000 K Street, Suite 300
Washington, DC  20007

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)
jparrett@mnat.com