IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and | ) |
| ACAMBIS PLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *(1) Acambis' First Set of Requests for the Production of Documents and Things to Bavarian Nordic and (2) Acambis' First Set of Interrogatories to Bavarian Nordic* were caused to be served on January 17, 2006 upon the following in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| John W. Shaw, Esquire | Edward A. Pennington, Esquire |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | SWIDLER BERLIN LLP |
| The Brandywine Building, 17th Floor | 3000 K Street, Suite 300 |
| 1000 West Street | Washington, DC 20007 |
| Wilmington, DE 19801 | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

OF COUNSEL:

Mary B. Graham (#2256)
William D. Coston
James W. Parrett, Jr. (#4292)
Lindsay B. Meyer
1201 N. Market Street
Eric S. Namrow
P.O. Box 1347
Martin L. Saad
Wilmington, DE 19899-1347
VENABLE, LLP
(302) 658-9200
575 7th Street, NW
Washington, DC 20004-1601
*Attorneys for Defendants*
(202) 344-4000
*Acambis Inc. and Acambis plc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 17, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE  19801 | Edward A. Pennington, Esquire<br>SWIDLER BERLIN LLP<br>3000 K Street, Suite 300<br>Washington, DC  20007 |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)
jparrett@mnat.com