IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-614 (SLR) |
| | ) |
| ACAMBIS INC. and | ) |
| ACAMBIS PLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by plaintiff Bavarian Nordic A/S and defendants Acambis Inc. and Acambis PLC, through their undersigned counsel, and subject to the approval of the Court, that the date by which the parties may file motions to join other parties or amend the pleadings is extended to and including May 22, 2006.

YOUNG CONAWAY STARGATT & TAYLOR, LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*D. Fon Muttamara-Walker*                                         *James W. Parrett, Jr.*
_____                               _____
John W. Shaw (#3362)                                              Mary B. Graham (#2256)
D. Fon Muttamara-Walker (#4646)                          James W. Parrett, Jr. (#4292)
The Brandywine Building, 17th Floor                     1201 North Market Street
1000 West Street                                                        P.O. Box 1347
Wilmington, DE 19801                                             Wilmington, DE 19899
(302) 571-6600                                                          (302) 658-9200
jshaw@ycst.com                                                       mgraham@mnat.com
fmuttamara-walker@ycst.com                                jparrett@mnat.com

*Attorneys for Plaintiff*                                              *Attorneys for Defendants*
  *Bavarian Nordic A/S*                                               *Acambis Inc. and Acambis plc*

SO ORDERED this ___ day of May, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge