# THIS DOCUMENT FILED SEPARATELY UNDER SEAL