IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | )   C.A. No. 05-614 (SLR) |
| | ) |
| ACAMBIS INC. and | )   **REDACTED** |
| ACAMBIS PLC, | )   **PUBLIC VERSION** |
| | ) |
|        Defendants. | ) |
| | ) |

**EXHIBITS 1 AND 2 TO DEFENDANTS' MOTION FOR
LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    Mary B. Graham (#2256)
    James W. Parrett, Jr. (#4292)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200

    *Attorneys for Defendants*
    *Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Sealed Version Filed: May 22, 2006
Public Version Filed: June 2, 2006
523134

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 2, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE  19801 | Edward A. Pennington<br>SWIDLER BERLIN LLP<br>3000 K Street, Suite 300<br>Washington, DC  20007 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr.