**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BAVARIAN NORDIC A/S, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-614-SLR |
| ACAMBIS, INC. and ACAMBIS, PLC, | : |
| Defendants. | : |

**ORDER**

At Wilmington this **21ˢᵗ** day of **June, 2006,**

IT IS ORDERED that teleconferences with Judge Thynge have been scheduled as follows:

**Wednesday, August 2, 2006 at 9:00 a.m.** The purpose of this teleconference is to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call.**

**Wednesday, August 30, 2006 at 9:00 a.m.** The purpose of this teleconference is to discuss the status of the case and the tentative continued mediation scheduled for **Saturday, September 9, 2006 at 9:00 a.m. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE