IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-614 (SLR) |
| | ) | |
| ACAMBIS INC. and | ) | |
| ACAMBIS, PLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SUBPOENA TO BERNARD MOSS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Plaintiff Bavarian Nordic A/S ("Bavarian Nordic"), will take the deposition upon oral

examination of Bernard Moss. The deposition will commence on July 19, 2006 at 9:00 a.m. at

the offices of Bingham McCutchen LLP, 3000 K Street, N.W., Suite 300, Washington, D.C.

20007.

NOTICE IS FURTHER GIVEN THAT the deposition may be recorded

stenographically through instant visual display of testimony (real-time), by certified shorthand

reporter and notary public or such other person authorized to administer oaths under the laws of

the United States, and shall continue from day to day until completed. This deposition may be

videotaped.

NOTICE IS FURTHER GIVEN THAT Bernard Moss is instructed to produce documents, identified in the attached Subpoena, at the offices of Bingham McCutchen LLP, 3000 K Street, N.W., Suite 300, Washington, D.C. 20007 by 9:00 a.m. on July 19, 2006.

NOTICE IS FURTHER GIVEN THAT pursuant to the Federal Rules of Civil Procedure, Bavarian Nordic has served upon Bernard Moss a Subpoena in a Civil Case on July 6, 2006.  Attached hereto as Exhibit A is a true and correct copy of that Subpoena.

YOUNG CONAWAY STARGATT & TAYLOR,  LLP

    /s/ D. Fon Muttamara-Walker
John W. Shaw (No. 3362)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building, 17th Floor
100 West Street
Wilmington, Delaware 19801
(302) 571-6600
fmuttamara-walker@ycst.com

-and-

Edward A. Pennington
Robert C. Bertin
Stephanie D. Scruggs
SWIDLER BERLIN LLP
3000 K Street,  N.W.
The Washington Harbour
Washington, D.C.  20007
Telephone: (202) 424-7500
Facsimile: (202) 295-8478

*Attorneys for Plaintiff  Bavarian Nordic*

Dated:  July 7, 2006

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire, hereby certify that on this 7th day of July, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Mary B. Graham [mbgefiling@mnat.com]
James Walter Parrett, Jr. [jparrett@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

I further certify that on this 7th day of July, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail and Hand Delivery*

Mary B. Graham [mgraham @mnat.com]
James Walter Parrett, Jr. [jparrett@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

DB02:5411958.1                                                              064417.1001

***By E-Mail and Federal Express***

William D. Coston [wdcoston@venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ D. Fon Muttamara-Walker
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  fmuttamara-walker@ycst.com

*Attorneys for Plaintiff, Bavarian Nordic A/S*