IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-614 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| ACAMBIS INC. and ACAMBIS plc, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF PETER WULFF

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendants Acambis plc and Acambis Inc. will take the deposition upon oral examination of Peter Wulff, Bavarian Nordic employee.  The deposition will commence on August 2, 2006, at 9:00 a.m. at the offices of Bingham McCutchen LLP, The Washington Harbour, 3000 K Street, N.W. Suite 300, Washington D.C. 20007, or at a time and place to be agreed upon by counsel for the parties.

The deposition will be taken before a duly authorized officer authorized to administer oaths and will continue from day to day until completed.  The deposition may be recorded by stenographic, audio, and or audiovisual means.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Defendants*
   *Acambis Inc. and Acambis plc*

- 2 -

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

July 21, 2006
529734

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> Young Conaway Stargatt & Taylor, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 21, 2006, upon the following individuals in the manner indicated:

### BY HAND

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Edward A. Pennington, Esquire
Bingham McCutchen LLP
3000 K Street, N.W., Suite 300
Washington, DC  20007

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com