IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACAMBIS INC. and ) <br> ACAMBIS, PLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-614 (SLR) |

## NOTICE OF DEPOSITION OF GREG WADDOUPS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Bavarian Nordic A/S ("Bavarian Nordic"), will take the deposition upon oral examination of Greg Waddoups. The deposition will commence on August 9, 2006 at 9:00 a.m. at the offices of Bingham McCutchen LLP, 3000 K Street, N.W., Suite 300, Washington, D.C. 20007.

NOTICE IS FURTHER GIVEN THAT the deposition will be recorded stenographically through instant visual display of testimony (real-time), by certified shorthand reporter and notary public or such other person authorized to administer oaths under the laws of the United States, and shall continue from day to day until completed. This deposition may be videotaped.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Date: July 21, 2006

John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
fmuttamara-walker@ycst.com
- and –

BINGHAM MCCUTCHEN LLP

Edward A. Pennington
Robert Bertin
George Jones
Stephanie Scruggs
3000 K Street, Suite 300
Washington, DC 20007
(202) 424-7500
*Attorneys for Plaintiff, Bavarian Nordic A/S*

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire, hereby certify that on July 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORR,S NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on July 21, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### By E-Mail and Hand Delivery

>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORR,S NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

### By E-Mail and Federal Express

>William D. Coston [wdcoston@venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

YOUNG CONAWAY STARGATT & TAYLOR LLP

*(signature)*

D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DC 19801
(302) 571-6000
Email:  fmuttamara-walker@ycyst.com

*Attorneys for Plaintiff, Bavarian Nordic A/S*