IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-614 (SLR) |
| | ) | |
| ACAMBIS INC. and | ) | |
| ACAMBIS PLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by plaintiff Bavarian Nordic A/S and defendants Acambis Inc. and Acambis PLC, through their undersigned counsel, and subject to the approval of the Court, that the date by which Acambis may file its reply brief in support of its Motion to Dismiss in Favor of Mandatory Arbitration BN's Claim of Misappropriation of Trade Secrets is July 26, 2006.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
*/s/ John W. Shaw*

John W. Shaw (#3362)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
fmuttamara-walker@ycst.com

*Attorneys for Plaintiff
  Bavarian Nordic A/S*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com

*Attorneys for Defendants
  Acambis Inc. and Acambis plc*

SO ORDERED this ___ day of July, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge

530056