IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-614 (SLR) |
| | ) | |
| ACAMBIS INC. and | ) | |
| ACAMBIS PLC, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT E TO
ACAMBIS' REPLY IN SUPPORT OF MOTION TO DISMISS
IN FAVOR OF MANDATORY ARBITRATION BN'S
<u>MISAPPROPRIATION OF TRADE SECRETS CLAIM</u>**

                                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                             Mary B. Graham (#2256)
                                             Rodger D. Smith II (#3778)
                                             James W. Parrett, Jr. (#4292)
                                             1201 North Market Street
                                             P.O. Box 1347
                                             Wilmington, DE 19899
                                             302.658.9200

                                             *Attorneys for Defendants*
                                             *Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
202.344.4000

Dated:  July 26, 2006

# CONFIDENTIAL EXHIBIT

Case 1:05-cv-00614-SLR     Document 66     Filed 07/26/2006     Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE 19801

      Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 26, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
| --- | --- |
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801 | Edward A. Pennington<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, Suite 300<br>Washington, DC 20007 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)