IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-614 (SLR) |
| | ) |
| ACAMBIS INC. and | ) |
| ACAMBIS, PLC, | ) |
| | ) |
| Defendants. | ) |

## APPLICATION FOR ORAL ARGUMENT

Plaintiff Bavarian Nordic A/S ("Bavarian Nordic"), pursuant to Local Rule 7.1.4, respectfully requests oral argument on Defendant Acambis' Motion to Dismiss In Favor of Mandatory Arbitration Bavarian Nordic's Claim of Misappropriation of Trade Secrets. (D.I. 49). Bavarian Nordic requests argument because the issues raised are significant to the litigation and because Acambis made several materially misleading statements in its reply brief. Briefing on the motion was completed July 26, 2006, and the parties' briefs and supporting papers are found in the docket at Docket Items 49, 52, 65 and 66.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Date: July 31, 2006

*[signature]*

John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
fmuttamara-walker@ycst.com

– and –

BINGHAM MCCUTCHEN LLP
Edward A. Pennington
Robert Bertin
Stephanie Scruggs
3000 K Street, Suite 300
Washington, DC 20007
(202) 424-7500

*Attorneys for Plaintiff, Bavarian Nordic A/S*

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire, hereby certify that on July 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on July 31, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail and Hand Delivery*

>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORR,S NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

### *By E-Mail and Federal Express*

>William D. Coston [wdcoston@venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DC 19801
(302) 571-6000
Email: fmuttamara-walker@ycst.com

*Attorneys for Plaintiff, Bavarian Nordic A/S*