IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-614-SLR |
| | ) |
| ACAMBIS INC. and ACAMBIS, PLC, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 10th day of August, 2006, having reviewed plaintiff's motion to strike defendants' affirmative defense of inequitable conduct, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 11) is **granted**, as the defense is not appropriately directed to plaintiff's claims asserting tortious conversion, misappropriation of trade secrets, unfair trade practices, and unfair competition. Even if relevant, the defense has not been adequately pled.

United States District Judge