# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-614-SLR |
| ACAMBIS, INC. and ACAMBIS, PLC, | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **11th** day of **August, 2006,**

IT IS ORDERED that the continued mediation tentatively scheduled for Saturday, September 9, 2006 at 9:00 a.m. has been rescheduled to **Monday, September 11, 2006 at 10:00 a.m.  Dress for the mediation is casual.**

IT IS FURTHER ORDERED that the teleconference scheduled for Wednesday, August 30, 2006 at 9:00 a.m. remains as scheduled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE