IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. Action No. 05-614 (SLR) |
| | ) | |
| ACAMBIS INC. and | ) | **JURY TRIAL DEMANDED** |
| ACAMBIS, PLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David M. Lubitz, Esquire to represent Plaintiff Bavarian Nordic A/S in this matter.

Pursuant to Standing Order for District Court Fund effective January 1, 2005, the annual fee of $25.00 will be submitted to the Court upon the filing of this motion.

YOUNG CONWAWAY STARGATT &
TAYLOR, LLP

_/s/ D. Fon Muttamara-Walker_
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 10900-0391
(302) 571-6600
fmuttamara-walker@ycst.com

*Attorneys for Bavarian Nordic A/S*

Dated: August 11, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of David M. Lubitz, Esquire is granted.

Date: _____    _____
                                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New York and Florida and the District of Columbia, and pursuant to Local Rule 83.65 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court.

Date: August 11, 2006

David M. Lubitz
Bingham McCutchen LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
(202) 373-6716

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire, hereby certify that on August 11, 2006, I caused to be electronically filed a true ad correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Mary B. Graham [mbgefiling@mnat.com]
    James Walter Parrett, Jr. [jparrett@mnat.com]
    MORR,S NICHOLS, ARSHAT & TUNNELL LLP
    1301 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200

I further certify that on August 11, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail and Hand Delivery*

    Mary B. Graham [mbgefiling@mnat.com]
    James Walter Parrett, Jr. [jparrett@mnat.com]
    MORR,S NICHOLS, ARSHAT & TUNNELL LLP
    1301 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200

### *By E-Mail and Federal Express*

    William D. Coston [wdcoston@venable.com]
    VENABLE LLP
    575 7th Street, N.W.
    Washington, D.C.  20004-1601
    (202) 344-4000

YOUNG CONWAWAY STARGATT &
TAYLOR, LLP

/s/ D. Fon Muttamara-Walker
_____
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 10900-0391
(302) 571-6600
fmuttamara-walker@ycst.com