IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACAMBIS INC. and ) <br> ACAMBIS, PLC, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-614 (SLR) |

**STIPULATION AND PROPOSED ORDER
TO EXTEND FACT AND EXPERT DISCOVERY**

WHEREAS the parties have agreed, subject to approval by the Court, to the modification of certain dates set forth in the October 26, 2005 Scheduling Order (D.I. 20);

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the Scheduling Order (D.I. 20) is amended as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Close of Fact Discovery [Sched. Order ¶ (2)(b)] | August 14, 2006 | September 21, 2006 |
| Opening Expert Reports Served [Sched. Order ¶ (2)(c)(i)] | September 7, 2006 | October 2, 2006 |
| Rebuttal Expert Reports Served [Sched. Order ¶ (2)(c)(i)] | October 5, 2006 | November 1, 2006 |
| Close of Expert Discovery [Sched. Order ¶ (2)(c)(i)] | November 3, 2006 | November 22, 2006 |

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Mary B. Graham* |
| John W. Shaw (No. 3362) | Mary B. Graham (No. 2256) |
| [jshaw@ycst.com] | [MGraham@mnat.com] |
| Karen L. Pascale (No. 2903) | James W. Parrett, Jr. (No. 4292) |
| [kpascale@ycst.com] | [JParrett@mnat.com] |
| D. Fon Muttamara-Walker (No. 4646) | 1201 North Market Street |
| The Brandywine Building | P.O. Box 1347 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 658-9200 |
| (302) 571-6600 | |
| OF COUNSEL: | OF COUNSEL: |
| BINGHAM MCCUTCHEN LLP | VENABLE, LLP |
| Edward A. Pennington | William D. Coston |
| Robert Bertin | Lindsay B. Meyer |
| George Jones | Eric S. Namrow |
| Stephanie Scruggs | Martin L. Saad |
| 3000 K Street Suite 300 | 575 7th Street, NW |
| Washington, DC 20007 | Washington, DC 20004-1601 |
| (202) 424-7500 | (202) 344-4000 |
| *Attorneys for Plaintiff,* | *Attorneys for Defendants,* |
| *Bavarian Nordic A/S* | *Acambis Inc. and Acambis plc* |

SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

DB02:5462698.1                                                                                                                       064417.1001

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 14, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on August 14, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By Hand Delivery*

>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

### *By E-Mail and FedEx*

>William D. Coston [wdcoston@venable.com]
>Martin L. Saad [mlsaad@venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  kpascale@ycst.com
   *Attorneys for Plaintiff, Bavarian Nordic A/S*