IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, )<br> )<br>          Plaintiff, )<br> )<br>v. )<br> )<br>ACAMBIS INC. and )<br>ACAMBIS PLC, )<br> )<br>          Defendants. )<br> ) | C.A. No. 05-614 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Acambis' Response to Bavarian Nordic's Second Set of Interrogatories*; and (2) *Acambis' Responses to Bavarian Nordic's Third Set of Requests for Production of Documents and Things* were caused to be served on August 14, 2006 upon the following in the manner indicated:

**BY HAND**

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY FACSIMILE**

Edward A. Pennington, Esquire
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC 20007

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Defendants*
*Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 14, 2006 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE  19801 | Edward A. Pennington, Esquire<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, Suite 300<br>Washington, DC  20007 |

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)