IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACAMBIS INC. and )<br>ACAMBIS, PLC, )<br>)<br>Defendants. )<br>) | C.A. No. 05-614 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (i) Bavarian Nordic A/S's Objections And Responses To Acambis' Second Set Of Interrogatories To Bavarian Nordic and, (ii) Bavarian Nordic A/S's Objections And Responses To Acambis' First Set Of Requests For Production Of Documents And Things To Bavarian Nordic were caused to be served by counsel from Bingham McCutchen LLP on August 14, 2006 upon the following in the manner indicated:

**BY U.S. MAIL AND FACSIMILE**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY U.S. MAIL AND FACSIMILE**

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601

Additionally, the undersigned hereby certifies that on August 15, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated:

| **BY CM/ECF & HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Mary B. Graham, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL, LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | William D. Coston, Esquire<br>VENABLE, LLP<br>575 7th Street, NW<br>Washington, DC 20004-1601 |

OF COUNSEL:

Edward A. Pennington
Robert C. Bertin
Stephanie D. Scruggs
BINGHAM MCCUTCHEN LLP
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

Dated: August 15, 2006

Respectfully submitted,

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
D. Fon Muttamara-Walker (No. 4646)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff Bavarian Nordic A/S*