IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-614 (SLR) |
| | ) | |
| ACAMBIS INC. and | ) | |
| ACAMBIS, PLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (i) Verification of Bavarian Nordic A/S's Objections And Responses To Acambis' Second Set Of Interrogatories (Nos. 13-34) To Bavarian Nordic were caused to be served on August 16, 2006 upon the following in the manner indicated:

**BY HAND DELIVERY**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY E-MAIL & FEDERAL EXPRESS**

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601

Additionally, the undersigned hereby certifies that on August 16, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated:

**BY CM/ECF & HAND DELIVERY**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY E-MAIL FEDERAL EXPRESS**

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601

OF COUNSEL:

Edward A. Pennington
Robert C. Bertin
Stephanie D. Scruggs
BINGHAM MCCUTCHEN LLP
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

Dated: August 16, 2006

Respectfully submitted,

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
D. Fon Muttamara-Walker (No. 4646)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff Bavarian Nordic A/S*