IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-614 (SLR) |
| | ) |
| ACAMBIS INC. and | ) |
| ACAMBIS, PLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (i) Anton Mayr's Objections And Responses To Acambis' First Set Of Interrogatories To Anton Mayr, and (ii) Anton Mayr's Objections And Responses To Acambis' First Set Of Requests For The Production Of Documents And Things To Anton Mayr were caused to be served on September 1, 2006 upon the following in the manner indicated:

**BY U.S. MAIL & FACSIMILE**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY U.S. MAIL & FACSIMILE**

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601

Additionally, the undersigned hereby certifies that on September 1, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated:

**BY CM/ECF & HAND DELIVERY**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY E-MAIL & FEDERAL EXPRESS**

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601

OF COUNSEL:

Edward A. Pennington
Robert C. Bertin
Stephanie D. Scruggs
Krista L. Lynch
David M. Lubitz
BINGHAM MCCUTCHEN LLP
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

Dated: September 1, 2006

Respectfully submitted,

/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
D. Fon Muttamara-Walker (No. 4646)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiff Bavarian Nordic A/S*