# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-614-SLR |
| | : | |
| ACAMBIS, INC. and ACAMBIS, PLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **11th** day of **September, 2006,**

IT IS ORDERED that the continued mediation scheduled for Monday, September 11, 2006 at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Friday, September 22, 2006 at 8:30 a.m.** to discuss whether further mediation would be appropriate and the timing of mediation. **John Shaw, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE