IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, <br><br> Plaintiffs, <br><br> v. <br><br> ACAMBIS INC. and ACAMBIS, PLC, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 05-614 (SLR) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Bavarian Nordic A/S' Confidential Supplemental Responses to Acambis' First Set of Interrogatories (Nos. 1-12) to Bavarian Nordic and Verification thereto were caused to be served on September 12, 2006 upon the following in the manner indicated:

**BY U.S. MAIL & FACSIMILE**

Mary B. Graham, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY U.S. MAIL & FACSIMILE**

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601

Additionally, the undersigned hereby certifies that on September 12, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel as indicated:

| **BY CM/ECF & HAND DELIVERY** | **BY E-MAIL** |
|---|---|

Mary B. Graham, Esquire
James Walter Parrett, Jr., Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

William D. Coston, Esquire
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
wdcoston@venable.com

OF COUNSEL:

Edward A. Pennington
Robert C. Bertin
Stephanie D. Scruggs
Krista L. Lynch
David M. Lubitz
BINGHAM MCCUTCHEN LLP
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

Dated: September 12, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *D. Fon Muttamara-Walker*
John W. Shaw (No. 3362)
Karen L. Pascale (No. 2903)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
fmuttamara-walker@ycst.com

*Attorneys for Plaintiffs Bavarian Nordic A/S and Anton Mayr*