IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-614 |
| | ) | |
| ACAMBIS INC. and | ) | |
| ACAMBIS, PLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Tamany J. Vinson Bentz to represent the Defendants, Acambis Inc. and Acambis PLC, in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant Acambis Inc. and Acambis PLC*

OF COUNSEL:

William D. Coston
Linsday B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
202-344-4000

September 13, 2006

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                           _____
                                                United States District Judge


536832

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Tamany J. Vinson Bentz, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 9/13/06

Tamany J. Vinson Bentz
Venable LLP
575 7th Street NW
Washington, D.C. 20004
202.344.4000

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 13, 2006 upon the following individuals in the manner indicated:

| BY HAND | BY FACSIMILE |
|---|---|
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE  19801 | Edward A. Pennington<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, Suite 300<br>Washington, DC  20007 |

/s/ *Mary B. Graham*
_____
Mary B. Graham (#2256)