IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR,<br><br>        Plaintiffs,<br><br>    v.<br><br>ACAMBIS INC. and ACAMBIS PLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-614 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: *Acambis' Supplemental Responses to Bavarian Nordic's First Set of Interrogatories* were caused to be served on September 18, 2006 upon the following in the manner indicated:

| **BY E-MAIL AND HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Karen L. Pascale, Esquire<br>John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE  19801 | Edward A. Pennington, Esquire<br>Robert C. Bertin, Esquire<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, Suite 300<br>Washington, DC  20007 |

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ James W. Parrett, Jr.*

        _____
        Mary B. Graham (#2256)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200

        *Attorneys for Defendants*
        *Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 18, 2006 upon the following individuals in the manner indicated:

| BY EMAIL AND HAND DELIVERY | BY EMAIL |
|---|---|
| Karen L. Pascale, Esquire<br>John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801 | Edward A. Pennington, Esquire<br>Robert C. Bertin, Esquire<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, Suite 300<br>Washington, DC 20007 |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)