IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, and<br>ANTON MAYR,<br><br>      Plaintiffs,<br><br>      v.<br><br>ACAMBIS INC., and<br>ACAMBIS, PLC<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-614-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Bavarian Nordic A/S' Confidential Second Supplemental Responses to Acambis' First Set of Interrogatories (Nos. 1-12) to Bavarian Nordic* were caused to be served on September 18, 2006 upon the following counsel of record in the manner indicated:

*Via U.S. Mail and E-Mail*

Mary B. Graham [mbgefiling@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

William D. Coston [wdcoston@venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Additionally, the undersigned hereby certifies that on September 21, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated:

*By Hand Delivery and E-Mail*

Mary B. Graham [mgraham@mnat.com]
James Walter Parrett, Jr. [jparrett@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*By E-Mail*

William D. Coston [wdcoston@venable.com]
Martin L. Saad [mlsaad@venable.com]
Tamany Vinson Bentz [TJBentz@Venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Date: September 21, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
_____
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:

BINGHAM MCCUTCHEN LLP
Edward A. Pennington
Robert C. Bertin
Stephanie Scruggs
Krista L. Lynch
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

*Attorneys for Plaintiffs,
Bavarian Nordic A/S and Anton Mayr*