IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, and<br>ANTON MAYR,<br><br>            Plaintiffs,<br><br>      v.<br><br>ACAMBIS INC., and<br>ACAMBIS, PLC<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-614-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Verification of Bavarian Nordic A/S' Confidential Second Supplemental Responses to Acambis' First Set of Interrogatories (Nos. 1-12) to Bavarian Nordic* were caused to be served on September 21, 2006 upon the following counsel of record in the manner indicated:

*By E-Mail and Hand Delivery*

Mary B. Graham [mbgefiling@mnat.com]
James Walter Parrett, Jr. [jparrett@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*By E-Mail*

William D. Coston [wdcoston@venable.com]
Martin L. Saad [mlsaad@venable.com]
Tamany Vinson Bentz [tjbentz@Venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Additionally, the undersigned hereby certifies that on September 21, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record in the manner indicated above.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Date: September 21, 2006 | /s/ Karen L. Pascale |
|  | John W. Shaw (No. 3362) [jshaw@ycst.com]<br>Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>D. Fon Muttamara-Walker (No. 4646)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600 |

OF COUNSEL:

BINGHAM MCCUTCHEN LLP
Edward A. Pennington
Robert C. Bertin
Stephanie Scruggs
Krista L. Lynch
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

*Attorneys for Plaintiffs,*
*Bavarian Nordic A/S and Anton Mayr*