IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, <br><br> Plaintiffs, <br><br> v. <br><br> ACAMBIS INC. and ACAMBIS PLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-614 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: *Acambis' Second Supplemental Responses to Bavarian Nordic's First Set of Interrogatories* were caused to be served on October 17, 2006 upon the following in the manner indicated:

**BY HAND**

Karen L. Pascale, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**BY EMAIL**

Edward A. Pennington, Esquire
Robert C. Bertin, Esquire
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC  20007

2

          Morris, Nichols, Arsht & Tunnell LLP

          */s/ Mary B. Graham*

          _____
          Mary B. Graham (#2256)
          James W. Parrett, Jr. (#4292)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200

          *Attorneys for Defendants*
          *Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 17, 2006 upon the following individuals in the manner indicated:

| BY HAND | BY EMAIL |
|---|---|
| Karen L. Pascale, Esquire<br>John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801 | Edward A. Pennington, Esquire<br>Robert C. Bertin, Esquire<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, Suite 300<br>Washington, DC 20007 |

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)