IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-614 (SLR) |
| | ) | |
| ACAMBIS INC. and | ) | |
| ACAMBIS, PLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND PROPOSED ORDER REGARDING
EXPERT DISCOVERY AND SUMMARY JUDGMENT BRIEFING SCHEDULE**

WHEREAS the parties have agreed, subject to approval by the Court, to the modification of certain dates set forth in the October 26, 2005 Scheduling Order (D.I. 20), as revised on August 14, 2006 (D.I. 78);

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that the schedule for expert discovery and summary judgment motions is further amended as follows:

| Event | Original Date (per D.I. 20) | Revised Date (per D.I. 78) | New Date |
|---|---|---|---|
| Opening Expert Reports Served [Sched. Order ¶ (2)(c)(i)] | September 7, 2006 | October 2, 2006 | October 12, 2006 |
| Rebuttal Expert Reports Served [Sched. Order ¶ (2)(c)(i)] | October 5, 2006 | November 1, 2006 | November 10, 2006 (for Voelker Report only: November 20, 2006) |
| Close of Expert Discovery [Sched. Order ¶ (2)(c)(i)] | November 3, 2006 | November 22, 2006 | November 30, 2006 |

1

| Event | Original Date (per D.I. 20) | Revised Date (per D.I. 78) | New Date |
|---|---|---|---|
| Summary Judgment Motions and Opening Briefs [Sched. Order ¶ 5] | November 30, 2006 | (unchanged) | December 7, 2006 |
| Summary Judgment Answering Briefs [Sched. Order ¶ 5] | December 21, 2006 | (unchanged) | January 3, 2007 |
| Summary Judgment Reply Briefs [Sched. Order ¶ 5] | January 9, 2007 | (unchanged) | January 12, 2007 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen L. Pascale

_____
John W. Shaw (No. 3362)
[jshaw@ycst.com]
Karen L. Pascale (No. 2903)
[kpascale@ycst.com]
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:

BINGHAM MCCUTCHEN LLP
Edward A. Pennington
Robert Bertin
Stephanie Scruggs
Krista L. Lynch
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

*Attorneys for Plaintiff,
Bavarian Nordic A/S*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Mary B. Graham

_____
Mary B. Graham (No. 2256)
[MGraham@mnat.com]
James W. Parrett, Jr. (No. 4292)
[JParrett@mnat.com]
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

OF COUNSEL:

VENABLE, LLP
William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

*Attorneys for Defendants,
Acambis Inc. and Acambis plc*

SO ORDERED this _____ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on October 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mbgefiling@mnat.com]
> James Walter Parrett, Jr. [jparrett@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200

I further certify that on October 24, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail*

> Mary B. Graham [mgraham@mnat.com]
> James Walter Parrett, Jr. [jparrett@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200

> William D. Coston [wdcoston@venable.com]
> Martin L. Saad [mlsaad@venable.com]
> Tamany Vinson Bentz [TJBentz@Venable.com]
> VENABLE LLP
> 575 7th Street, NW
> Washington, DC 20004-1601
> (202) 344-4000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
Email:  kpascale@ycst.com
  *Attorneys for Plaintiffs,*
   *Bavarian Nordic A/S and Anton Mayr*