IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BAVARIAN NORDIC A/S, and ANTON MAYR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-614-SLR |
| ACAMBIS INC., and ACAMBIS, PLC | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *Verification of Bavarian Nordic A/S' Confidential Third Supplemental Responses to Acambis' First Set of Interrogatories (Nos. 1-12) to Bavarian Nordic* were caused to be served on October 25, 2006 upon the following counsel of record in the manner indicated:

*By E-Mail and U.S. Mail*

Mary B. Graham [mbgefiling@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

William D. Coston [wdcoston@venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

*By E-Mail*

Martin L. Saad [mlsaad@venable.com]
Tamany Vinson Bentz [tjbentz@Venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Additionally, the undersigned hereby certifies that on October 25, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record by e-mail.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Date: October 25, 2006

/s/ *Karen L. Pascale*
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:

BINGHAM MCCUTCHEN LLP
Edward A. Pennington
Robert C. Bertin
Stephanie Scruggs
Krista L. Lynch
3000 K Street, Suite 300
Washington, DC 20007
(202) 424-7500

*Attorneys for Plaintiffs,*
*Bavarian Nordic A/S and Anton Mayr*

2