IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR,<br><br>            Plaintiffs,<br><br>      v.<br><br>ACAMBIS INC. and ACAMBIS PLC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-614 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: *Verification of Acambis' Responses to Bavarian Nordic's First and Second Sets of Interrogatories and All Supplements Thereto* were caused to be served on November 8, 2006 upon the following in the manner indicated:

**BY HAND & EMAIL**

Karen L. Pascale, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**BY EMAIL**

Edward A. Pennington, Esquire
Robert C. Bertin, Esquire
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC  20007

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ James W. Parrett, Jr.*

                                              Mary B. Graham (#2256)
                                              James W. Parrett, Jr. (#4292)
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899-1347
                                              (302) 658-9200

                                              *Attorneys for Defendants*
                                              *Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

Dated:  November 8, 2006
528984

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 8, 2006 upon the following individuals in the manner indicated:

**BY HAND & EMAIL**

>Karen L. Pascale, Esquire
>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

**BY EMAIL**

>Edward A. Pennington
>Robert C. Bertin, Esquire
>BINGHAM MCCUTCHEN LLP
>3000 K Street, Suite 300
>Washington, DC  20007

*/s/ James W. Parrett, Jr.*
_____
James J. Parrett, Jr. (#4292)

528984