IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and<br>ANTON MAYR,<br><br>            Plaintiffs,<br><br>    v.<br><br>ACAMBIS INC. and<br>ACAMBIS PLC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-614 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER FOR
WITHDRAWAL OF LETTERS ROGATORY AND
CANCELLATION OF DEPOSITIONS PURSUANT THERETO**

THE PARTIES HEREBY STIPULATE AND AGREE, subject to approval by the Court, to the withdrawal of the Letters Rogatory seeking examination of Falko-Günter Falkner and Wolfgang Mundt and cancellation of any depositions pursuant thereto. BN filed Letters Rogatory seeking examination of Dr. Falkner and Dr. Mundt on July 21, 2006 (D.I. 54); the Letters were signed by the Court on July 25, 2006 (D.I. 64). Austrian authorities have scheduled examination of Drs. Falkner and Mundt for November 27, 2006. Acambis has agreed that, given the claims presently at issue in the litigation, Dr. Miles Carroll shall not be called to provide live testimony as an expert or fact witness on behalf of Acambis. Accordingly, the parties agree that examination of Drs. Falkner and Mundt is no longer necessary, and jointly stipulate to the withdrawal of the Letters Rogatory and cancellation of any deposition scheduled pursuant thereto.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Mary B. Graham* |
| John W. Shaw (#3362)<br>Karen L. Pascale (# 2903)<br>D. Fon Muttamara-Walker (#4646)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6600 | Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200 |
| OF COUNSEL: | OF COUNSEL: |
| Edward A. Pennington<br>Robert Bertin<br>Stephanie Scruggs<br>Krista L. Lynch<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street Suite 300<br>Washington, DC 20007<br>(202) 424-7500 | William D. Coston<br>Lindsay B. Meyer<br>Eric S. Namrow<br>Martin L. Saad<br>VENABLE, LLP<br>575 7th Street, NW<br>Washington, DC 20004-1601<br>(202) 344-4000 |
| *Attorneys for Plaintiffs*<br>*Bavarian Nordic A/S and Anton Mayr* | *Attorneys for Defendants*<br>*Acambis Inc. and Acambis plc* |

SO ORDERED this _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on November 14, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on November 14, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>William D. Coston [wdcoston@venable.com]
>Martin L. Saad [mlsaad@venable.com]
>Tamany Vinson Bentz [TJBentz@Venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

- 2 -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
   *Attorneys for Plaintiffs,*
    *Bavarian Nordic A/S and Anton Mayr*