IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS,
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT ON ALL CLAIMS**

Defendants Acambis Inc. and Acambis Plc ("Acambis") hereby move to dismiss all of the claims in this case pursuant to Federal Rule of Civil Procedure 12(c), or alternatively for summary judgment on all claims pursuant to Federal Rule of Civil Procedure 56. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Defendants' Motion to Dismiss, Or In The Alternative For Summary Judgment On All Claims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

OF COUNSEL:

William D. Coston
Linsday B. Meyer
Eric S. Namrow
Martin L. Saad
Tamany J. Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
202.344.4000

Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendants
Acambis Inc. and Acambis plc*

Dated: December 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 7, 2006 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**BY E-MAIL**

Edward A. Pennington
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC 20007

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)