IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, and ANTON MAYR, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 05-614-SLR ) |
| ACAMBIS INC., and ACAMBIS, PLC | ) ) ) ) |
| Defendants. | ) ) |

**BAVARIAN NORDIC'S MOTION FOR SUMMARY JUDGMENT
ON THE ISSUE OF TORTIOUS CONVERSION**

Plaintiff Bavarian Nordic A/S, by and through its undersigned counsel, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on the issue of tortious conversion (Count I of the First Amended Complaint). The grounds for this Motion are fully set forth in "Bavarian Nordic's Opening Brief in Support of Its Motion for Summary Judgment on the Issue of Tortious Conversion," which is filed and served contemporaneously herewith. A proposed Order is attached.

Date: December 7, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

OF COUNSEL:

BINGHAM MCCUTCHEN LLP
Edward A. Pennington
Robert C. Bertin
Stephanie Scruggs
Krista L. Lynch
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500

*Attorneys for Plaintiff Bavarian Nordic A/S*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on December 7, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on December 7, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail on 12/7/06 and by Hand Delivery on 12/8/06***
>
>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>***By E-Mail on 12/7/06 and by FedEx on 12/8/06***
>
>William D. Coston [wdcoston@venable.com]
>Martin L. Saad [mlsaad@venable.com]
>Tamany Vinson Bentz [TJBentz@Venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

---

Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
   *Attorneys for Plaintiffs,*
    *Bavarian Nordic A/S and Anton Mayr*