IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S, and<br>ANTON MAYR,<br><br>      Plaintiffs,<br><br>    v.<br><br>ACAMBIS INC., and<br>ACAMBIS, PLC<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-614-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

At Wilmington this ___ day of _____, 2007,

WHEREAS, Plaintiff Bavarian Nordic A/S has moved, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment with respect to the issue of tortious conversion (Count I of the First Amended Complaint);

WHEREAS, after considering all papers and arguments in support of and in opposition to Bavarian Nordic's motion, and the Court finding no genuine issue of material fact;

**IT IS HEREBY ORDERED** that Bavarian Nordic's Motion for Summary Judgment with respect to this issue of tortious conversion (Count I of the First Amended Complaint) is GRANTED.

                                                                                    United States District Judge