IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S and ANTON ANTON MAYR, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendants. | ) ) ) ) | |

---

**APPENDIX TO**
**OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS,**
**OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, ON ALL CLAIMS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendants*
*Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Linsday B. Meyer
Martin L. Saad
Tamany J. Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
202.344.4000

Dated:  December 7, 2006
Redacted Version Filed:  December 18, 2006
549286

### TABLE OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Letter from Pascale to Graham, August 23, 2006 |
| 2 | Deposition Transcript, Anton Mayr (September 21, 2006) |
| 3 | ITC Order No. 27, Initial Determination Granting in Part Respondent's Motion for Summary Judgment (April 17, 2006) |
| 4 | ITC Joint Statement of Undisputed Facts ("JSUF") (March 20, 2006) |
| 5 | Deposition Transcript, Anton Mayr (December 14, 2005) |
| 6 | "MVA Vaccination Against Smallpox," Stickl, Anton Mayr et al. (1974) |
| 7 | Deposition Transcript, Joseph Straus (November 30, 2006) |
| 8 | Straus Second Supplemental Expert Report (December 6, 2006) |
| 9 | Anton Mayr et al., Infection 3:1 (1975) |
| 10 | ITC Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bonding (September 6, 2006) |
| 11 | ITC Transcript, Direct Testimony Robert Drillien (April 17, 2006) |
| 12 | ITC Hearing Transcript, Robert Drillien (May 8, 2006) |
| 13 | Letter from Anton Mayr to Alice Bennett (June 30,1995) |
| 14 | Deposition Transcript Peter Wulff deposition (February 9, 2006) |
| 15 | "History of MVA 1974 Stock" from NIH (August 22, 2002) |
| 16 | Notes "History of vaccinia virus strain MVA" |

| Exhibit | Description |
|---------|-------------|
| 17 | Notes re: April 28, 2005 meeting with Anton Mayr |
| 18 | Peter Wulff Email (November 10, 2004) |
| 19 | Email Correspondence between Peter Wulff and Anton Mayr (November 11, 2004) |
| 20 | Deposition Transcript Peter Wulff (September 21, 2006) |
| 21 | Truiken Heyden letter to ███ (December 19, 2003) |
| 22 | Minutes from February 3, 2004 meeting with ███ |
| 23 | Peter Wulff email (September 8, 1999) |
| 24 | Anton Mayr letter to Bernard Moss (September 1995) |
| 25 | Bernard Moss letter to Anton Mayr (August 3, 2001) |
| 26 | NIH lab notebook recording receipt of MVA 572 |
| 27 | Anton Mayr letter to Bernard Moss (September 12, 2001) |
| 28 | Bernard Moss letter to Anton Mayr (April 23, 2003) |
| 29 | Handwritten notes of Linda Gritz |
| 30 | Deposition Transcript Linda Gritz (February 8, 2006) |
| 31 | Deposition Transcript Robert Drillien (November 24, 2006) |
| 32 | Request For Proposal-1 |
| 33 | April/May 2002 email correspondence between Peter Wulff and NIH |

| Exhibit | Description |
|---------|-------------|
| 34 | November 2002 Letters from Anton Mayr to NIH |
| 35 | Michael R. Mowatt letter to Peter Wulff (July 15, 2002) |
| 36 | Bavarian Nordic's Responses and Objections to Acambis' First Requests for Admissions, No. 132.(December 1, 2005) |
| 37 | Peter Wulff letter to John R. La Montagne (March 27, 2003) |
| 38 | John R. La Montagne letter to Peter Wulff (June 30, 2003) |
| 39 | Acambis NIAID Biological Materials Transfer Agreement. (September 27, 2002) |
| 40 | Deposition Transcript, Cynthia Lee (February 2, 2006) |
| 41 | Therion-NIAID Biological Materials Transfer Agreement (March 7, 2003) |
| 42 | Letter from Mowatt to Acambis (January 17, 2003) |
| 43 | Assignment Agreement between Bavarian Nordic A/S and Anton Mayr (November 6, 2002) |
| 44 | Agreement between Bavarian Nordic and Anton Mayr (May 28, 1996) |
| 45 | Agreement between Bavarian Nordic and Anton Mayr (June 1, 2001) |
| 46 | Supplemental Agreement between Bavarian Nordic and Anton Mayr (March 24, 2004) |
| 47 | Deposition Transcript, Clement Lewin (September 29, 2006) |
| 48 | Acambis' Investigational New Drug Application (January 29, 2004) |
| 49 | Diagrams of Baxter's production process flow sheet |

A-3

| Exhibit | Description |
|---------|-------------|
| 50 | Expert Report of John C. Jarosz (October 12, 2006) |
| 51 | Expert Report of Robert Drillien (October 12, 2006) |
| 52 | Supplemental Expert Report of Joseph Straus (November 29, 2006) |
| 53 | Bavarian Nordic A/S's Confidential Second Supplemental Responses to Acambis' First Set of Interrogatories (Nos. 1-12) to Bavarian Nordic, (September 18, 2006) |
| 54 | Acambis Response to RFP-3 §4.2.2, (October 3, 2005) |
| 55 | Bavarian Nordic ITC Third Supplemental Response to Interrogatory Nos. 29 and 30 at 7 (January 27, 2006) |
| 56 | Bavarian Nordic A/S Objections and Responses to Acambis' First Set of Interrogatories, (February 23, 2006) |
| 57 | Krista Lynch letter to counsel for Acambis (October 13, 2006) |

A-4

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 18, 2006 upon the following individuals in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

### BY E-MAIL AND FEDERAL EXPRESS

Edward A. Pennington
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC 20007

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

-104-

3.      This ID shall become the determination of the Commission 45 days after its date of service unless the Commission within those 45 days shall have ordered review of this ID, or certain issues herein, pursuant to 19 C.F.R. § 210.43(d) or § 210.44.


_Robert L Barton Jr_

Robert L. Barton, Jr.

Administrative Law Judge


Issued:          September 6, 2006

EXHIBIT 11

# CONFIDENTIAL EXHIBIT

EXHIBIT 12

CONFIDENTIAL EXHIBIT

EXHIBIT 13

# CONFIDENTIAL EXHIBIT

EXHIBIT 14

CONFIDENTIAL EXHIBIT

EXHIBIT 15

CONFIDENTIAL EXHIBIT

EXHIBIT 16

CONFIDENTIAL EXHIBIT

EXHIBIT 17

CONFIDENTIAL EXHIBIT

EXHIBIT 18

CONFIDENTIAL EXHIBIT

EXHIBIT 19

CONFIDENTIAL EXHIBIT

EXHIBIT 20

CONFIDENTIAL EXHIBIT

EXHIBIT 21

CONFIDENTIAL EXHIBIT

EXHIBIT 22

CONFIDENTIAL EXHIBIT

EXHIBIT 23

CONFIDENTIAL EXHIBIT

EXHIBIT 24

JUL-01-2002  14:11     NIH/NIAID/LVD                   301 490 1147     P.02

Prof.Dr.Dr.h.c.mult. Anton Mayr

Institut für Med. Mikrobiologie,

Infektions- und Seuchenmedizin

der Tierärztlichen Fakultät

Veterinärstr. 13

D-80539 MÜNCHEN

München, den 19.09.95

An

Dr. Bernard Moss

Laboratory of Viral Diseases

Building 4, Room 229

National Institutes of Health

Bethesda, MD 20892-0455

Dear Mr. Moss,

Thank you for your interest in our MVA-strain.

We are able to send you some samples of our

– seed virus and

– vaccine.

1) seed virus: "MVA"

    2 vials: 575. FHE-Pass. v. 14.12.83

        2 ml (freeze-dried)

2) vaccine: "Vacc.-Virus MVA"

    3 vials: II/85

        1 ml (freeze-dried).

Sincerly yours,

*(signature)*

Prof. Dr. Dr. h.c. mult. Anton Mayr
Lehrstuhl für Mikrobiologie
und Seuchenlehre
Veterinärstraße 13
80539 München

NIH00336

EXHIBIT 25



 **DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

Laboratory of Viral Diseases, NIAID
National Institutes of Health
Building: 4, Room: 229
4 Center Drive, MSC 0445
Bethesda, MD 20892-0445
Phone: 301-496-9869; Fax: 480-1147
Email: bmoss@nih.gov

August 3, 2001

Prof. Anton Mayr
Lehrstuhl für Mikrobiologie und Seuchenlehre
Ludwig-Maximilians-Universitat Munchen
Veterinaerstr. 13
80539 Muenchen
GERMANY

Dear Prof. Mayr,

Gerd Sutter told me the good news that you have been able to locate an early sample of MVA in your freezer and have agreed to send it to me. I wish to thank you for your generosity in this regard. As you are aware, MVA has taken on a new life as the premier vaccinia virus vector. I have enclosed a reprint of a recent paper that clearly illustrates the great potential value of MVA.

I understand that Gerd will help with the shipping of the MVA. He has also indicated that he is willing to help with a draft of a letter of authentication of the MVA in order to satisfy the regulatory agencies here.

Again, I thank you for your kindness in this matter.

Sincerely yours,

*Bernard Moss*

Bernard Moss M.D., Ph.D.
Chief, Laboratory of Viral Diseases

cc: Dr. Gerd Sutter

BNDEL001259

EXHIBIT 26

CONFIDENTIAL EXHIBIT

EXHIBIT 27

CX-262C:1

ACAMBIS CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER

EXHIBIT 14

01/27/2005 12:07 FAX 8053724747    BAXTER LEGAL DEPT
JAN. 7. 2005(FRI):45AM    GLAW DEPT-ARMSTRONG 949 474 8330    NO.5934   P.

*Prof.Dr.Dr.h.c.mult.Anton Mayr*
Lehrstuhl für Mikrobiologie und Seuchenlehre
Ludwig-Maximilians-Universität München

80539 München
Veterinärstraße 13
Tel. 089/2180-2532

12. September 2001

Bernard Moss M.D., Ph.D.
Chief, Laboratory of Viral Diseases
NIAID, National Institutes of Health
Building 4, Room 229
Bethesda, MD, 20892-0445
USA

Dear Professor Moss,

In response to your request for an early sample of vaccinia Virus MVA I was happy to provide you with the material MVA 572. FHE - 22.02.1974.

This virus material represents lyophilized tissue culture material from the 572nd passage of MVA on primary chicken embryo fibroblasts harvested February 22, 1974 and originates from the vaccinia virus MVA developed and passaged at the Institut für Mikrobiologie und Infektionskrankheiten der Tiere, Ludwig-Maximilians-Universität München (see Mayr et al. 1975, Passage history, pro parties and applicability of the attenuated vaccinia virus strain MVA, Infection 3:6-14).

Preparation in chicken embryo fibroblasts through two plaque purification passages (MVA 569.FHE - 12.02.74 and MVA 570. FHE - 15.02.74) and an amplifying passage (MVA 571. FHE - 19.02.74) resulted in the virus stock MVA 572. FHE - 22.02.1974 which was titrated (original titer $10^{8.25}$ TCID$_{50}$/ml) and lyophilized as standard MVA seeding material. This virus material has been stored at the institute under my control since that time.
With best regards.

Sincerely yours,

Prof.Dr.Dr.h.c.mult.Anton Mayr

TOTAL  P.02

AC0006782

EXHIBIT 28

APR-30-2003 17:32 NIH/NIAID/LVD 381

EXHIBIT 13

Received by
BN A/S



**DEPARTMENT OF HEALTH & HUMAN SERVICES** 2003

Public Health Service

Laboratory of Viral Diseases, NIAID
National Institutes of Health
Building: 4, Room: 229
4 Center Drive, MSC 0445
Bethesda, MD 20892-0445
Phone: 301-496-9869; Fax: 480-1147
Email: bmoss@nih.gov

23 April 2003

Prof. Dr. Dr. h.c. mult. Anton Mayr
Lehrstuhl fur Mikrobiologie und Seuchenlehre
Veterinarstrasse 13
80539 Munchen
GERMANY

Dear Professor Mayr,

At the request of Dr. Michael Mowatt, Director of the Office of Technology Development at the National Institute of Allergy and Infectious Diseases (NIAID), I have not previously responded to your letter to me, dated 6 November 2002, regarding "MVA and uses thereof." Dr. Mowatt's request stemmed from the very positive meeting held on 8 January 2003 meeting in Bethesda, Maryland with Drs. Peter Wulff and Paul Chaplain of Bavarian Nordic A/S. I understand that the 8 January meeting, which included Drs. John La Montagne, Carole Heilman and Pamela McInnes as well as Ms. Cindy Fuchs and Dr. Mowatt of the NIAID, yielded fruitful discussion of the respective positions of the NIAID and Bavarian Nordic in regard to NIAID's use and distribution the MVA 572.FHE – 22.02.1974 that you provided to me in late summer 2001. Specifically, I understand that Drs. Wulff and Chaplain were to relay to you the amicable conclusions reached during the meeting. In this context I was both surprised and disturbed by Dr. Wulff's letter, dated 27 March 2003, to Dr. John La Montagne of the NIAID (enclosed). For this reason I feel it necessary at this time to address the inaccuracies reflected in your 6 November 2002 letter to me.

Dr. Gerd Sutter brought the F6 isolate of MVA to the National Institutes of Health (NIH) after he received an AIDS scholarship from the Bundesministerium für Forschung und Technologie to work in my laboratory. In 1992, Dr. Sutter and I reported that MVA expressed both vaccinia viral and recombinant proteins at a high level in non-permissive human cells and suggested that MVA would make a safe and efficient vector for vaccines [Sutter and Moss, PNAS 89, 10847,1992]. These claims were substantiated in a series of animal protection experiments over the next several years [for example: Sutter et al. Vaccine, 12, 1032, 1994; Wyatt et al. Vaccine 14, 1451, 1996; Carroll and Moss Virology 238, 198, 1997; Durbin et al Vaccine 16, 1324, 1998; Wyatt et al. Vaccine 18, 392, 1999; Stittelaar et al. J. Virol. 74. 4236, 2000; Amara et al. Science 292, 69, 2001; Earl et al. Virology 294, 270, 2002]. Although the F6 strain was perfectly good for "expression vector work" in the laboratory, it did not have a well-documented passage history. I contacted you in 1995 to request MVA from an original vial of either a vaccine lot or a master seed for the purpose of producing recombinant vaccines for clinical use. In response to my request you generously provided MVA 575 and MVA II/85 without any restrictions. Because the U.S. Food and Drug Administration had expressed concern about the theoretical possibility that the causative agent of bovine spongiform encephalopathy (BSE) was a contaminant in MVA preparations made in the 1980's, I

A. Mayr
23 Apr 2003

Page 1 of 2

**BAVARIAN NORDIC CONFIDENTIAL BUSINESS
INFORMATION, SUBJECT TO PROTECTIVE ORDER**

BNITC00091986

subsequently requested a vial of an earlier lot. In response to my request you generously provided MVA 572 in the summer of 2001, again with no restrictions. I never received MVA from the European tissue culture collection or from Bavarian Nordic, and therefore am not aware of any restrictions or licenses that you may have placed on the distribution of materials provided to these organizations.

In your 6 November 2002 letter to Dr. La Montagne, you expressed concern regarding the safety profile of the MVA that you provided to me. I must assume that your concerns arose after you shipped MVA 572 to me, as you failed to mention any such concerns whatsoever in the letter, dated 12 September 2001, that you provided to me in response to my request for documentation about the MVA 572 you shipped in the summer of 2001. Nevertheless, I assure you that, before testing in clinical trials any derivatives of MVA 572, the NIAID will undertake, at a minimum, all testing necessary to meet safety standards mandated by clinical regulatory authorities.

I am enclosing a package of reprints describing my studies over the years with MVA. You will see that I have referenced your publications numerous times in order that you receive recognition for your seminal work. I believe that we are all striving toward the goal of enhancing the health and security of the peoples of the world.

Sincerely yours,

Bernard Moss M.D., Ph.D.
Chief, Laboratory of Viral Diseases
Division of Intramural Research, NIAID

Enclosures

cc:     P Wulff, Bavarian Nordic A/S, via facsimile transmittal: +45 33 26 83 80    without enclosures
        J La Montagne, Deputy Director, NIAID                                        without enclosures
        M Mowatt, Office of Technology Development, NIAID                                    without enclosures
        S Sherman, Office of the General Counsel, NIH                                without enclosures
        M Rohrbaugh, Office of Technology Transfer, NIH                              without enclosures

A. Mayr
23 Apr 2003

Page 2 of 2

TOTAL P.

BAVARIAN NORDIC CONFIDENTIAL BUSINESS
INFORMATION, SUBJECT TO PROTECTIVE ORDER                                 BNITC00091987

EXHIBIT 29

CONFIDENTIAL EXHIBIT

EXHIBIT 30

CONFIDENTIAL EXHIBIT