IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S, and ANTON MAYR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 05-614-SLR |
| ACAMBIS INC., and ACAMBIS, PLC | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of :

*Bavarian Nordic A/S' Initial Fact Witness List*

were caused to be served on January 3, 2007 upon the following counsel of record in the manner indicated:

*Via E-Mail and Facsimile*

Mary B. Graham [mbgefiling@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

William D. Coston [wdcoston@venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Additionally, the undersigned hereby certifies that on January 3, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated:

***By E-Mail***

Mary B. Graham [mgraham@mnat.com]
James Walter Parrett, Jr. [jparrett@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

William D. Coston [wdcoston@venable.com]
Martin L. Saad [mlsaad@venable.com]
Tamany Vinson Bentz [TJBentz@Venable.com]
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

Date: January 3, 2007        /s/ *D. Fon Muttamara-Walker*
        John W. Shaw (No. 3362) [jshaw@ycst.com]
        Karen L. Pascale (No. 2903) [kpascale@ycst.com]
        D. Fon Muttamara-Walker (No. 4646)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600

        OF COUNSEL:

        BINGHAM MCCUTCHEN LLP
        Edward A. Pennington
        Robert C. Bertin
        Stephanie Scruggs
        Krista L. Lynch
        3000 K Street Suite 300
        Washington, DC 20007
        (202) 424-7500

        *Attorneys for Plaintiffs,*
        *Bavarian Nordic A/S and Anton Mayr*