# EXHIBITS B-G REDACTED IN THEIR ENTIRETY