Gedruckt mit Genehmigung der Tierärztlichen Fakultät
der Universität München

Dekan: Univ.-Prof. Dr. J. Unshelm

Referent: Univ.-Prof. Dr. Dr.h.c.mult. A. Mayr

Korreferent: Univ.-Prof. Dr. M. Merkenschlager

Tag der Promotion: 23. Februar 1990

BIBLIOTHEK
der Tierärztlichen Fakultät
Königinstraße 10
8000 München 22

DISSERTATIONS- UND FOTODRUCK FRANK GmbH
8000 München 2, [illegible] 15, Tel. [illegible]

Meinen lieben Eltern
in Dankbarkeit

**Inhaltsverzeichnis**


| | | |
|---|---|---|
| 1. | Einleitung | |
| 2. | Schrifttum | |
| 2.1. | Genomaufbau von Vacciniaviren | 2 |
| 2.2. | Auftreten von Genomänderungen | 4 |
| 2.3. | Lokalisation von Genomänderungen | 6 |
| 2.4. | Genomänderung und Virulenz | 0 |
| 2.5. | Vacciniavirus Ankara | 3 |
| 3. | Material und Methoden | 5 |
| 3.1. | Zellkulturen | 15 |
| 3.2. | Virusstämme | 15 |
| 3.3. | Marker rescue-Experimente | 16 |
| 3.4. | Virusvermehrung | 17 |
| 3.4.1. | Ausgangsmaterial | 17 |
| 3.4.2. | Bestimmung des Wirtszellspektrums | 17 |
| 3.4.3. | Virustitration | 18 |
| 3.5. | Hämagglutination (HA) | 18 |
| 3.6. | Verhalten im Brutei | 18 |
| .7. | Verhalten in der weißen Maus | 19 |
| .8. | Virusreinigung | 19 |
| .9. | Nachweis viraler Proteine | 20 |
| 3.9.1. | Polyacrylamid-Gel-Elektrophorese (PAGE) | 20 |
| 3.9.2. | Immunoblot (Western-Blot) | 21 |

| | | |
|---|---|---|
| 3.9.3. | Reaktion mit Monoklonalen Antikörpern (MAK) | 21 |
| 3.10. | Untersuchung des Virusgenoms | 22 |
| 3.10.1. | Isolierung viraler DNS | 22 |
| 3.10.2. | Gelelektrophorese | 23 |
| 3.10.3. | Bestimmung der Genomendfragmente | 24 |
| 3.10.4. | Größenbestimmung des Virusgenoms | 24 |
| 3.10.5. | Isolierung von DNS-Fragmenten | 24 |
| 3.11. | Nachweis viraler DNS | 27 |
| 3.11.1. | Southern Transfer | 27 |
| 3.11.2. | Markierung viraler DNS | 28 |
| 3.11.3. | Hybridisierung | 29 |
| 4. | Ergebnisse | 32 |
| 4.1 | Veränderungen im Genom des Vaccinia-virusstammes Ankara im Verlauf der Passagierung | 32 |
| 4.1.1. | Charakterisierung der DNS von Plaque-isolaten des Ausgangsstammes CVA 2 | 32 |
| 4.1.2. | Charakterisierung der DNS verschiedener Passagen des Vacciniavirusstammes Ankara mit Hilfe von Restriktions-endonukleasen | 35 |
| 4.1.3. | Bestimmung der Genomgröße verschiedener Passagen des Vaccinia-virusstammes Ankara | 37 |
| 4.2. | Darstellung von Genomänderungen während der Passagierung | 41 |
| 4.2.1. | Identifizierung der Endfragmente | 41 |
| 2.2. | Physikalische Kartierung des Vacciniavirusstammes Ankara | 42 |
| 3. | Charakterisierung der während der Viruspassagierung auftretenden Veränderungen im Genom | 48 |
| .4. | Marker rescue des Vacciniavirus host range-Gens | 57 |
| 4.5. | Darstellung viraler Proteine | 58 |
| 4.5.1. | PAGE-Gel und Immunoblot | 58 |
| 4.5.2. | Reaktion mit Monoklonalen Antikörpern | 60 |
| 4.6. | Verhalten in der Zellkultur | 61 |
| 4.6.1. | Cytopathischer Effekt (CPE) | 61 |
| 4.6.2. | Wirtsspektrum | 62 |
| 4.7. | Hämagglutination | 68 |
| 4.8. | Verhalten im Brutei | 68 |
| 4.9. | Verhalten in der weißen Maus | 69 |
| 5. | Diskussion | 71 |
| 6. | Zusammenfassung | 81 |
| 7. | Summary | 83 |
| 8. | Literaturverzeichnis | 84 |

## 1. EINLEITUNG

Durch den weltweiten Einsatz des Vacciniavirus (Orthopoxvirus commune) konnten im Jahre 1980 Pockenvirusinfektionen des Menschen für ausgerottet erklärt werden. Damit ist jedoch das Interesse am Impfvirus, dem Prototypen des Genus Orthopoxvirus, nicht erloschen. Seit kurzem ist dieses Virus durch seine Fähigkeit, fremde Gene aufzunehmen, zu exprimieren und gegen exprimierte Antigene eine Antikörperantwort im Organismus zu induzieren, wieder in den Mittelpunkt des Interesses gerückt. Aufgrund von Impfkomplikationen, die früher nach Erstimmunisierungen bei diversen Vacciniavirusstämmen beobachtet wurden, konzentrieren sich heute die Forschungen auf die Aufklärung der genetisch fixierten Virulenz. Ziel ist es, Virusstämme zu finden, die frei von Nebenwirkungen und somit geeignet für die Konstruktion von "sicheren" Vaccinia-Rekombinanten sind.

Der in über 570 Passagen auf Hühnerembryofibroblasten-Zellkulturen attenuierte Stamm MVA unterscheidet sich in einer ganzen Reihe von Eigenschaften, insbesondere einer stark reduzierten Virulenz, von anderen Vacciniavirusstämmen. Es bietet sich an, dieses Virus aufgrund der genauen Kenntnis seiner biologischen Merkmale als Modell für Untersuchungen zur Virulenz heranzuziehen.

Vorliegende Arbeit soll dazu beitragen, die während der Passagezeit aufgetretenen Veränderungen im Virusgenom aufzuzeigen und diese charakteristischen phänotypischen Eigenschaften zuzuordnen.

## 2. SCHRIFTTUM

### 2.1. Genomaufbau von Vacciniaviren

Das Genom von Vacciniaviren besteht wie bei allen Pockenviren aus einem linearen, doppelsträngigen DNS-Molekül. Das mittlere Molekulargewicht wird mit 123 Megadalton (MD) angegeben, das entspricht ungefähr 186.000 Basenpaaren (bp) (Moss, 1985).

Bezüglich der genauen Genomgröße variieren die Literaturangaben jedoch stark. Die Längenausmessung des DNS-Moleküls im Elektronenmikroskop und Untersuchungen über das Sedimentationsverhalten der Virus-DNS in Viskositätsgradienten waren lange die zuverlässigsten Methoden zur Ermittlung des Molekulargewichts (Geshelin und Berns, 1974; Gafford et al., 1978). In jüngerer Zeit erfolgt die Größenbestimmung des Vacciniagenomes nach Verdau der DNS mit Restriktionsenzymen: Dabei werden die Molekulargewichte der einzelnen Restriktionsfragmente nach gelelektrophoretischer Trennung durch Vergleich mit Molekulargewichts-Standards bestimmt und summiert (Gangemi und Sharp, 1976; Müller et al., 1977). Da die Trennfähigkeit der Agarosegele mit zunehmender Molekülgröße jedoch stark abnimmt (Gangemi und Sharp, 1976; McCarron et al., 1978), bereitet die Größeneinschätzung von DNS-Fragmenten im Bereich von über 25 Kilobasenpaaren (Kbp) Schwierigkeiten (Mackett und Archard, 1979).
So schwanken z.B. die Molekulargewichtsangaben des größten HindIII-Fragmentes des Vacciniavirusstammes Western Reserve (VV WR) je nach Arbeitsgruppe zwischen 30 MD (≈ 45 Kbp) und 37 MD (≈ 56 Kbp), die Gesamtgenomlänge von 119 MD (≈ 180 Kbp) bis 132 MD (≈ 199 Kbp) (Gangemi und Sharp, 1976; McCarron et al., 1978; Mackett und Archard, 1979; Panicali et al., 1981; DeFilippes, 1982).

Eine Besonderheit des Vacciniagenoms ist die kovalente Bindung der beiden DNS-Stränge am Genomende. Unter Denaturierungsbedingungen bleiben die Einzelstränge - oder nach Restriktionsenzymverdau die terminalen Fragmente - noch miteinander verbunden (Geshelin und Berns, 1974) und können rasch wieder renaturieren ("snap back"-Mechanismus). Dies macht man sich zur Identifizierung der Genomenden nach Restriktionsenzymverdau zunutze (DeFilippes, 1976; Wittek et al., 1977; Jaureguiberry, 1977; Mackett und Archard 1979).

Dabei renaturieren nur Endfragmente wieder zu doppelsträngigen DNS-Molekülen und können nach Elektrophorese im Vergleich mit dem Fragmentmuster der Gesamt-DNS identifiziert werden. Die übrige, denaturierte, einzelsträngige DNS wird im Gel nicht als Bande sichtbar. Die kovalente Bindung der Genomenden ist dabei nicht spezifisch für Vaccinia-DNS. Ähnliche DNS-Strukturen werden im Genom des Virus der Afrikanischen Schweinepest (Genus Iridoviridae) vermutet (Ortin et al., 1979) und sind bei Adenoviren und Parvoviren die Basis für bestehende Replikationsmodelle (Moss, 1985).

Eine weitere Besonderheit der Orthopocken-DNS sind die "Inverted Terminal Repeat"(ITR) Regionen im Bereich der Genomenden. Dabei wiederholen sich Basensequenzen vom linken Terminus am rechten Genomende, jedoch umgekehrt komplementär zueinander (Wittek et al., 1977; Wittek et al., 1978a). Besonders gut untersucht ist der ITR-Bereich des VV WR mit einer Größe von 10.500 Basenpaaren (Garon et al., 1978). In dieser Region fanden Wittek und Moss (1980) nahe am Genomende zwei Blöcke von Sequenzwiederholungen, bei denen es 13 bzw. 17 mal hintereinander zu einer Wiederholung von 70 Basenpaaren kommt. Die Untersuchung verschiedener Virusplaques des VV WR zeigte eine große Variation in Anzahl und Größe der 70 bp Sequenzwiederholungen (Baroudy und Moss, 1982). ITR-Regionen kommen offenbar in den Genomen aller Orthopockenviren mit Ausnahme von Variolavirusstämmen vor. Die zugrunde liegenden Sequenzen sind ähnlich, so daß es nicht nur innerhalb des Genoms, sondern speziesübergreifend zu Kreuzhybridisierungen kommt (Mackett und Archard, 1979).

Die ersten 104 Nukleotide an beiden Genomenden bilden auf Grund ihrer inkompletten Basenpaarung eine invers komplementäre Haarnadelstruktur, die sogenannten "flip-flop-terminal-loops". Auf der Existenz dieser Haarnadelstruktur beruhen die zur Zeit gültigen Replikationsmodelle für Vacciniavirus-DNS (Baroudy et al., 1982, 1983):
Einzelstrangbrüche in der DNS der ITR-Region können unter Auffaltung der "terminal-loops" das Virusgenom in lineare DNS-Einzelstränge teilen und freie 3'OH-Enden als Starter für die virale DNS-Polymerase liefern ("self-priming"). Die Fortsetzung der Replikation stellt man sich vor durch ein Aneinanderlagern von ITR-Sequenzen (Wittek und Moss, 1980; Baroudy et al., 1982), die zum Auftreten der während der Replikation beobachteten Übergangskonkatemere der Virus-DNS

führen (Moyer und Graves, 1981). Merchlinsky et al. (1988) konnten klonierte Replikationskonkatemere der Vaccinia-DNS als Doppelkopien der terminalen Haarnadelstrukturen identifizieren. Gleichzeitig lokalisierten sie an deren Rändern Schnittstellen einer Vaccinia-Nuklease, die Einzelstrangbrüche herbeiführen und wieder schließen kann.

Die Untersuchung des Genoms verschiedener Orthopockenspezies mit Restriktionsendonukleasen ergab zahlreiche konstant wandernde Fragmente, die alle dem mittleren Teil des Genoms zuzuordnen sind. Besonders das Restriktionsenzym HindIII erwies sich als geeignet zur physikalischen Kartierung (Mackett und Archard, 1979; DeFilippes, 1982; Esposito und Knight, 1985). Die Genkarten zeigen im inneren Genombereich eine sehr einheitliche Verteilung der Enzymschnittstellen. Etwa zwei Drittel des Gesamtgenoms sind bei allen Orthopockenspezies hochgradig konserviert. Variationen treten in der Länge und im Aufbau der terminalen Fragmente auf. Dabei können die Genomlängen beträchtlich schwanken. Esposito und Knight (1985) berechneten die Genomgrößen von Kuhpockenvirusstämmen mit mehr als 220 Kbp, von Variolavirusstämmen dagegen mit 180 Kbp. Selbst innerhalb einer Orthopockenvirusspezies können einzelne Isolate auf Grund des Aufbaus ihrer terminalen Fragmente unterschieden werden.

## 2.2. Auftreten von Genomänderungen

Längenvariationen im Genom von Orthopockenviren und ihre Lokalisation im terminalen Genombereich werden vor allem mit dem Mechanismus der DNS-Replikation und dem besonderen Aufbau der Genomenden in Verbindung gebracht.
So ergab die Untersuchung einer phänotypisch einheitlichen Vacciniaviruspopulation mit Restriktionsenzymen eine Verschiedenartigkeit der entsprechenden DNS-Fragmente, die sich im Auftreten von unscharfen oder submolaren Banden im Agarosegel darstellte und durch Klonieren der Viruspopulation eliminiert werden konnte (Wittek et al., 1978b). In diesem Zusammenhang beschrieben Moss et al. (1981a) eine sehr variable, instabile Vervielfachung kurzer "Tandem repeat"-Sequenzen in der ITR-Region des Genoms zufällig gepickter Virusplaques. McFadden und Dales (1979) berichteten im Rahmen der Untersuchung temperatursensitiver Vacciniavirusmutanten von spiegelbildlichen Mikrodeletionen am Genomende bei 20 % aller Virusklone.



In Vermehrungsmodellen für Vacciniaviren (Baroudy et al., 1982; 1983; Wittek und Moss, 1980) spielen die ITR-Regionen des Virusgenoms eine wichtige Initiatorrolle bei der DNS-Replikation. Das Aneinanderlagern der ITR-Sequenzen im Replikationskonkatemer dient als Ausgangspunkt für die Synthese eines DNS-Tochterstrangs. Erfolgt diese Aneinanderlagerung ungleichmäßig, sind Verschiebungen und Duplikationen der repetitiven Sequenzen denkbar, die die Variabilität der Genomenden verursacht. Dabei ist die Erhaltung einer symmetrischen Genomstruktur als grundlegendes Prinzip anzusehen (Wittek, 1982). So sind Virusmutanten bei Kaninchenpockenviren, bei Affenpockenviren und bei Kuhpockenviren bekannt, bei denen Abschnitte des einen Genomendes durch Duplikate der Sequenzen des gegenüberliegenden Genomendes ersetzt werden (Moyer et al., 1980; Esposito et al., 1981; Pickup et al., 1984). Bei entsprechenden Translokationen kann die Genomgröße der Mutanten um bis zu 30 Kbp anwachsen, obwohl in Wirklichkeit Sequenzen verloren gegangen sind.

Genomänderungen kommen aber auch im konstanten Genombereich vor und können mit dem Verlust einzelner Nukleotide oder aber der Deletion ganzer Sequenzabschnitte einhergehen. Punktmutationen im Genom treten meist als Folge der Anpassung an plötzlich eintretende Selektionsbedingungen, wie den Einsatz antiviraler Wirkstoffe oder die selektive Erhöhung der Umgebungstemperatur auf (Tartaglia und Paoletti, 1985; Drillien und Spehner, 1983). Dagegen konnten nach Dauerpassagen in Zellkulturen Virusmutanten isoliert werden, die beträchtliche Deletionen in ihrem Genom aufwiesen. Zwei solcher Mutanten des VV WR hatten in der linken Genomhälfte gleich im Anschluß an die ITR-Region ein über 10 Kbp großes DNS-Stück verloren (Moss et al., 1981b; Panicali et al., 1981). Obwohl die Sequenzen nachweislich für mehrere Proteine kodierten, waren bezüglich des Wachstums in der Zellkultur keine Unterschiede zu den Wildtypviren zu erkennen.

Ein anderer Weg zur Entstehung neuer Genotypen bei Orthopockenviren ist schon lange bekannt, die Rekombination (Woodroofe und Fenner, 1960). Bei der gleichzeitigen Infektion einer Zellkultur mit verschiedenen Virusstämmen kommt es während der Replikation in der Wirtszelle durch das "molekulare Kreuzen" aneinandergelagerter DNS-Stränge zum Austausch von Genmaterial. Die Übereinstimmung weiter Genombereiche der Orthopockenviren hat zur Folge, daß nicht

nur Rekombinanten einer Virusspezies gebildet werden, sondern begünstigt auch die Entstehung von Rekombinanten zwischen verschiedenen Spezies von Orthopockenviren. Hybride hergestellt aus Kuhpockenviren und Variolaviren wiesen die biologischen Eigenschaften von Kuhpockenviren und die von Variolaviren auf (Bedson und Dumbell, 1964b). Insgesamt ließen sich bei diesen Experimenten 10 phänotypisch verschiedene Rekombinanten isolieren. Bedson und Dumbell (1964a) beschrieben auch die unerwartet wechselnde Pathogenität solcher Speziesvarianten für verschiedene Wirte. Sie rekombinierten Kaninchenpockenviren (pathogen für Kaninchen und Mäuse) und Alastrimviren (apathogen für Kaninchen und Mäuse) zu Hybriden, die teils nur pathogen für Kaninchen, teils nur pathogen für Mäuse waren. Die biologische und genetische Charakterisierung von Rekombinanten zwischen Vacciniaviren und Mäusepockenviren zeigte, daß sich die pathogenen Eigenschaften verschiedener Virusspezies auch summieren können (Chernos et al., 1985). Das natürliche Auftreten neuer Pockenvirusisolate mit bisher unbekanntem Phänotyp könnte auf die genetische Rekombination ursprünglicher Virusspezies zurückzuführen sein. Vielleicht liegt hierin sogar die Lösung der Frage nach der Herkunft des Vacciniavirus (Gershon et al., 1989).

## 2.3. Lokalisation von Genomänderungen

Einblicke in Aufbau und Funktion eines Virusgenoms sind erst möglich, wenn sich Änderungen des Erbmaterials auf die phänotypischen Eigenschaften auswirken.
Als besonders geeignet erwies sich die Untersuchung von Virusmutanten, denen - sei es durch Punktmutationen oder durch Deletionen bewirkt - ein bestimmtes, identifizierbares Merkmal fehlt. So isolierten Gemmell und Fenner (1960) Kaninchenpockenvirusmutanten mit atypischem Wachstum auf der Chorioallantoismembran. In anderen Laboratorien wurden durch direkte Mutagenese temperaturempfindliche, wirtszellabhängige oder wirkstoffresistente Vacciniavirusmutanten selektiert (Fenner und Sambrook, 1966; Sambrook et al., 1966; Subak-Sharpe et al., 1969; Dubbs und Kit, 1964).
Die Analyse dieser Mutanten in aufwendigen Rekombinantenversuchen und erste Genomuntersuchungen mit Restriktionsenzymen konnten dann Hinweise auf diese für die Merkmalsausbildung verantwortlichen Genorte geben (Moyer und Rothe, 1980; Drillien et al., 1982).



Die Entwicklung der marker rescue-Technik (Hutchison und Edgell, 1971), also das gezielte Zurückgewinnen eines genetisch verankerten Merkmals, brachte die Möglichkeit, Gene im Virusgenom genau zu lokalisieren: Im Zellkulturansatz wird zur infektiösen DNS einer Virusmutante mit Merkmalsverlust das mit Restriktionsenzymen geschnittene Genom des Wildtypvirus zugegeben. Während der Virusreplikation rekombinieren in der Zelle Teile der DNS des Mutantengenoms mit komplementären transfizierten Wildtypvirus-Fragmenten. Werden dabei die Deletionen der Mutante durch die angelagerten DNS-Fragmente überbrückt, erhält die entstehende Virusrekombinante den verlorenen, phänotypischen Marker wieder zurück. Durch den wechselnden Einsatz verschiedener DNS-Fragmente in den Experimenten wird überprüft, welches Fragment die Ausgangseigenschaft wieder herstellt. Dieses Fragment wird dann mit Hilfe anderer Restriktionsenzyme noch weiter subkloniert, um mit den erhaltenen Unterfragmenten die marker rescue-Experimente zu wiederholen. Auf diese Weise kann die Größe der Deletion im Genom der Virusmutante sehr genau bestimmt werden. Ist der für die Merkmalsausbildung kodierende Genbereich bestmöglichst eingeengt, erfolgt im Anschluß die Analyse der Gensequenz. Aus der Identifizierung transkribierter Sequenzteile und der Entschlüsselung der sich daraus ergebenden Aminosäurenreihenfolge können im Vergleich mit bereits registrierten Gensequenzen Homologien festgestellt und erste Struktur-Wirkungs-Beziehungen der Genprodukte abgeleitet werden.
Die marker rescue-Technik wurde schon bald zur Lokalisation von Mutationen bei Adeno- und Herpesviren erfolgreich eingesetzt (Arrand, 1978; Frost und Williams, 1978; Bookout et al., 1978; Knipe et al., 1978). Bei Pockenviren dagegen verhinderte die fehlende Infektiosität der isolierten Virus-DNS zunächst eine Anwendung dieser Methode (Sam und Dumbell, 1981). Die entscheidende Modifikation war, die zum "rescue" erforderlichen DNS-Fragmente durch Transfektion im Überschuß in infizierte Zellen einzuschleusen. Nur die Verwendung eines geeigneten Suchsystems (screening) erlaubt die Selektion der gewünschten Virusrekombinanten. Erste erfolgreiche marker rescue-Experimente bei Vacciniaviren führten Sam und Dumbell (1981) zur Charakterisierung

temperaturempfindlicher Virusmutanten und Nakano et al. (1982) zur Methodik der DNS-Transfektion an Deletionsmutanten durch. Diese neue Technik beschleunigte den Fortschritt der Genkartierung bei Vacciniaviren beträchtlich.

Mittlerweile konnte eine ganze Palette verschiedener temperatursensitiver Vacciniavirusmutanten genetisch charakterisiert werden (Condit et al., 1983; Drillien und Spehner, 1983). Dabei fiel auf, daß die verantwortlichen Gendefekte über die gesamte Zentralregion des Genoms verstreut auftraten, nicht aber an den Genomenden. Daher wird angenommen, daß die Mehrheit der Gene, die zur Virusvermehrung unter in-vitro Bedingungen essentielle Enzyme und Regulatorproteine kodieren, in der hoch konservierten zentralen Region des Vacciniavirusgenoms liegen.

Das Enzym Thymidinkinase (TK) ist das erste Vacciniavirusprotein, dessen Gen im Virusgenom mit Hilfe von marker rescue genau lokalisiert werden konnte (Weir et al., 1982). TK-negativen Virusmutanten konnte durch Transfektion mit Wildtypvirus DNS-Fragmenten der TK-positive Phänotyp wiedergegeben werden. Ein Plaquetest auf TK-negativen Zellen diente zur Selektion. Das einfache Selektionssystem machte diesen im HindIII J-Fragment gelegenen Genlokus zur bevorzugten Insertionsstelle für Fremdgene.

Jones und Moss (1984) beschrieben die Kartierung des Gens der Vaccinia DNS-Polymerase. Sie verwendeten dazu eine Mutante, die gegen den DNS-Polymeraseinhibitor Phosphonoacetat (PAA) resistent ist. In Transfektionsexperimenten konnte gezeigt werden, daß nur ein in der linken Genomhälfte liegendes HindIII-Fragment (E) der resistenten Virusmutante mit der DNS eines PAA-sensitiven Wildtypvirus zur Bildung des PAA-resistenten Phänotyps rekombiniert.

Tartaglia und Paoletti (1985) fanden im HindIII D-Fragment des Vacciniavirusgenoms den Genort für die Resistenz gegen den antiviralen Hemmstoff Rifampicin. Dieser Wirkstoff verhindert den Zusammenbau bereits fertig vorsynthetisierter Proteine zu reifen, infektiösen Partikeln. Die Sequenzanalyse der DNS von Rifampicin-resistenten Virusmutanten und nicht resistenten Vacciniavirus Wildtypen zeigte, daß lediglich eine Punktmutation im Kodierungsbereich für ein 62 KD Polypeptid zur Resistenzausbildung ausreicht (Tartaglia et al., 1986; Baldick und Moss, 1987).

Marker rescue-Experimente von Villarreal und Hruby (1986) lokalisierten das Gen für eine andere Wirkstoffresistenz, die Resistenz gegen α-Amanitin im HindIII N-Fragment. Die Untersuchung der verantwortlichen Gensequenz soll neue Einblicke in die Funktion löslicher Virusproteine bei Transkriptionsvorgängen im Zellkern der Wirtszelle ermöglichen (Tamin et al., 1988).

Shida (1986) erforschte die Struktur des Vaccinia Hämagglutinins (HA) und dessen Genort. Der kodierende Bereich wurde in Transfektionsversuchen mit HA-negativen Mutanten des Vacciniavirusstammes IHD-J am äußersten rechten Ende des HindIII A-Fragmentes kartiert. Dabei diente die Rotfärbung HA-positiver Virusplaques durch Hühnererythrozyten als Selektionsystem. Flexner et al. (1987) erreichten durch die gezielte Deletion des Hämagglutinin-Gens eine merkliche Attenuierung bei Vacciniaviren. Da das Hämagglutinin-Gen für die Virusreplikation nicht essentiell ist und Rekombinanten leicht selektiert werden können, ist der Genort als Insertionsstelle für Fremd-DNS gut geeignet.

Perkus et al. (1986) verwendeten die marker rescue-Technik zur Konstruktion von Insertionsmutanten bei Vacciniaviren. Durch das Einsetzen des Thymidinkinasegens des Herpes Simplex Virus in das Vacciniavirusgenom gelang es, eine Reihe von Genorten zu charakterisieren, an denen insertierte Fremd-DNS exprimiert wird, ohne die Vermehrungsfähigkeit der Trägerviren zu beeinträchtigen.

Paez et al.(1985) isolierten Varianten des Vacciniavirusstammes Western Reserve mit charakteristischen, kleinen Plaques. Für den "kleinen" Plaquephänotyp war die Strukturänderung im Gen eines 14 KD Hüllproteins aus dem HindIII A-Fragment verantwortlich (Dallo et al., 1987). Rodriguez und Esteban (1989) empfehlen den Plaquephänotyp als Selektionsmarker für die Konstruktion von Vacciniarekombinanten.

Kuhpockenviren (KPV) produzieren auf skarifizierten Hautarealen von Kaninchen und auf der Chorioallantoismembran infizierter Hühnereier auffallend hämorrhagische Pockenläsionen; sogenannten "weißen" Virusmutanten fehlt diese phänotypische Eigenschaft. Pickup et al. (1984) fanden im Genom solcher Mutanten große Deletionen am rechten Genomende. In marker rescue-Experimenten konnte im KpnI D-Fragment des KPV-Genoms das zugehörige Gen lokalisiert werden.

Es kodiert für die Aminosäuresequenz eines 38 KD Proteins, das große Ähnlichkeit mit Plasmaproteinen aufweist, die als Inhibitoren verschiedener Serin-Proteasen in die Regulation der Blutgerinnung eingreifen. Vermutlich besitzt das virale Protein eine ähnliche biologische Aktivität und ruft so die Hämorrhagie der Pockenläsionen hervor (Pickup et al., 1986).

In infizierten Zellen induzieren Kuhpockenviren große zytoplasmatische Einschlußkörperchen vom Typ A, deren Auftreten allgemein als morphologisches Merkmal zur Differenzierung zwischen Kuhpockenviren und Vaccinia- bzw. Variolaviren genutzt wird (Ichihashi et al., 1971). Die Typ A Einschlußkörper bestehen aus einem im Überschuß produzierten, viralen "late" 160 KD Polypeptid (Shida et al., 1977a,b). Vacciniaviren produzieren anstatt des 160 KD Proteins ein antigenetisch nahe verwandtes 94 KD Polypeptid, bilden aber keine Typ A Einschlußkörperchen (Patel et al., 1986). Durch Transfektion von KPV-DNS in das Genom von Vacciniaviren gelang es Funahashi et al. (1988) das Gen des 160 KD Proteins im HindIII A-Fragment des KPV-Genoms zu finden. In Hybridisierungsexperimenten wurde im HindIII A-Fragment des Vacciniagenoms eine vergleichbare komplementäre Genstruktur lokalisiert. In Expressionsversuchen (cat assay) mit der Promotorregion des KPV-Gens konnte im Vergleich zu anderen Vacciniapromotoren eine starke Erhöhung der Aktivität erreicht werden. Diese Ergebnisse machen den Genlokus als Insertionsstelle für Fremdgene interessant, wenngleich Struktur und Funktion des eigentlichen Vaccinia-Gens noch genauer zu untersuchen sind.

## 2.4. Genomänderung und Virulenz

Im Hinblick auf eine erneute Anwendung als Impfvirus hat die Untersuchung der genetischen Grundlagen von Virulenzeigenschaften für Vacciniaviren große Bedeutung.

Die Fähigkeit zur Bildung von Thymidinkinase ($TK^+$) spielt für die Ausprägung der Virulenz bei Vacciniaviren eine besondere Rolle. Buller et al. (1985) berichteten, daß Vacciniavirus Vektorrekombinanten mit einem TK-negativen Phänotyp für Mäuse nach intraperitonealer und intrazerebraler Verabreichung deutlich weniger virulent waren als die TK-positiven Vacciniavirus Wildtypen. Für den Virulenzverlust war eindeutig der TK-negative Phänotyp, nicht aber



die am TK-Lokus inserierte Fremd-DNS verantwortlich. Andere Impfexperimente mit TK-negativen Vaccinivirusrekombinanten an Kaninchen und Schimpansen bestätigen diese Ergebnisse (Buller und Moss, 1985).

Durch Dauerpassagen in persistent infizierten Friend Erythroleukemia (FEL) Zellen konnten verschiedene Vacciniavirus Deletionsmutanten isoliert werden, die sich durch kleine Plaques auszeichneten. Neben einer 8 MD großen Deletion am linken Genomende (Paez et al., 1985) konnte durch marker rescue-Versuche nachgewiesen werden, daß der Plaquephänotyp, unabhängig von der großen Deletion am linken Genomende, auf den Verlust eines Gens im HindIII A-Fragment, also im hoch konservierten Genombereich zurückzuführen ist. Das Gen kodiert für ein 14 KD Vacciniavirus Hüllprotein, das eine wichtige Rolle bei der Viruspenetration in die Wirtszelle zu spielen scheint (Dallo et al., 1987; Rodrigues und Esteban, 1987). In Infektionsversuchen an Mäusen verdeutlichten Dallo und Esteban (1987), daß beide Genomänderungen eine Attenuierung des Wildtypvirus verursachen. Allerdings bedingt die 8 MD Deletion im linken Genomterminus einen größeren Virulenzverlust als die Deletion des Hüllproteingens (Rodrigues et al., 1989).

Moss et al. (1981b) isolierten eine Vacciniavirusmutante (6/2) mit einer großen Deletion in der linken Genomhälfte, im Bereich der HindIII Fragmente C/N. Transkriptions-Experimente zeigten, daß die Mutante eine ganze Gruppe von RNS-Molekülen nicht mehr synthetisieren kann. Obwohl die fehlenden Gene für die Virusvermehrung in Zellkulturen nicht erforderlich sind - es traten keine Wachstumsunterschiede zwischen Virusmutante und Wildtypvirus auf -, ergaben vergleichende Tierstudien eine deutliche Attenuierung der Deletionsmutante 6/2 (Buller et al. 1985). Genaue Sequenzuntersuchungen bestätigten, daß ein Teil dieser nicht essentiellen Gene für sekretorische Virusproteine, sogenannte Virokine, kodiert (Kotwal und Moss, 1988a,b). Eines der identifizierten Proteine, ein 35 KD Polypeptid, hat große Ähnlichkeit mit einem humanen Protein, das das Komplement 4B bindet. Das Virusprotein hemmt in gereinigter Form die klassische Komplementkaskade und könnte daher dem Abwehrmechanismus des Wirtsorganismus entgegenwirken. Auch das Fehlen eines zweiten sekretorischen, 12 KD Vacciniaproteins, dessen Funktion noch nicht bekannt ist, ist an der verminderten Virulenz der

Virusmutante 6/2 beteiligt (Kotwal und Moss 1988b, Kotwal et al., 1989).

Vacciniaviren besitzen in beiden ITR-Regionen ihres Genoms ein Gen, das für ein weiteres sekretorisches Virusprotein, den Wachstumsfaktor VGF (Vaccinia Growth Factor), kodiert (Twardzik et al., 1985). Dieses 19 KD Polypeptid kann an den EGF (Epidermal Growth Factor)-Rezeptor von nicht infizierten Zellen binden und deren Wachstum stimulieren. Buller et al. (1988a,b) konnten durch beidseitige Deletion des VGF-Gens eine virusinduzierte Zellproliferation verhindern und die Virulenz in der Maus und im Kaninchen abschwächen. Dagegen waren in der Vermehrungsfähigkeit in Zellkulturen zwischen den konstruierten Deletionsmutanten und dem Wildtypvirus keine Unterschiede festzustellen.

Eine andere Vacciniavirusvariante wurde nach direkter Mutagenese mit salpetriger Säure anhand ihrer Plaquemorphologie selektiert (Drillien et al., 1981). Das Wirtszellspektrum (host range) der Virusmutante war stark eingeschränkt. Sie konnte auf den meisten humanen Zellinien nicht, auf Affenzellinien nur schlecht vermehrt werden. Im Wachstum auf HEF-Zellen, auf einer Hamsterzellinie und auf zwei Mäusezellinien unterschieden sich die host range-Mutante und das Wildtypvirus nicht. Die Restriktionsenzymanalyse der DNS zeigte, daß von der linken Seite des Genoms ein ca. 18 Kbp großer DNS-Abschnitt einschließlich eines Teils der ITR-Region deletiert war. Der für das Wirtsspektrum verantwortliche Genbereich wurde in marker rescue-Experimenten mit die Deletion überspannenden Wildtypvirus DNS-Fragmenten immer mehr eingeengt. Schließich gelang es, am Übergang der HindIII Fragmente M und K des Virusgenoms eine kurze DNS-Sequenz zu lokalisieren, die ausreichte, der host range-Mutante die Vermehrungsfähigkeit auf der humanen Zellinie HEP 2 wiederzugeben (Gillard et al., 1985). Die Ergebnisse von Sequenzierung und in-vitro Translation des Genombereichs belegen eine Genexpression. Das host range Gen kodiert für ein 29 KD "early" Polypeptid, das zur Aufrechterhaltung der Proteinsynthese in infizierten Zellen beitragen oder aber einer antiviralen Aktivität bestimmter Zellen entgegenwirken könnte. Auf Grund seiner Lage im Vacciniagenom könnte das host range-Gen ein weiteres Beispiel für Vacciniagene sein, die in direkter Beziehung zu Wirtsgenen in Regulationsmechanismen des Wirtsorganismus eingreifen. Auf dieser Basis wird ein Zusammenhang zwischen Wirtszellspektrum und Virusvirulenz vermutet (Gillard et al., 1986).

## 2.5. Vacciniavirus Ankara

Der Dermovacciniastamm Ankara (CVA) kam in den 50er Jahren in der Bundesrepublik als Pockenschutzimpfstoff in den Verkehr und wurde in über 500 Passagen auf embryonalen Hühnerfibroblasten (HEF)-Zellkulturen attenuiert. Ab der 516. Passage auf HEF-Zellen erhielt der Virusstamm den Namen Modifiziertes Vacciniavirus Ankara (MVA) (Mayr et al., 1975).

Das MVA-Virus läßt sich durch seine stabilen biologischen Marker von anderen Spezies der Orthopockenviren sicher differenzieren. Besonders deutlich ist seine verminderte Virulenz für den Hühnerembryo, für Versuchstiere und für den Menschen. Getestet an einer großen Anzahl von Nagern und Affen konnte - im Gegensatz zu anderen Vacciniaviren - bei der Verwendung des Vacciniavirusstammes MVA selbst in immunsupprimierten Tieren keine Verstärkung der Virulenz beobachtet werden (Mayr et al., 1978). Die Eignung des MVA-Virus für die Pockenimpfung des Menschen erwies sich bei der komplikationslosen Erstimpfung von über 120.000 Personen (Stickl et al., 1974; Mayr und Danner, 1979).

Im Gegensatz zum Ausgangsstamm CVA besitzt der Virusstamm MVA ein sehr eingeengtes Wirtsspektrum in Zellkulturen. Die nur mehr abortive Vermehrung des MVA-Virus in menschlichen Zellkulturen wurde zur Einschätzung der Unschädlichkeit des Virus für Erstimpflinge herangezogen (Mayr et al., 1978).

Altenburger et al. (1989) verglichen in Untersuchungen mit Restriktionsenzymen die Genome der Vacciniavirusstämme MVA und WR. Sie fanden im Genom des Virusstammes MVA, neben der Verkleinerung der HindIII-Fragmente B und C, im Bereich der Fragmente M/N eine Deletion von 2,5 Kbp, die den Verlust einer HindIII-Schnittstelle bewirkt. Der Sequenzvergleich dieses Genombereichs bei den Vacciniaviren MVA und WR ergab im Genom von MVA den Verlust des gesamten Gens eines 55 KD Polypeptids mit noch unbekannter Funktion. Gleichzeitig sind mehr als zwei Drittel des host range-Gens verlorengegangen. Während Gillard et al. (1986) das Genprodukt als ein 29 KD Polypeptid bestimmten, errechneten Altenburger et al. (1989) ein 32 KD Protein. Desweiteren konnten im Genom von MVA noch vier andere, allerdings sehr kleine Deletionen (1, 14, 16

und 17 bp) und mehrere Nukleotid-Transitionen festgestellt werden. Die kleine 14 bp Deletion liegt in der Promotorregion des host range-Gens. Auffälligerweise konnte sich der Virusstamm MVA auf der humanen Zellinie 143 BTK noch vermehren, während diese Zellinie für eine Virusmutante, der der komplette host range-Bereich fehlt, nicht mehr permissiv war (Drillien et al., 1981).

Der direkte Vergleich der Virusstämme CVA und MVA soll die in der Passagezeit aufgetretenen Änderungen im Genom von zwei phänotypisch so verschiedenen, aber eng verwandten Virusstämmen aufzeigen. Insbesondere interessiert, ob die Veränderung im host range-Genbereich als alleinige Ursache einer reduzierten Virulenz anzusehen ist, oder ob andere Veränderungen ebenfalls eine Rolle spielen.



# 3. MATERIAL UND METHODEN

## 3.1. Zellkulturen

Zur Virusvermehrung bzw. zur Ermittlung des Wirtszellspektrums wurden die in der Tabelle 1 aufgeführten Zellkulturen und Zellinien verwendet und nach Standardmethoden kultiviert (Mayr et al., 1974). Als Kulturmedien dienten Minimum Essential Medium mit Zusatz von Earle's Salzen (EMEM), Medium TC 199 oder RPMI 1640 Medium, denen entweder fetales Kälberserum (FKS) oder Basal Medium Supplement (BMS) zugesetzt wurde (alle Medien und Zusätze stammten von der Fa. Biochrom, Berlin).

Primäre embryonale Hühnerfibroblastenzellkulturen (HEF) und bovine embryonale Lungenzellkulturen (BEL) wurden aus 10 Tage bebrüteten Hühnereiern (Gut Heinrichsruh, Langenbach) bzw 3-4 Monate alten Rinderfeten (Schlachthof München) nach dem von Mayr et al.(1974) beschriebenen Verfahren der fraktionierten Trypsinierung hergestellt.

Tabelle 1: Zusammenstellung der verwendeten Zellkulturen

| Bezeichnung und Herkunft | | Passage (P) |
|---|---|---|
| HEF | Hühnerembryofibroblasten | prim./sek. |
| BEL | Bovine embryonale Lungen | prim./sek. |
| MA 104 | Affennierenzellen | 34. |
| VERO | Affennierenzellen | 132. |
| E-DERM | Equine Dermalzellen | 28. |
| MDBK | Bovine Nierenzellen | 114. |
| MDCK | Canine Nierenzellen | 217. |
| RK 13 | Kaninchennierenzellen | 96. |
| DBT | Mäusetumorzellen | 6. |
| LSCC-H-32 | Hühnerfibroblastenzellinie | 132. |
| HELA | Humanes Epithelkarzinom | 13. |
| HEL | Humane embryonale Lungen | 13. |
| HRT 18 | Humane Rektaltumorzellinie | 30. |
| HEP 2 | Humanes Epitheloidkarzinom | 6. |

## 3.2. Virusstämme

Vom Vacciniavirus Ankara (Herrlich und Mayr, 1957; Mayr et al., 1975) konnten die 2., die 382. und die 574. Passage auf embryonalen Hühnerfibroblasten (HEF) bzw. die 486. Passage auf embryonalen Schweinenierenzellen (EMS) untersucht werden.

Als Vergleich diente der WHO-Vacciniavirus-Referenzstamm Elstree (Listerinstitut).

Zu Beginn der Untersuchungen wurden alle Virusstämme dreimal auf HEF-Sekundärkulturen bzw. auf der Zellinie MA 104 (Elstree) nach der Plaquemethode kloniert (Mayr et al., 1974). Im folgenden werden die plaquegereinigte 2. HEF-Passage des Vacciniastammes Ankara als CVA 2, die 382. HEF-Passage als CVA 382, die 574. HEF-Passage als MVA 574 und die 486. ENS-Passage als CVA ens bezeichnet.

In das Genom von MVA 574 und CVA 382 wurde durch Transfektion (siehe Abschnitt 3.3.) das 5,2 Kbp EcoRI-Fragment der DNS von CVA 2 inseriert. Dieses Fragment überlappt eine für MVA 574 in diesem Bereich beschriebene Deletion und enthält das komplette Vacciniavirus 'host range' Gen (Altenburger, 1989). Die durch Transfektion entstandenen Konstrukte werden im folgenden mit #MVA bzw. #CVA 382 abgekürzt.

## 3.3. Marker rescue-Experimente

Material:

Cäsiumchloridgradienten gereinigte Plasmid-DNS des Klones pTZ 5,2 (enthält das 5,2 Kbp große EcoRI-Fragment von CVA 2; Herstellung und Reinigung siehe Meyer et al., in Vorbereitung).

2 M $CaCl_2$, sterilfiltriert

Hepes-Saline-Puffer (HEBS), 5x Stammlösung: 0,7 M NaCl, 25 mM KCl, 3 mM $Na_2HPO_4$, 25 mM Dextrose, 110 mM Hepes, pH-Wert mit NaOH auf exakt 7,05 eingestellt

Heringssperma DNS: 10 mg/ml

Das klonierte 5,2 Kbp EcoRI-Fragment wurde nach dem Prinzip von Graham und Van der Eb (1973) als Calcium-Phosphat-Präzipitat in die Zellen eingeschleust (Transfektion). Dazu wurden 1 µg pTZ 5,2 Plasmid-DNS und 9 µg Heringssperma-DNS in 1 ml HEBS-Puffer aufgenommen (DNS-Konzentration von 10 µg/ml), tropfenweise 62 µl $CaCl_2$ zugegeben und das Gemisch bis zur Bildung eines feinen Niederschlags bei Raumtemperatur 30 Min. inkubiert. Als Negativkontrollen wurden nach dem gleichen Verfahren nur Heringssperma-DNS bzw. nur Plasmid-DNS ohne Insert präzipitiert.

Als Screening-System für einen funktionierenden host range-Genbereich wählten wir das Wachstum auf der Zellinie E-DERM.

## 3.4. Virusvermehrung

### 3.4.1. Ausgangsmaterial

Dicht gewachsene, primäre HEF-Kulturen wurden mit 1-2 PBE pro Zelle der Vacciniastämme CVA 2, CVA 382, MVA 574 und CVA ens, sowie den Konstrukten #MVA und #CVA 382 infiziert. Die Virusernte erfolgte nach 2 bis 4 Tagen bei einem cytopathischen Effekt (CPE) von 90-100 % durch zweimaliges Gefriertauen, um die größtenteils zellgebundenen Virionen freizusetzen. Das Virusmaterial wurde zur Entfernung grober Zelltrümmer niedrigtourig abzentrifugiert, nach Titration der Infektiosität aliquotiert und bei -70 °C gelagert. Dieses im folgenden als Ausgangsmaterial bezeichnete Virusmaterial wurde für alle weiteren Versuche eingesetzt.

### 3.4.2. Bestimmung des Wirtszellspektrums

Die in Abschnitt 3.1. aufgeführten Zellinien bzw. Zellkulturen wurden in Plastikzellkulturflaschen (25 cm², Fa. Becton Dickinson, Oxnard, Schweiz) angezüchtet und nach Absaugen des Mediums mit CVA 2, MVA 574 und #MVA Virusausgangsmaterial beimpft. Die Animpfdosis betrug 0,05 PBE pro Zelle. Das Inokulum wurde 45 Min. bei 37 °C adsorbiert und

dann abgesaugt. Nach einem Waschschritt (2 ml EMEM) wurden pro Fläschchen 5 ml Medium mit 3 % BMS/FKS zugegeben und bei 37 °C bebrütet.
Nach 0, 24 und 72 Stunden p.inf. wurde der cytopathische Effekt beurteilt, die entsprechenden Kulturen zweimal gefriergetaut, kurz beschallt und bis zur Titration bei -70 °C gelagert.

### 3.4.3. Virustitration

Das Virusmaterial wurde auf sekundären HEF-Kulturen in 96-Loch-Mikrotiterplatten (Fa. Becton Dickinson, Oxnard, Schweiz) titriert. Dazu wurden in je 8 Näpfchen der Flachbodenplatte je 100 µl Virusverdünnung in EMEM ($10^{-1}$ - $10^{-8}$) und 100 µl Zellsuspension (500.000 Zellen/ml) pipettiert. Nach kurzem Schütteln wurden die Platten für 6 Tage bei 37 °C in einem $CO_2$-Brutschrank (5 % $CO_2$) inkubiert. Die Endablesung erfolgte anhand des cytopathischen Effektes. Der Titer des Virusmaterials wurde nach Spearman und Kaerber (Lit. in Mayr et al., 1974) als kulturinfektiöse Dosis 50 pro ml ($KID_{50}$/ml) angegeben.

### 3.5. Hämagglutination (HA)

Im Hämagglutinationstest wurden CVA 2, CVA 382, MVA 574, CVA ens, ‰MVA, ‰CVA 382 und als Kontrollstamm Vacciniavirus Elstree getestet.
Dazu wurde das Ausgangsmaterial auf U-Boden-Mikrotiterplatten (Fa. Greiner, Nürtingen) in $log_2$-Schritten in NaCl-Phosphatpuffer verdünnt. Pro Vertiefung wurden dann 0,05 ml einer 0,5 %igen Hühnererythrozytensuspension (weiße Leghorn) in NaCl-Phosphat-Puffer zugegeben, die Platten anschließend geschüttelt und bei Raumtemperatur inkubiert. Als Kontrollen dienten ein HA-positiver Vacciniavirusstamm (Elstree), sowie eine nicht virusinfizierte Zellkulturpräparation. Nach ca. 2 Stunden wurde als HA-Titer die höchste Verdünnung gewertet, bei der noch eine vollständige Hämagglutination auftrat.

### 3.6. Verhalten im Brutei

Alle Bruteier stammten von weißen Leghornhennen der gleichen Geflügelfarm. Nach einer 10tägigen Vorbebrütung bei 37 °C erfolgte die Infektion der Chorioallantoismembran (CAM)



durch Schalenfensterung und Senkung der CAM. Beimpft wurden je 3 Eier mit $10^1$, $10^2$, $10^3$ und $10^4$ $KID_{50}$ / 0,1 ml. Die Nachbebrütung erfolgte bei 36 °C. Am 4.Tag post inf. wurde der Charakter der Primärherde auf der CAM bestimmt, die Absterbequote ermittelt und die Generalisierungstendenz beurteilt.

### 3.7. Verhalten in der weißen Maus

**Versuchstiere:**

Für die Untersuchungen wurden weibliche Mäuse des Zuchtstammes NMRI im Alter von 6 Wochen und 2-3 Tage alte NMRI-Babymäuse beiderlei Geschlechts verwendet.

**Virusmaterial:**

Zur Infektion wurde das Ausgangsmaterial der Vacciniavirusstämme CVA 2, MVA 574 und ‰MVA auf einen Titer von 3 x $10^6$ $KID_{50}$/ml eingestellt.

**Versuchsdurchführung:**

Die erwachsenen Mäuse wurden mit je 1 ml Virussuspension intra-peritoneal (i.p.) oder mit je 0,05 ml Virussupension intracerebral (i.c.) infiziert, Babymäusen konnten 0,1 ml i.p. bzw 0,02 ml i.c. appliziert werden. Für die Vacciniavirusstämme CVA 2 und MVA 574 wurden für jede Applikationsart eine Gruppe von 10 erwachsenen Mäusen und ein Wurf Babymäuse eingesetzt. Mit dem Vacciniavirus-Konstrukt ‰MVA wurden jeweils 30 erwachsene Tiere und je 3 Würfe Babymäuse infiziert. Die intracerebrale Applikation erfolgte unter Äthernarkose.

### 3.8. Virusreinigung

Material :

TE-Puffer (10 mM Tris-HCl, 1 mM EDTA, pH 8,0)

20 %, 40 % und 60 % (w/w) Sucrose in TE-Puffer

Fluorcarbon (Frigen 113 TR-T, Fa. Hoechst, Frankfurt)

Die Aufreinigung von virusinfiziertem Zellkulturmaterial (infiziert mit 5-10 PBE/Zelle) erfolgte in Anlehnung an die von Joklik (1962) beschriebene Technik. Dazu wurde das gefriergetaute Zellkulturmaterial in einer Kühlzentrifuge (Fa. Measuring and Scientific Equipment Ltd., London) über

90 Min. bei 23000 g pelletiert, der Überstand verworfen und das virushaltige Sediment in TE-Puffer aufgenommen. Diese Suspension wurde durch eine fraktionierte Fluorcarbon-behandlung von zellulärem Material gereinigt (Kern, 1987). Freigesetzte Viruspartikel wurden anschließend in der Ultra-zentrifuge (SW 28 Rotor, 25000 Upm, 60 Min., Fa. Beckman, München) durch ein 40 %iges Sucrosekissen (10 ml) pelletiert. Nach Resuspendieren des virushaltigen Pellets in TE-Puffer erfolgte die weitere Reinigung über einen linearen 20-60 %igen Sucrosegradienten (SW 40 Rotor, 15000 Upm, 90 Min., Fa. Beckman). Das als sichtbare Bande erscheinende Virusmaterial konnte durch Punktion entnommen und nach 4-facher Verdünnung mit TE-Puffer entzuckert werden (SW 40 Rotor, 25000 Upm, 45 Min.).

Alternativ zur Reinigung über Sucrosegradienten wurde das pelletierte Virusmaterial zweimal durch eine 40 %ige Sucro-selösung (4 ml) zentrifugiert (SW 60 Ti Rotor, 25000 Upm, 60 Min., Fa. Beckman). Die Lagerung des in wenig TE-Puffer aufgenommenen gereinigten Virusmaterials erfolgte bei -70 °C.

Zur Überprüfung der Reinigungseffizienz wurde das Virus-material nach jeder Zentrifugation elektronenoptisch untersucht. Hierzu wurden mit entsprechendem Virusmaterial präparierte Trägernetze nach Negativ-Kontrastierung mit 2%iger Phosphorwolframsäure in einem Transmissions-elektronenmikroskop (M 10, Fa. Zeiss) kontrolliert.

Der Proteingehalt der gereinigten Virussuspensionen wurde im modifizierten Mikro-Lowry-Test (Protein Assay Kit, Fa.Sigma, München) bestimmt.

## 3.9. Nachweis viraler Proteine

### 3.9.1. Polyacrylamid-Gel-Elektrophorese (PAGE)

Die Auftrennung der Virusproteine erfolgte durch eine diskontinuierliche Elektrophorese nach Laemmli (1970), in einem 12 %igen Acryl-Bisacrylamid-Gel (30:0,8 w/v) unter reduzierenden (durch Zusatz von β-Mercaptoethanol) Bedingungen. Zur Auftrennung wurden je 10 µg gereinigtes Virusmaterial eingesetzt. Die Elektrophoresezeit betrug 16 Stunden bei 50 V in einer Elektrophoreseapparatur nach Studier (1973). Ein Teil des PAGE-Gels wurde zur Darstellung



der Proteinbanden silbergefärbt (Merril et al 1981), der ungefärbte Teil des Gels wurde geblottet.

### 3.9.2. Immunoblot (Western-Blot)

Material:

Nitrozellulose, 0,20 µm Porengröße (Fa.Schleicher & Schüll, Dassel)
HRP Color Development Reagent (Fa.Biorad, München)

Hyperimmunseren:
(freundlicherweise von Prof. Dr. H. Mahnel und Dr. C.-P. Czerny zur Verfügung gestellt)

- Anti-MVA Kaninchenserum
- Anti-Elstree Schaf- bzw. Kaninchenserum
- Monoklonaler Maus-Antikörper (MAK): 5B4

Die Hyperimmunseren wurden in einer Gebrauchsverdünnung 1:100, der MAK 5B4 1:150 zum Proteinnachweis eingesetzt.

Die im PAGE-Gel aufgetrennten Virusproteine wurden im Immunoelektroblot-Verfahren nach Towbin et al., (1979) auf Nitrozellulose übertragen (Transfor Elektroblotting Kammer, Fa. Pharmacia LKB, Freiburg, 120-180 Min. bei 0,7-0,9 A). Anschließend konnten die immunologisch reaktiven Proteine mit Hyperimmunseren bzw. MAK 5B4 und nachfolgender Immun-färbung über eine Enzym-Substrat Reaktion nachgewiesen werden.

### 3.9.3. Reaktion mit Monoklonalen Antikörpern (MAK)

Die Virusstämme CVA 2, CVA 382, MVA 574, ‡MVA und ‡CVA 382 wurden in einem Diagnostik-ELISA zur Differenzierung von Orthopockenviren untersucht (Johann et al., in Vorbereit-ung). Dieser ELISA differenziert nicht nur die einzelnen Orthopockenvirusspezies, sondern unterscheidet auch innerhalb der Spezies Vacciniavirus. Dabei dienen 9 ver-schiedene, an die Mikrotiterplatte gebundene MAK als Antigenfänger. Der Nachweis gebundenen Pockenvirusantigens (Ausgangsmaterial) erfolgt über polyklonale Hyperimmunseren mit anti-Spezies Enzymkonjugaten und Substratreaktion.

## 3.10. Untersuchung des Virusgenoms

### .10.1. Isolierung viraler DNS

Material:

Eppendorf Reaktionsgefäße 3810 (1,5 ml), silikonisiert

TEN-Puffer (10xTEN) : 100 mM Tris, 10 mM EDTA, 1 M NaCl, pH 7,4, autoklaviert

Proteinase K (Fa. Sigma, München) : 1 mg/ml (w/v) in 1,5 mM $CaCl_2$

SDS, DNase frei (Fa. Sigma, München) : 20 % (w/v)

Phenol, neutralisiert (Herstellung nach Maniatis et al. 1982)

IAC (1 Teil Isoamylalkohol und 24 Teile Chloroform)

3 M Natriumacetat pH 4,8

Ethanol, absolut bzw. 70 % (bei -20 °C gelagert)

300 µl gereinigte Virussuspension wurden mit TEN-Puffer (Endkonzentration 10 mM Tris, 1 mM EDTA, 100 mM NaCl), Proteinase K (Endkonzentration 100 µg/ml) und SDS (Endkonzentration 1 %) versetzt, gemischt und 1 bis 3 Stunden bei 56 °C inkubiert. Durch vorsichtige End-zu-End-Rotation und zweimalige Phenol- und IAC-Extraktion wurde die virale DNS von Proteinresten gereinigt. Die Fällung der freigesetzten DNS erfolgte durch Zugabe von 1/10 Volumen Natriumacetat und doppeltem Volumen absoluten, -20 °C kalten Ethanols über Nacht (bei -20 °C) oder während 30 Min. (bei -70 °C). Durch eine zehnminütige Zentrifugation bei 4 °C mit 10 000 Upm (Kühlzentrifuge MK 202, Fa. Sigma) wurde die DNS pelletiert. Nach zweimaligem Waschen mit 70 %igem kaltem Ethanol wurde das DNS-Pellet kurz vakuumgetrocknet und in wenig TE-Puffer resuspendiert. Die DNS-Konzentration wurde durch Messung im Photometer bestimmt (1 OD bei 260 nm = 47,5 µg doppelsträngige DNS/ml) und mit TE-Puffer auf 0,5 µg/µl eingestellt.

3.10.2. Gelelektrophorese

3.10.2.1 Agarose-Gel-Elektrophorese

Material:

Horizontal-Submarine-Elektrophorese-Kammer (Fa. Pharmacia LKB, Freiburg)

UV-Transilluminator 302 nm

Sofortbild-Kamera mit Rotfilter und Instant Packfilm Typ 667 oder Typ 665 mit Negativ (Fa. Polaroid, USA)



Elektrophorese-Puffer, 50-fach konzentriert (50xEP) : 2 M Tris, 0,05 M EDTA, 0,25 M Natriumacetat, pH 7,8

0,5-1,5 % Agarose Seakem® (Fa. Biozym, Hameln) in 1xEP

Ethidiumbromid (Fa. Sigma, München) Stammlösung: 10 mg/ml, Gebrauchsverdünnung 1:10.000 in 1xEP

Stop-Puffer (10xBSE) : 0,25 % Bromphenolblau, 5 % SDS, 50% Sucrose, 0,5 M EDTA in Aqua dest.

Restriktionsendonukleasen mit spezifischen REact-Pufferlösungen (Fa. Boehringer, Mannheim) : HindIII, XhoI, SmaI, EcoRI, ca. 10 units/µl

Die virale DNS wurde nach Herstelleranweisung für 1-3 Stunden bei 37 °C mit dem entsprechenden Enzym inkubiert. Die Zugabe von Stop-Puffer (1/10 Vol.) und Erhitzen auf 65 °C für 10 Min. mit sofortiger Abkühlung auf Eis beendete die Enzymreaktion. Die Auftrennung der DNS-Fragmente erfolgte im Agarosegel bei 2-3 Volt/cm Gel für 20 Stunden. Als Längenstandards dienten KB-Ladder (Fa. BRL, Eggenstein) und mit HindIII geschnittene Lambda-DNS. Zur späteren Auswertung wurde das Gel bei 302 nm UV-Licht fotografiert.

3.10.2.2 Polyacrylamid-Gel-Elektrophorese (PAGE)

Material :

Elektrophoreseapparatur nach Studier (1973)

Elektrophorese-Puffer: 0,025 M Tris,
0,192 M Glycin,
0,1 % SDS, pH 8,3

Die Auftrennung der durch Verdau mit Restriktionsenzymen erhaltenen DNS-Fragmente erfolgte nach der Methode von Laemmli (1970) in einem 7,5 %igen Acryl-Bisacrylamid-Gel (30:0,8 w/v in Aqua dest.) über Nacht bei 50 Volt. Nach Darstellung der DNS-Banden durch Silberfärbung (Merill et al., 1981) wurde das Gel fotografiert, auf Filterpapier überführt und getrocknet.

3.10.3. Bestimmung der Genomendfragmente

Die mit Restriktionsenzymen geschnittene (s. Abschnitt 3.10.2.1.) Virus-DNS wurde durch Zugabe von Formamid ( Fa. Fluka, Buchs, Schweiz, bei -20 °C gelagert) in einer Endkonzentration von 60 % (v/v) zum Reaktionsansatz für 6 min

bei 60 °C denaturiert und anschließend sofort auf Eis abgekühlt (cross link-Präparation). Nur die kovalent gebundenen (cross-linked) Einzelstränge der DNS-Endfragmente lagern sich dabei rasch wieder aneinander ("snap-back"-Mechanismus), während alle anderen Fragmente einzelsträngig bleiben. Daher können die terminalen Fragmente nach Elektrophorese im Agarosegel dargestellt und im Vergleich mit dem DNS-Bandenmuster des jeweiligen Enzyms identifiziert werden (Mackett und Archard, 1979).

3.10.4. Größenbestimmung des Virusgenoms

Zur Ermittlung der Gesamtgenomlänge wurden die Molekulargewichte der durch Restriktionsverdau erhaltenen viralen DNS-Fragmente summiert. Fragmente mit großem Molekulargewicht (> 20 Kbp) wurden aus dem Agarosegel isoliert (s. Abschnitt 3.10.5.4.) und zur genaueren Analyse mit einer zweiten Restriktionsendonuklease nochmals unterverdaut. Mit Hilfe der Molekulargewichtstandards KB-Ladder und Lambda-HindIII konnten dann die Fragmentgrößen durch Addierung der Subfragmente bestimmt werden.

Die genaue Größenbestimmung der DNS-Fragmente erfolgte mit Hilfe eines Computerprogramms zur Sequenzanalyse (Microgenie", Fa. Beckman) auf einem Ton-Digitizer (Fa. Beckman).

3.10.5. Isolierung von DNS-Fragmenten

3.10.5.1 Freeze Squeeze-Methode

Aus dem Agarosegel herausgeschnittene DNS-Fragmente wurden zur Freisetzung der DNS zweimal jeweils 30 Min. bei -70 °C / Raumtemperatur gefriergetaut. Nach kurzem Zentrifugieren durch einen Filter aus silikonisierter Glaswolle wurde die von Gelresten gereinigte DNS-Lösung mit Phenol und IAC extrahiert. Die DNS wurde mit Ethanol gefällt, pelletiert, vakuumgetrocknet und in 5-10 µl TE-Puffer aufgenommen (vgl. Abschnitt 3.10.1.)

3.10.5.2 DEAE-Membran Technik

Material:

DEAE Membran Na-45 (Fa. Schleicher & Schuell, Dassel)



Waschpuffer: 0,15 M NaCl, 0,1 mM EDTA, 20 mM Tris, pH 8,0 autoklaviert

Elutionspuffer: 1,0 M NaCl, 0,1 mM EDTA, 20 mM Tris, pH 8,0 autoklaviert

Diese Methode wurde nur für Fragmente mit niedrigem Molekulargewicht (<7 Kbp) eingesetzt. Nach Auftrennung der DNS-Banden im Agarosegel wurde unter Sichtkontrolle (UV-Licht, 366 nm) unter- und oberhalb des zu isolierenden DNS-Fragmentes je ein Streifen Na-45 Membran in das Gel gesteckt (Winberg und Hammarskjold, 1979). Die Elektrophorese wurde fortgesetzt, bis die DNS-Bande vollständig auf der unteren DEAE-Membran gebunden war (Sichtkontrolle im UV-Licht). Der DEAE-Streifen mit der gebundenen DNS wurde anschließend mit kaltem Waschpuffer von Agaroseresten freigespült und in ein Eppendorfreaktionsgefäß mit 300 µl Elutionspuffer überführt. Nach 45 Min. Inkubation bei 60 °C im Schüttelwasserbad wurde die DNS-haltige Flüssigkeit gewonnen, das Ethidiumbromid mit 3fachem Volumen wassergesättigtem n-Butanol extrahiert und die DNS mit Ethanol präzipitiert (Abschnitt 3.10.1.). Die vakuumgetrockneten Pellets wurden in 5 µl TE-Puffer aufgenommen. So gewonnene DNS konnte zur Markierung durch Nick Translation (Abschnitt 3.11.2.1.) oder Random Oligo Labeling (Abschnitt 3.11.2.2.) eingesetzt werden.

3.10.5.3 Elektrophorese in LMT-Agarose

Diese Methode basiert auf dem von Maniatis et al. (1982) beschriebenen Verfahren.

Material :

Low Melting Temperature (LMT)-Agarose (Fa. BRL, Eggenstein)

Virus-DNS in einer Menge von 2-4 µg wurde mit Restriktionsendonukleasen geschnitten und in einem präparativen Agarosegel elektrophoretisch aufgetrennt. Die gewünschte DNS-Bande wurde als Agaroseblöckchen herausgeschnitten und in den vorbereiteten Schlitz eines 1% LMT-Agarose-Gels überführt. Der Gelschlitz wurde mit 56 °C warmer Agarose aufgefüllt. Anschließend wurde die Elektrophorese solange fortgesetzt, bis die DNS vollständig in die LMT-Agarose gewandert war. Das DNS-Fragment wurde erneut so genau wie möglich aus dem Gel ausgeschnitten. Pro mg Agarose wurden 3 µl Aqua bidest

zugegeben, das Gemisch für 7 Min. bei 100 °C gekocht und dann 10 Min. bei 37 °C äquilibriert. Der DNS-Agarose-Mix wurde in Portionen à 20-50 ng DNS aliquotiert und bei -20 °C gelagert. Nach Bedarf konnten die so gewonnenen DNS-Proben direkt durch Random-Oligo-Labeling (s. Abschnitt 3.11.2.2.) markiert und danach zur Hybridisierung eingesetzt werden.

3.10.5.4 Elektrophoretische Elution

Material:

LKB 2014 Extraphor Electrophoretic Concentrator (Fa. LKB Pharmacia, Freiburg)

Die Pufferkammern des Elutionsgerätes wurden mit 1xEP gefüllt, in die v-förmigen Verbindungskanäle wurde 3 M Natriumacetat vorsichtig unterschichtet.

Aus einem präparativen Agarosegel wurden die DNS-Fragmente mit einer Mindestmenge von 200 ng DNS als Agaroseblöckchen herausgeschnitten und nach Zerkleinern in die Proben-öffnungen der Extraphorkammer gegeben. Nach Elektrophorese bei 80 V für 20-60 Min. war die DNS-Probe in die Hochsalzfalle eingewandert. Das Natriumacetat-DNS-Gemisch, mit einer Kanüle entnommen, wurde mit Aqua bidest 1:10 verdünnt und die eluierte DNS mit dem 2,5-fachem Volumen absoluten Ethanols gefällt. Das erhaltene DNS-Pellet wurde zweimal in 70%igem Ethanol gewaschen, vakuumgetrocknet und in TE-Puffer aufgenommen.
Mit dieser Methode wurden DNS-Fragmente mit hohem Molekulargewicht isoliert. Die gewonnene DNS konnte mit Restriktionsenzymen nochmals untergeschnitten und im Agarosegel dargestellt werden.

<u>3.11. Nachweis viraler DNS</u>

3.11.1. Southern Transfer

Je nach eingesetzter Trägermatrix wurde die Methode nach Southern (1975) im unidirektionalen Blotverfahren oder als Doppel-Sandwich-Blot angewendet.

Material:

Nitrozellulosemembran BA 45, 0,45 µm (Fa. Schleicher u. Schuell, Dassel)

Hybond-N+ Transfer Membran (Fa. Amersham, Braunschweig)



3 MM Chr hromatographiepapier (Fa. Whatman, Maidstone, GB)

Denaturierungspuffer 1: 0,25 N HCl

Denaturierungspuffer 2: 0,5 N NaOH / 0,9 M NaCl

Neutralisierungspuffer: 1 M Tris-HCl / 0,9 M NaCl, pH 7,4

SSC-Puffer; 20-fach konzentriert (20xSSC): 3 M NaCl, 0,3 M Na-Citrat (pH 7,0)

In einem Agarosegel wurden 400 ng mit Restriktionsenzymen geschnittene DNS / Slot eingesetzt und aufgetrennt. Nach dem Fotografieren wurde das Agarosegel 30 Min. in Aqua dest. entfärbt, die DNS 2x10 Min. in HCl-Puffer und 2x15 Min. in NaOH/NaCl-Puffer denaturiert.

Zum Transfer auf Nitrozellulosefilter wurde das Gel für 60 Min. in Tris-HCl/NaCl neutralisiert, danach 20 Min. in 6 x SSC äquilibriert und nach der Doppel-Sandwich-Methode geblottet.

Blotaufbau
(von oben nach unten):

- Glasplatte
- Zellstoffstapel
- 3 Whatman-Filter in Gelgröße
- Nitrozellulosefilter
- Gel
- Nitrozellulosefilter
- 3 Whatman-Filter in Gelgröße
- Zellstoffstapel
- Glasplatte

Zum Transfer auf geladene Trägermembranen (Hybond-N+ Transfer Membran) war eine Neutralisation nicht erforderlich. Als Transferpuffer für den unidirektionalen Kapillarblot diente der verdünnte NaOH-Denaturierungspuffer in einer Endkonzentration von 0,25 N NaOH, 0,9 M NaCl. Die Transfermembran und die Whatmanfilter wurden im Transferpuffer geweicht.

Blotaufbau für den unidirektionalen Kapillarblot
(von unten nach oben):

- Puffertank mit Transferpuffer
- Glasplatte
- Whatman-Pufferbrücke
- 2 Whatmanfilter in Gelgröße
- Gel
- Transfer-Membran
- 3 Whatmanfilter in Gelgröße
- Zellstoffstapel
- Glasplatte

Die Transferdauer betrug beim Doppel-Sandwich-Blot 2-4 Stunden, beim unidirektionalen Kapillarblot 12-16 Stunden. Die DNS wurde anschließend durch 2 Stunden Inkubation bei 80 °C im Vakuumtrockenschrank auf der Trägermembran fixiert.

3.11.2. Markierung viraler DNS

3.11.2.1 Markierung durch Nick Translation

Reaktionsprinzip: Ein kontrollierter DNase-Verdau führt zum Einzelstrangbruch ("nick") in der doppelsträngigen DNS. Durch die Exonuklease-Aktivität der DNS-Polymerase (Kornberg-Enzym) wird dieser Einzelstrangbruch vergrößert und gleichzeitig durch die Polymerase-Aktivität des Enzyms unter dem Einbau von Biotin-11-UTP wieder verschlossen.

Material:

Nick Translation Reagenz Kit (Fa. BRL, Eggenstein)

SDS, DNase frei, 5 % (w/v), sterilfiltriert

Sephadex Minisäule: Sephadex G50 coarse (Fa. Pharmacia, Freiburg) in 50 mM Tris-HCl (pH 7,5) mit 0,1 % SDS wurde in eine mit silikonisierter Glaswolle verschlossene 1 ml Einmalspritze eingefüllt und exakt 3 Min. bei 300 x g zentrifugiert.

Der Reaktionsansatz erfolgte auf Eis:

| | |
|---|---|
| x µl | DNS-Probe |
| 5 µl | Nukleotid-Lösung (dATP, dCTP, dGTP) |
| 2,5 µl | Biotin-11-UTP |
| ad 45 µl | A. bidest. |
| | kurz mischen |
| 5 µl | DNase-Polymerase-Mix |
| 90 min | Inkubation bei 15 °C |
| 5 µl | Stop-Puffer (300 mM EDTA) |
| 1,25 µl | 5 % SDS |

Zur Reinigung der markierten DNS von freien Nukleotiden wurde der Ansatz auf die Sephadex Minisäule aufgetragen und wie oben beschrieben zentrifugiert. Die in einem Eppendorfgefäß aufgefangene markierte DNS konnte nach Denaturierung (10 Min. 95 °C) sofort für Hybridisierungen eingesetzt werden.



3.11.2.2 Markierung durch Oligo Labeling

Reaktionsprinzip: DNS wird durch Einbau von Digoxigenin-dUTP markiert, dabei dienen Oligonukleotide als Startermoleküle für die Synthesereaktion ("random primed"). Diese Methode kann direkt zur Markierung von DNS in LMT-Agarose verwendet werden.

Material

DNA Labeling and Detection Kit Nonradioactive (Fa. Boehringer, Mannheim)

Stop-Puffer: 250 mM EDTA in A. bidest, autoklaviert

t-RNA (Fa. Boeringer, Mannheim): 0,25 mg/ml in TE-Puffer

Die DNS-Probe wurde 10 Min. bei 95 °C denaturiert, anschließend sofort auf Eis gestellt. DNS-Proben in LMT-Agarose wurden nach dem Aufkochen 5 Min. bei 37 °C inkubiert und dann kurz gemischt.

Der Reaktionsansatz erfolgte auf Eis, jedoch zur Markierung von DNS in LMT-Agarose bei Raumtemperatur:

| | |
|---|---|
| x µl | DNS-Probe (max. 10 µl) |
| 2 µl | Hexanukleotid-Gemisch |
| 2 µl | dNPT-Markierungsgemisch (dATP, dCTP, dGTP, dTTp, Dig-dUTP) |
| ad 19 µl | Aqua bidest |
| | kurz mischen |
| 1 µl | Klenow Enzym |
| | Inkubation für LMT-Proben 12-20 Std. bei RT ansonsten 60 Min. bei 37 °C |
| 2 µl | Stop-Puffer |
| 1 µl | t-RNA |

Durch Zentrifugieren über eine Sephadex G50 Minisäule

3.11.3. Hybridisierung

1.11.3.1 Verwendung biotinmarkierter DNS-Proben

Material:

Formamid (Fa. Fluka, Buchs, CH), bei -20 °C gelagert

Denhardt's Lösung, 50-fach konzentriert: 1 % Ficoll, 1 % Polyvinylpyrrolidon, 1 % BSA (w/v) in A. dest., bei -20 °C gelagert

Pipes, 0,5 M in A. dest., sterilfiltriert