-30-

Heringssperma-DNS (Fa. Mack, Illertissen): 10 mg/ml, geschert

DNA Detection System (Fa. BRL, Eggenstein)

Hybridisierungslösung (Endkonzentrationen):

5x SSC
5x Denhardt's Lösung
Pipes 50 mM
Formamid 50 % (v/v)
Heringssperma-DNS 5 % (v/v)

Nach Floaten der Nitrozellulosefilter oder Nylonmembranen in 5xSSC und Überführen in einen Plastikbeutel wurden zur Prähybridisierung pro 100 cm² Filterfläche 8 ml Hybridisierungslösung zugegeben und für 1-3 Stunden bei 42 °C inkubiert. Nach Entfernen der Lösung wurde die 10 Min. bei 95 °C denaturierte biotinmarkierte DNS-Probe in 6 ml Hybridisierungslösung pro 100 cm² aufgenommen und in den Plastikbeutel überführt. Die Inkubation der Filter erfolgte über Nacht bei 42-45 °C. Die Filter wurden anschließend 2 mal 3 Min. in 5x SSC/0,1 % SDS, 2 mal 3 Min. in 2x SSC/0,1 % SDS und bei 50 °C 2 mal 15 Min. in 0,3x SSC/0,1 % SDS gewaschen.

Der Nachweis der Hybride erfolgte durch eine Bindung von Streptavidin an die biotinylierte DNS-Sonde. Durch Anlagerung mit Alkalischer Phosphatase markierten Biotins und den Einsatz einer Substratlösung konnte eine Enzymkatalysierte Farbpräzipitation ausgelöst werden. Die Reagenzien und Pufferlösungen wurden nach Herstelleranweisung eingesetzt.

3.11.3.2 Verwendung Digoxigenin-markierter DNS-Proben

Material:

DNA Labeling and Detection Kit Nonradioactive (Fa. Boehringer, Mannheim)

Hybridisierungslösung (Endkonzentrationen):

5x SSC
Blocking-Reagens, 5 % (w/v)
Formamid, 50 % (v/v)
N-Lauroylsarkosin-Na-Salz (Fa. Serva, Heidelbg. 0,1% (w/v)
SDS, 0,02 % (w/v)

-31-

Prähybridisierung und Hybridisierung erfolgten wie im vorangehenden Abschnitt 3.11.3.1. beschrieben. Die Immuno-Detection wurde entsprechend der Herstelleranweisung durchgeführt. Dabei wird gebundene Digoxigenin-markierte DNS unter Verwendung eines Antikörper-Konjugats (Anti-Digoxigenin-Alkalische Phosphatase-Konjugat) und einer nachfolgenden Enzym-Farbreaktion nachgewiesen.

Bei Verwendung geladener Nylonmembranen (Hybond N+) konnte die gebundene, markierte DNS nach dem Verfahren von Gebeyehu et al. (1987) wieder abgewaschen werden, die Blots waren dann wiederverwendbar.

## 4. ERGEBNISSE

### 4.1 Veränderungen im Genom des Vacciniavirusstammes Ankara im Verlauf der Passagierung

#### 4.1.1. Charakterisierung der DNS von Plaqueisolaten des Ausgangsstammes CVA 2

Im Rahmen der Plaquereinigung wurden mehrere Plaques des Ausgangsstammes CVA 2 untersucht. Abbildung 1 zeigt deren DNS nach Schneiden mit der Restriktionsendonuklease HindIII. Drei Varianten (Bahn 3,5,7) werden mit dem unklonierten Ausgangsstamm CVA 2 (Bahn 1) verglichen. Im Vergleich zu den Plaqueisolaten weist der Ausgangsstamm im Bereich der großen Fragmente einige submolare Banden auf. Von diesen submolaren Banden stellen sich bei den Plaqueisolaten jeweils unterschiedlich einige als einmolar dar. Da wir eine Längenvariation der Endfragmente vermuteten, wurde zur Identifizierung der Endfragmente in Bahn 2,4,6,8 eine "cross link" Präparation eingesetzt. Bei den Plaqueisolaten lassen sich die Endfragmente deutlich erkennen: 38 und 27 Kbp für Variante I, ein zweimolares 13 Kbp Fragment für Variante II und ein 13 und ein 12 Kbp großes Endfragment für Variante III. Im unklonierten Ausgangsstamm stellen sich aufgrund der vielen submolaren Endfragmente diese nur sehr schlecht dar.

In Abbildung 2 sind die Genomendfragmente der Subpopulationen (I,II,III) von CVA 2 nach Schnitt mit der Restriktionsendonuklease XhoI vergrößert dargestellt. Die Ergebnisse bestätigen die nach HindIII Verdau gefundenen Veränderungen: Das Genomende verkürzt sich von Variante I zu Variante II beidseits um 1 Kbp, Variante III hat im Vergleich zu Variante II am linken Genomende nochmals 1 Kbp verloren.

Da das Schnittmuster der Variante I im unklonierten Material am deutlichsten erkennbar war und diese Variante auch bei der Plaquereinigung am häufigsten isoliert wurde, diente dieser Stamm, nach zwei weiteren Plaquereinigungen als Ausgangsmaterial für die weiteren Untersuchungen.

Abbildung 1: Ausgangsstamm CVA 2 nach Verdau mit der Restriktionsendonuklease HindIII in einem 0,5%igen Agarosegel: Unklonierte Ausgangspopulation (Bahn 1) und drei Varianten (Bahnen 3,5,7) mit Darstellung der Endfragmente (Bahnen 2,4,6,8)

1 2 3 4 5 6 7 8

-35-

**6.1.2. Charakterisierung der DNS verschiedener Passagen des Vacciniavirusstammes Ankara mit Hilfe von Restriktionsendonukleasen**

Die Abbildungen 3, 4 und 5 geben einen Überblick über die Größe der DNS-Fragmente verschiedener Passagen des Vacciniavirusstammes Ankara nach Verdau mit den Restriktionsenzymen HindIII und XhoI.

Nach Verdau mit HindIII und Auftrennung der DNS-Fragmente in einem 0,5%igen Agarosegel (Abbildung 3) ergibt sich aufgrund des konstanten Wanderungsverhaltens der meisten Fragmente ein recht einheitliches Bild. Zur besseren Einordnung werden die DNS-Banden in der Reihenfolge ihrer Molekulargewichte von oben nach unten mit den Buchstaben des Alphabets benannt. Im oberen Gelbereich unterscheiden sich die drei größten DNS-Fragmente A, B und C in ihrem Wanderungsverhalten. Dabei verkleinert sich das Molekulargewicht jeder Bande stufenweise von CVA 2 über CVA 382 zu MVA 574.

Zur Darstellung der kleinsten HindIII Fragmente von CVA 2 und MVA 574 wurden diese in einem 1,2 %igen Agarosegel aufgetrennt (Abbildung 4). Im Molekulargewichtsbereich von 0,5 bis 3 Kbp sind im Schnittmuster von CVA 2 vier DNS-Banden, bei MVA 574 nur noch zwei Fragmente zu sehen. Diese Variation im HindIII-Schnittbild ist bereits während der Passagierung von CVA 2 zu CVA 382 eingetreten, danach kam es in diesem Größenbereich zu keiner weiteren Änderung.

Dagegen ist das XhoI-Schnittmuster der DNS von CVA 2, CVA 382, MVA 574 und CVA ens deutlich vielgestaltiger (Abbildung 5). Es gibt nur wenige konstant auftretende Banden. Die Anzahl der erhaltenen XhoI-Fragmente verringert sich von CVA 2 (18 Banden) zu MVA 574 auf 14. Im Gegensatz zum HindIII-Schnittmuster erscheinen einige Banden aufgrund höherer Intensität 2- oder 3-fach molar.

**Abbildung 2**
Physikalische Genkarten von CVA 2 Varianten für XhoI

CVA 2 (I):  H K D A G K L J H C H C F B E K H  —  H 9.6 ... H 9.6  (10 Kbp)

2 (II):  H 8.6 ... H 8.6

2 (III):  H 7.3 ... H 8.6  (1 Kbp)

-36-

Abbildung 3: HindIII-Schnittmuster von MVA 574 (1),
CVA 382 (2), CVA 2 (3), Elstree (4) und CVA ens (5) in einem
0,5%igen Agarosegel; Längenstandards Lambda-HindIII (6),
KB-ladder (7)

Abbildung 4: HindIII-Schnittmuster von MVA 574 (2),
CVA 2 (3) und Elstree (4) in einem 1,2 %igen Agarosegel;
Längenstandards Lambda-HindIII (1), KB-ladder (5)

Abb. 3



Abb. 4

-37-

Abbildung 5: XhoI-Schnittmuster von MVA 574 (1),
CVA 382 (2), CVA 2 (3), CVA ens (4) und Elstree (5) in einem
0,7 %igen Agarosegel; Längenstandards Lambda-HindIII (6),
KB-ladder (7)

4.1.3. Bestimmung der Genomgröße verschiedener Passagen des Vacciniavirusstammes Ankara

Zur genauen Größenbestimmung wurden DNS-Fragmente mit einem Molekulargewicht über 20 Kbp aus dem Agarosegel isoliert und mit einer zweiten Restriktionsendonuklease unterverdaut. Die Gesamtgröße konnte dann wesentlich exakter mit Hilfe der Molekulargewichtsstandards durch Summation der Subfragmente bestimmt werden (Tabellen 2,3). Die Aufaddierung der Molekulargewichte aller HindIII Fragmente ergab, daß die Gesamtgenomlänge im Laufe der Passagierung auf MEF-Zellkulturen von 208.000 Basenpaaren bei CVA 2, über 188.000 Basenpaare bei CVA 382, auf 177.000 Basenpaare bei MVA 574 abgenommen hat. Dies entspricht einem Verlust von 15% des Ge-

- 3B -

samtgenoms. Die Gesamtlänge des Genoms von CVA ens beträgt 202.000 Basenpaare. Die durch die Summierung der XhoI-Fragmente erhaltenen Gesamtgenomlängen bestätigen die ermittelten Genomgrößen. In den Tabellen 2,3 sind die Fragmentgrößen (in Kbp) für die mit HindIII und XhoI geschnittene Vaccinia-virus-DNS, sowie die jeweiligen Gesamtgenomgrößen aufgeführt.

Tabelle 2 : Größenbestimmung der HindIII-Fragmente A, B und C von Passagen des Vacciniavirus Ankara sowie des Vacciniavirus Elstree durch Verdau mit XhoI

| | CVA 2 | CVA 382 | MVA 574 | CVA ens | Elstree |
|---|---|---|---|---|---|
| XhoI Sub-fragmente | 23100 | 23100 | 27800 | 23100 | 23100 |
| | 16800 | 13500 | 13500 | 16800 | 16800 |
| | 10900 | 10900 | | 10900 | 10900 |
| | 2600 | 2600 | 2600 | 2600 | 2600 |
| | 800 | 800 | 800 | 800 | 800 |
| HindIII A: | 54200 | 50900 | 44700 | 54200 | 54200 |
| XhoI Sub-fragmente | 14000 | 18400 | 18400 | 14300 | 7900 |
| | 9600 | 8600 | 8600 | 10000 | 7100 |
| | 9300 | | | 9400 | 6500 |
| | 5000 | | | | 4900 |
| | | | | | 2900 |
| HindIII B: | 37900 | 27000 | 27000 | 33700 | 29300 |
| XhoI Sub-fragmente | 10200 | 14800 | 14800 | 10000 | |
| | 9600 | 7100 | 5300 | 7100 | |
| | 5000 | 2800 | | 6300 | |
| | 2700 | | | 2900 | |
| HindIII C: | 27500 | 24700 | 20100 | 26300 | n.u. |

Legende: Molekulargewichtsangabe in Basenpaaren (bp);
n.u. = nicht untersucht;

Tabelle 3: Größenbestimmung der XhoI-Fragmente A und B unterschiedlicher Passagen des Vacciniavirus Ankara und des Vacciniavirus Elstree durch Verdau mit HindIII bzw. EcoRI*

| | CVA 2 | CVA 382 | MVA 574 | CVA ens | Elstree |
|---|---|---|---|---|---|
| HindIII Sub-fragmente | 15500 | 15500 | 15500 | 15500 | 15500 |
| | 8000 | 13800 | 13800 | 13800 | 13800 |
| | | 4500 | 4500 | 4500 | 4500 |
| | 2300 | 2800 | 5200 | 2800 | 2800 |
| | 1400 | 2300 | 2300 | 2300 | 2300 |
| | | 1400 | 1400 | 2200 | 2200 |
| | | 1000 | 1000 | 1500 | 1500 |
| | | | | 1400 | 1400 |
| XhoI A: | 27200 | 41300 | 43700 | 44000 | 44000 |
| HindIII bzw. EcoRI* Sub-fragmente | 16800 | | 7900 | 16800 | 16800 |
| | 8900 | | 4700 | 9400 | 15800 |
| | 700 | | 3450 x2 | | 3800 |
| | | | 2700 | | 700 |
| | | | 1800 | | |
| | | | 1400 x2 | | |
| | | | 1000 | | |
| XhoI B: | 26400 | 23100 | 27800* | 26200 | 37100 |

Legende: Molekulargewichtsangabe in Basenpaaren (bp);
n.u. = nicht untersucht;

-40-

Tabelle 4: Fragmentgrößen (in Kbp) unterschiedlicher Passagen des Vaccinavirus Ankara sowie des Vaccinavirus-Referenzstammes Elstree nach Schneiden mit der Restriktionsendonuklease HindIII

| Fragmentgröße in Kbp | CVA 2 | CVA 382 | MVA 574 | CVA ens | Elstree |
|---|---|---|---|---|---|
| 54,2 | A | | | | |
| 50,9 | | A | | A | A |
| 44,7 | | | A | | |
| 37,9 | | | | | |
| 33,7 | B | | | | |
| 29,3 | | | | | B |
| 27,5 | | B | B | B | |
| 27,0 | | C | | | |
| 26,3 | | | C | C | |
| 24,7 | D | D | D | D | D |
| 20,1 | | | | | E |
| 16,1 | E,F | E,F | E,F | E,F | F |
| 15,8 | | | | | |
| 15,5 | | | | | G |
| 13,1 | G,H,I,J,K,L | G,H,I,J,K,L | G,H,I,J,K,L | G,H,I,J,K,L | H,I,J,K,L,M,N,O,P |
| 12,2 | | | | | |
| 8,8 | | | | | |
| 8,6 | | | | | |
| 8,0 | | | | | |
| 6,5 | | | | | |
| 5,0 | | | | | |
| 4,5 | L,M,N,O | L,M,N,O | L,M,N,O | L,M,N,O | |
| 4,1 | | | | | |
| 2,2 | | | | | |
| 1,5 | | | | | |
| 1,4 | | | | | |
| 1,0 | | | | | |
| 0,7 | P | M | M | M,O | Q |
| Gesamtgröße in Kbp | 208,3 | 187,9 | 177,1 | 202,2 | 200,2 |

Legende: DNS-Fragmente sind entsprechend ihrem Molekulargewicht nach dem Alphabet bezeichnet.

-61-

Tabelle 5: Fragmentgrößen (in Kbp) verschiedener Passagen des Vaccinavirus Ankara sowie des Vaccinavirus-Referenzstammes Elstree nach Schneiden mit der Restriktionsendonuklease XhoI

### 4.2 Darstellung von Genomänderungen während der Passagierung

#### 4.2.1. Identifizierung der Endfragmente

Im HindIII Schnittmuster des Genoms von CVA 2, CVA 382, MVA 574 und CVA ens konnten die Fragmente B und C als End-

-6-

fragmente identifiziert werden (Abbildung 11). Die Größe der beiden Fragmente nimmt im Laufe der Passagierung von CVA 2 über CVA 382 zu MVA 574 deutlich ab (Tabelle 4).

Nach Verdau mit dem Enzym XhoI ließ sich bei CVA 2, CVA ems und Vacciniavirus Elstree nur ein Fragment als Endfragment darstellen. Im Agarosegel ist die dazugehörige DNS-Bande jedoch als zweimolare Bande im Molekulargewichtsbereich von 9,6 und 10,0 bzw. 7,3 Kbp sichtbar. Bei CVA 382 und MVA 574 bleibt diese Symmetrie des Genomendes nicht erhalten, die XhoI-Endfragmente sind 18,4 bzw 14,8 Kbp groß (Abbildung 12).

4.2.2. Physikalische Kartierung des Vacciniavirusstammes Ankara

Die international anerkannten physikalischen Genkarten für die Vacciniavirusstämme Elstree und Western Reserve (Mackett und Archard, 1979) waren Grundlage für die Erstellung physikalischer Genkarten für die Passagen CVA 2, CVA 382, MVA 574 und CVA ems. Erleichtert wurde dieses Vorhaben für die HindIII Karte durch das gleichartige Wanderungsverhalten der meisten Fragmente.

Nach Verdau mit der Restriktionsendonuklease XhoI war, trotz auch hier bereits existierender Genkarten, aufgrund von nur wenigen konstant vorkommenden Fragmenten keine direkte Zuordnung möglich. Das wechselnde Bandenmuster eignete sich aber gut zur Lokalisation von Genveränderungen in Hybridisierungen.

Die Kartierung der Genomenden wurde durch die beidseitigen ITR-Regionen im Virusgenom erschwert, da Endfragmente wechselseitig miteinander hybridisierten. Zur Kartierung der Virusgenome wurden XhoI DNS-Fragmente auf die HindIII Fragmentmuster und umgekehrt HindIII Fragmente auf die XhoI Schnittmuster der Vacciniavirus Passagen kreuzhybridisiert (Tabelle 6). Die großen HindIII Endfragmente B und C von CVA 2 reagierten bei der Kreuzhybridisierung beide mit den XhoI Fragmenten H, K, E und G von CVA 2 und den XhoI Fragmenten D und E von CVA 382. Das HindIII B-Fragment erkannte zusätzlich das XhoI B-Fragment von CVA 2 und das XhoI C-Fragment von CVA 382, während das HindIII C-Fragment von CVA 2 auch mit dem XhoI D-Fragment von CVA 2 und dem XhoI Fragmenten A und H von CVA 382 hybridisierte. Das XhoI H-

Fragment von CVA 382 erwies sich als geeignet das HindIII C-Fragment des Vacciniavirus Ankara in Übereinstimmung mit der bereits kartierten HindIII B-Fragment von Vaccinia Elstree als linksseitiges Endfragment zu identifizieren. Durch Hybridisierung mit dem XhoI A-Fragment von MVA 574 konnten die HindIII Fragmente der linken Genomseite bis in den konstanten mittleren Genombereich dargestellt werden. Das HindIII A-Fragment von CVA 2 erkannte die entsprechenden XhoI-Fragmente der rechten Genomseite. Fragmente, die sich im Vergleich mit bereits bestehenden Genkarten von Vacciniavirus konstant verhielten, wurden in die Hybridisierungsversuche nicht einbezogen.

Die SmaI Schnittstelle im Genom von CVA 2 konnte durch den Doppelverdau mit den Enzymen SmaI und XhoI im XhoI B-Fragment von CVA 2 lokalisiert werden. In diesem Zusammenhang wurde im Genom von Vaccinia Elstree eine bisher nicht beschriebene Schnittstelle für SmaI im XhoI A-Fragment gefunden.

Die physikalischen Karten der Virusgenome für die Enzyme HindIII, XhoI und SmaI belegen, daß während der Attenuierung von CVA 2 zu MVA 574 Deletionen in der linken und rechten Genomhälfte aufgetreten sind (Abbildung 7,8) (siehe auch Abschnitt 4.3.). Dagegen zeigt der Vergleich der Genkarten von CVA 2 und CVA ems nur geringfügige Änderungen (Abbildung 9).

Legende zu den Abbildungen 7, 8 und 9.
Deletionen werden in den Genkarten durch Pfeile lokalisiert (↓). Der DNS-Verlust ist in Kbp angegeben.



Abbildung 7:

Physikalische Genkarten von CVA 2, CVA 382 und MVA 574 für HindIII (I) und SmaI (A)

-44-

Tabelle 6: Übersicht über die zur Erstellung der physikalischen Genkarten durchgeführten Hybridisierungsreaktionen

Tabelle 6 (A)

Tabelle 6 (B)

Legende: Biotinmarkierte XhoI (Tab. 6 A) bzw. HindIII (Tab. 6 B) Fragmente wurden mit Blots von HindIII bzw XhoI geschnittener DNS der Passagen des Vacciniastammes Ankara hybridisiert.

Abbildung 8:

Physikalische Genkarten von CVA 2, CVA 382 und MVA 574 für *XhoI* (I) und *SmaI* (▼)

CVA 2

CVA 382
       E  H    A      G J I L  B  K  B  F  C  D

MVA 574
       F    A      G I H K  C  J  B  D  E

10 Kbp
⊢—⊣

Abbildung 9:

Physikalische Genkarte von CVA ens für *HindIII*, *XhoI* und *SmaI*

*HindIII* (I) und *SmaI* (▼)

CVA 2

CVA ens
    C  NMK  F  E  OI G L J H  D    A    B

10 Kbp
⊢—⊣

*XhoI* (I) und *SmaI* (▼)

CVA 2

CVA ens
    F I H    A    G K J M  C  L  C  E  B  D  F

-49-

## 4.1 Charakterisierung der während der Viruspassagierung auftretenden Veränderungen im Genom

Im Verlauf der Passagierung von CVA 2 zu MVA 574 sind mehrere DNS-Abschnitte verlorengegangen. Durch Restriktionsenzymanalyse und Hybridisierung konnten wenigstens 6 Deletionen festgestellt und in der physikalischen Karte lokalisiert werden. Die Deletionen werden im folgenden mit I bis VI bezeichnet. Dabei werden vom linken zum rechten Genomende vorgehend, zuerst die Deletionen I bis IV beschrieben, die während der Passagierung von CVA 2 zu CVA 382 aufgetreten sind, dann die Deletionen V und VI aus der Passagierung von CVA 382 zu MVA 574.

### Deletion I:

Bereits beim Vergleich des HindIII Schnittbilds der DNS von CVA 2 und CVA 382 in Agarosegel ist die Verkleinerung des HindIII C-Fragmentes von CVA 382 offensichtlich (Abbildung 3). Der DNS-Verlust wird durch Unterverdau der HindIII C-Fragmente von CVA 2 und CVA 382 mit dem Enzym XhoI bestätigt. Die Summierung der Größen der erhaltenen Subfragmente ergibt eine Verkürzung der HindIII C-Fragmentes von CVA 382 um 2,8 Kbp (Tabelle 2). In Hybridisierungen reagierte das XhoI G-Fragment von CVA 2 mit den XhoI-Fragmenten E und H von CVA 382 und den XhoI-Fragmenten A und F von MVA 574. Da umgekehrt das XhoI-Fragment H von CVA 382 nur mit den XhoI-Fragmenten G von CVA 2 und A von MVA 574 hybridisiert, kann eine Deletion im Bereich des XhoI G-Fragments von CVA 2 lokalisiert werden (Abbildung 10). Die Addierung der Größen der entsprechenden XhoI Fragmente ergab die Deletion von 2,9 Kbp.

### Deletion II:

Bei der Betrachtung der HindIII Fragmente von CVA 2 und CVA 382 fällt auf, daß im DNS-Muster von CVA 382 zwei Fragmente in der Größe von 2,2 Kbp und 1,5 Kbp fehlen, dafür erscheint ein neues, 1 Kbp großes Fragment (Abbildung 4). In Hybridisierungsversuchen reagierte dieses neue Fragment M von CVA 382 mit den bei CVA 382 fehlenden HindIII Fragmenten K und N von CVA 2. Beide Fragmente hybridisieren nur mit dem N-Fragment von CVA 382 bzw. MVA 574 (Abbildung 11). Durch die Deletion eines 2,7 Kbp großen DNS-Abschnitts ist eine HindIII Schnittstelle im Genom von CVA 382 verlorengegangen. Der Molekulargewichtsvergleich der XhoI Fragmente D und A

von CVA 2 mit dem XhoI A-Fragment von CVA 382 bestätigt einen entsprechenden DNS-Verlust in diesem Genombereich (Tabelle 3).

### Deletion III:

Im Agarosegel ist eine Verkürzung des HindIII A-Fragments von CVA 382 im Vergleich mit CVA 2 nur schwer zu erkennen. Erst beim Unterverdau dieses größten HindIII Fragments mit dem Enzym XhoI ergab sich eine Deletion im Bereich des XhoI B-Fragments von CVA 2 in der Größenordnung von 3,3 Kbp (Tabelle 2). Im Hybridisierungsversuch reagierte das XhoI B-Fragment von CVA 2 nur mit dem XhoI C-Fragment von CVA 382 (Abbildung 12). Die Größendifferenz dieser Fragmente betrug 4,2 Kbp. Da im Genom von CVA 382 am Übergang zwischen dem HindIII A-Fragment und dem HindIII B-Fragment eine HindIII Schnittstelle fehlt und das entsprechende 0,7 Kbp große HindIII P-Fragment von CVA 2 mit keinem Fragment von CVA 382 hybridisiert, konnte für die HindIII Karte eine Deletionsgröße von 4,0 Kbp berechnet werden. In diesem Deletionsbereich liegt auch die Schnittstelle für das Enzym SmaI, die im Genom von CVA 382 verlorengegangen ist.

### Deletion IV:

Bereits bei Betrachtung der HindIII Endfragmente der Virusgenome ist die deutliche Verkleinerung des HindIII B-Fragments von CVA 382 auffällig. Der Größenvergleich der HindIII B-Fragmente von CVA 2 und CVA 382 durch Unterschneiden mit XhoI bestätigte einen DNS-Verlust in der Größenordnung von 10,9 Kbp (Tabelle 2). Die am entsprechenden Genomende gelegenen XhoI-Fragmente E,K und H von CVA 2 hybridisierten alle mit dem XhoI-Endfragment von CVA 382 (Abbildung 13). Daraus ergibt sich die Deletion eines 10,2 Kbp großen DNS-Abschnitts, der mit dem Verlust von zwei XhoI-Schnittstellen einhergeht.

### Deletion V:

Die Darstellung der HindIII-Schnittmuster zeigt, daß während der Passagezeit von CVA 382 zu MVA 574 das HindIII C-Fragment des linken Genomendes nochmals verkürzt wurde (Abbildung 3). Bei der Hybridisierung reagierte das XhoI A-Fragment von MVA 574 mit den Fragmenten A und H von CVA 382, umgekehrt hybridisierte das XhoI H-Fragment von CVA 382 nur mit dem XhoI A-Fragment von MVA 574 (Abbildung 14). Durch den Verlust einer XhoI-Schnittstelle

-50-

wurde das XhoI A-Fragment von MVA 574 vergrößert. Der genaue Größenvergleich der DNS-Fragmente, unter Einberechnung der Größe des XhoI H-Fragments von CVA 382, ergab jedoch einen DNS-Verlust von 4,7 Kbp in diesem Genombereich. Die Summierung der Subfragmente der HindIII C-Fragmente von CVA 382 und MVA 574 bestätigte eine Deletion von 4,6 Kbp (Tabelle 2).

Deletion VI:
Auch die Verkürzung des HindIII A-Fragments von MVA 574 verglichen mit dem von CVA 382 läßt sich in Agarosegel lediglich erahnen. In Kreuzhybridisierungen konnte gezeigt werden, daß das XhoI B-Fragment von MVA 574 vollständig im HindIII A-Fragment enthalten ist (Tabelle 6). Das XhoI B-Fragment von MVA 574 hybridisierte mit den XhoI-Fragmenten B und F von CVA 382, umgekehrt reagierte das XhoI F-Fragment von CVA 382 nur mit dem XhoI B-Fragment von MVA 574 (Abbildung 15). Die Vergrößerung des XhoI B-Fragments von MVA 574 durch den Verlust einer XhoI-Schnittstelle, beinhaltet auch hier eine Nettodeletion von 6,2 Kbp. Bei der Überprüfung des Molekulargewichtes der HindIII A-Fragmente von MVA 574 und CVA 382 durch Unterverdau mit XhoI, konnte ein DNS-Verlust von 6,2 Kbp im Genom von MVA 574 berechnet werden (Tabelle 2).

Legende zu den Abbildungen 10 - 15:
Zweimolare DNS-Banden sind durch Fettdruck und Buchstabenwiederholung bezeichnet.

-51-

Abbildung 10:
Hybridisierung der XhoI-Fragmente G von CVA 2 (▲), H von CVA 382 (*) und I von CVA ens (▶) im XhoI-Schnittmuster verschiedener Pr_____n der Vacciniaviren Ankara und Elstree

MVA 574    CVA 382    CVA 2    CVA ens    Elstree

-57-

### 4.4. Marker rescue des Vacciniavirus host range-Gens

In Transfektionsversuchen mit dem Plasmid pTE 5,2 sollte die 2,7 Kbp große Deletion (II) im "host range" Genbereich in der linken Genomhälfte von MVA 574 und CVA 382 wieder ersetzt werden. Nach Vorinfizieren mit MVA 574 bzw. CVA 382 und Zugabe des CaCl₂ DNS-Präzipitats traten 2-4 Tage p.i. Zellverdichtungen auf, die zentral Löcher bildeten. Als Negativkontrollen dienten zum einen nur virusinfizierte in dem Zellkulturen, die auch nach 5 Blindpassagen keinen cytopathischen Effekt (CPE) aufwiesen. Zum anderen wurde zusätzlich CaCl₂ präzipitierte Plasmid-DNS ohne Insert eingesetzt. Auch hier zeigte sich nach 5 Blindpassagen kein CPE.

Die Restriktionsenzymanalyse der Genome der aus den Marker rescue-Experimenten isolierten Konstrukte ØMVA und ØCVA 382 bestätigte den erhofften Einbau des klonierten DNS-Inserts von CVA 2 in das Genom von CVA 382 und MVA 574. Dies zeigt die Abbildung 16, in der das HindIII Schnittmuster der DNS von MVA 574 und ØMVA verglichen wird. Die Auftrennung der Fragmente erfolgte seitlich versetzt in einem 0,8%igen Agarosegel. In den Bahnen 2 und 3 sind die großen DNS-Fragmente von MVA 574 und ØMVA nach 36 stündiger Elektrophorese dargestellt. Die Bahnen 4 und 5 zeigen die kleinen HindIII Banden der gleichen DNS-Präparation. Die Genome von MVA 574 und ØMVA unterscheiden sich nur im Bereich des kleinen HindIII Fragments. Im Schnittmuster der DNS von ØMVA ist das 1,0 bp große Fragment M von MVA 574 verschwunden, dafür sind zwei neue DNS-Fragmente in der Größe von 1,5 Kbp und 2,2 Kbp sichtbar. Diese Fragmente entsprechen den DNS-Banden M und N von CVA 2, die im Bereich der zu ersetzenden Deletion liegen. Die Untersuchung der DNS von ØMVA und MVA 574 mit dem Restriktionsenzym XhoI war zur Bestätigung des Einbaus des DNS-Inserts schlecht geeignet, da die Deletion (II) im Bereich des großen XhoI A-Fragments liegt. Im XhoI Schnittmuster konnte ein Größenunterschied der A-Fragmente von ØMVA und MVA 574 höchstens erahnt werden, aber ansonsten traten auch hier keine sichtbaren Veränderungen der DNS-Struktur auf. Das klonierte EcoRI Insert von CVA 2 hatte sich also nur am erwarteten Genort in das Genom von MVA 574 eingefügt und die dort auftretende Deletion ersetzt.

---

-56-

Abbildung 15:

Hybridisierung der XhoI-Fragmente F von CVA 382 (▷) und B von MVA 574 (▷) im XhoI-Schnittmuster verschiedener Passagen der Vacciniaviren Ankara und Elstree

| MVA 574 | CVA 382 | CVA 2 | CVA aus | Elstree |

▷▷ ── B

▷ ── BB        ◁ ── BB        ◁ ── BB        ◁ ── CC

▷▷ ── F        ▷▷ ── F        ▷▷ ── F        ▷▷ ── D

Abbildung 11:

Darstellung der Endfragmente (✱) verschiedener Passagen der Vacciniaviren Ankara und Elstree im Schnittmuster der Restriktionsendonuklease *Hin*dIII und Hybridisierung der *Hin*dIII-Fragmente M von CVA 2 (▷) und N von MVA 574 (▶)

MVA 574
CVA 382
CVA 2
CVA ens
Elstree
B
C
B
C
B
C
B
C
B
G
M
N
M
N
N
O
N
N

Abbildung 12:

Hybridisierung des *Xho*I-Fragmentes B von CVA 2 (▶) und Darstellung der Endfragmente (✱) verschiedener Passagen der Vacciniaviren Ankara und Elstree im Schnittmuster der Restriktionsendonuklease *Xho*I

MVA 574
CVA 382
CVA 2
CVA ens
Elstree
B
D
E
F
C
D
E
B
B
HH
FF
FF

- 55 -



Abbildung 14:

Hybridisierung der XhoI-Fragmente H von CVA 382 (▶) und A von MVA 574 (▶) im XhoI-Schnittmuster verschiedener Passagen der Vaccinaviren Ankara und Elstree

MVA 574    CVA 382    CVA 2    CVA aus    Elstree

- 54 -



Abbildung 3:

Hybridisierung der XhoI-Fragmente E (▶) und KK (▶) von CVA 2 im XhoI-Schnittmuster verschiedener Passagen der Vaccinaviren Ankara und Elstree

MVA 574    CVA 382    CVA 2    CVA aus    Elstree

-58-

Abbildung 16: HindIII-Schnittmuster von MVA 574 (Bahnen 2,4 und ØMVA (Bahnen 3,5) in einem 0,8%igen Agarosegel; Längenstandards Lambda-HindIII (1), KB-ladder (6)

1  2  3  4  5  6

### 4.5 Darstellung viraler Proteine

#### 4.5.1. PAGE-Gel und Immunoblot

Die im PAGE-Gel aufgetrennten Proteine von CVA 2, CVA 382, MVA 574 und Elstree zeigen nach Silberfärbung ein weitgehend einheitliches Bild; das Bandenmuster von MVA 574 und CVA 382

-59-

ist identisch (Abbildung 17 A). Im Molekulargewichtsbereich von 35-38 KD fällt der geringfügige Größenunterschied eines Polypeptids auf. Das Protein stellt sich bei CVA 2 und Elstree als 37 KD Bande, bei CVA 382, MVA 574 dagegen als Protein von 36 KD Größe dar. Die Konstrukte ØMVA und ØCVA 382 verhalten sich wie MVA 574 und CVA 382, sind aber in der Abbildung 17 nicht dargestellt.
Im Immunoblotverfahren stellen sich im wesentlichen drei Polypeptide mit 58, 32 und 30 KD als hauptimmunogene Komponenten dar (Abbildung 17 B). Aber auch der Größenunterschied des 36/37 KD Polypeptids ist erkennbar. Anders schwach immunogene Banden reagieren gleich.
Im Immunoblot reagiert ein 39 KD Protein, das sich nur bei CVA 2 darstellt, aber in der Silberfärbung nicht nachweisen ist. Der MAK 5B4, der ein Epitop der Virusoberfläche erkennt, reagiert bei allen Viren mit einer 30 KD Proteinbande. Sie ist identisch mit der kleinsten, durch die Hyperimmunseren nachgewiesenen, hauptimmunogenen Bande.

Abbildung 17: Proteinbanden von MVA 574 (1), CVA 382 (2), CVA 2 (3) und Elstree (4) in 12%igen PAGE-Gel nach Silberfärbung (A) und Reaktion im Immunoblot (B) mit einem anti-MVA Kaninchen-Hyperimmunserum

A

KD 58

39
37
36
32
30

        4  3  2

B

        4  3  2  1

### 4.5.2. Reaktion mit Monoklonalen Antikörpern

Bei der Untersuchung im Diagnostik-ELISA zur Differenzierung von Orthopockenviren zeigt das Reaktionsmuster der 9 Monoklonalen Antikörper zwischen MVA 574 und ∅MVA bzw. zwischen CVA 2, CVA 382 und ∅CVA 382 keine Unterschiede. MVA 574 und ∅MVA können aber vom Ausgangsstamm CVA 2 und auch der 382. Passage sowie dem Konstrukt ∅CVA 382 unterschieden werden. In Abbildung 18 wird ersichtlich, daß die Stämme MVA 574 und ∅MVA mit den MAK 2, 3 und 4 nur schwach binden (Extinktionswerte <0,2); mit CVA 2, CVA 382 und ∅CVA 382 reagieren sie aber deutlich (Extinktionswerte >0,8).

Abbildung 18: Reaktion der Virusstämme CVA 2, CVA 382, MVA 574, ∅MVA und ∅CVA 382 mit monoklonalen Antikörpern (MAK) im ELISA

OD (450nm)

2,
1,5
1
0,5
0

MAK - Nr.1    2    3    4    5    6    7    8    9

■ MVA 574  ∅MVA  ■ CVA 382  ∅CVA 382  ▨ CVA 2

### 4.6. Verhalten in der Zellkultur

#### 4.6.1. Cytopathischer Effekt (CPE)

Der CPE auf HEF-Zellen ist bei CVA 2 durch das Bild der scholligen Degeneration charakterisiert. Der Zellverband quillt auf und verschmilzt zu einer granulierten Masse. Es reißen Löcher in Zellrasen auf, die weitergehende Lysis zeigt sich im Zerfall in polymorphe, stark granulierte Zellbestandteile. Dagegen ist der CPE bei CVA 382 und MVA 574 geprägt durch Abkugelung und starke Granulation der infizierten Zellen. Zellverschmelzung oder Synzytienbildung treten nicht auf. Die Konstrukte ∅MVA und ∅CVA 382 zeigen ein ähnliches Verhalten. Hier kommt es jedoch zusätzlich zum Auftreten von Riesenzellen.

Der Ausgangsstamm CVA 2 vermehrt sich auf der Affennierenzellinie MA 104 unter Ausbildung großer, lytischer Plaques mit gleichmäßiger Abkugelung der infizierten Zellen. Nach kurzer Adaptierung zeigen auch CVA 382 und MVA 574 einen ausgeprägten CPE, aber mit deutlich kleineren Plaques, Abkugelung und Synzytienbildung. Die Konstrukte ∅MVA und ∅CVA 382 wachsen auf MA 104 Zellen unter lytischer Plaquebildung, anstatt der Abkugelung treten Synzytienbildung und Zellverschmelzung in den Vordergrund.

Auf den Zellinien RK 13 und E-DERM wächst CVA 2 unter schneller Bildung lytischer Plaques und Zellabkugelung. Bei CVA 382 und MVA 574 kommt es auf diesen Zellinien zu keinen sichtbaren Veränderungen. Dagegen ist der CPE von ∅MVA und ∅CVA 382 geprägt durch einen proliferativen Effekt, der in Auftreten von Verdichtungszonen und in der Anhäufung abgekugelter Zellen zum Ausdruck kommt. Erst durch zentrale Lysis der Zellhaufen entstehen schließlich Plaquelöcher in Zellrasen.

-62-

Tabelle 7: Cytopathischer Effekt auf verschiedenen Zellinien

| Zellinie | Cytopathischer Effekt | |
|---|---|---|
| | CVA 2 | MVA 574 |
| HEF | schollige Degeneration | Abkugelung |
| LSCC | Abkugelung, Granulation | Abkugelung, Granulation |
| HELA | Abkugelung, Zellsyncytien | ♦ |
| BHK 1B | Abkugelung | |
| HEL | Abkugelung, Granulation | Mikroplaque, Abkugelung |
| HEP 2 | Lysis, Granulation | ♦ |
| MA 104 | Abkugelung, Lysis | Abkugelung, Syncytien |
| VERO | Abkugelung, Lysis | Abkugelung, Mikroplaque |
| E-DERM | Abkugelung, Lysis | ♦♦♦ |
| RK 13 | Abkugelung, Lysis | ♦ |
| BEL | Granulation, Lysis | ♦♦ |
| MDCK | Lysis | ♦♦ |
| MDBK | ♦ | |
| DBT | ♦♦ | |

Legende: Angegeben sind die für die jeweilige Zellinie typischen Hauptformen des cytopathischen Effekts, ♦ = kein erkennbarer CPE;

4.6.2. Wirtsspektrum

Die Vermehrungsfähigkeit von CVA 2, MVA 574, ♦MVA und ♦CVA 382 wurde nach Anzüchtung auf 14 verschiedenen Zellkulturen durch Rücktitration auf Hühnerembryofibroblasten ermittelt (Tabelle 8; Abbildung 19). Das in der Tabelle 8 angegebene Verhältnis des Virustiters nach 72 Stunden zum Titer des adsorbierten Virus zur Stunde 0 demonstriert eindrucksvoll die Empfänglichkeit der HEF-Zellen. Für alle Virustämme kommt es zu Titersteigerungen um 3 - 4 Zehnerpotenzen.

-63-

Auf den Zellinien MDBK und DBT kommt es zu keiner Vermehrung. Nach 72 Stunden ist der Titer genauso hoch oder niedriger als nach der Virusadsorption. Das Verhältnis ist gleich bzw. kleiner 1. Während CVA 2 auf allen anderen Zellinien eine Titersteigerung um den Faktor 100 - 3.000 zeigte, konnte sich MVA 574 nur auf den Hühnerfibroblastenkulturen (HEF, LSCC) und auf der Affennierenzellinie MA 104 gut, auf humanen embryonalen Lungenzellen (HEL) nur schwach vermehren.

Die Konstrukte ♦MVA und ♦CVA 382 nehmen in ihrem Wachstumsverhalten eine Mittelstellung ein. Sie zeigten erwartungsgemäß eine gute Vermehrungsfähigkeit auf HEF- und MA 104 Zellkulturen, aber im Gegensatz zu MVA 574 auch ein sehr gutes Wachstum auf E-DERM und RK 13 Zellen. Zusätzlich konnten ♦MVA und ♦CVA 382 auch auf der humanen Zellinie HEP 2 und auf der Affenzellinie Vero vermehrt werden, wenngleich sie hier nicht das Wachstumsvermögen des Ausgangsstammes CVA 2 erreichten. Die verschiedenen Arten der Vermehrung von CVA 2, MVA 574, ♦MVA und ♦CVA 382 auf permissiven, halb permissiven und nicht permissiven Zellinien wurden in der Darstellung vergleichender Wachstumskurven zusammengefaßt (Abbildung 19).