Tabelle 8: Unterschiede in der Virusvermehrung auf verschiedenen Zellinien

| Zelltyp | CVA 2 | MVA 574 | 8MVA | 8CVA 382 |
|---|---|---|---|---|
| HEF | 1 778 / 100 | 13 335 / 316 | 16 125 / n.u. | 10 000 / n.u. |
| L6CC-32 | | | | |
| HRT 18 | 316 | <1 | 8 | 8 |
| HELA | 1 334 | <1 | 4 | 4 |
| HKL | 2 371 | 13 | n.u. | n.u. |
| HEP 2 | 3 162 | <1 | 42 | 56 |
| VERO | 1 000 | 4 | 56 | 56 |
| MA 104 | 316 | 237 | 177 | 133 |
| RK 13 | 237 | <1 | 3 162 | 4 217 |
| R-DERM | 422 | <1 | 1 000 | 1 778 |
| BHK | 316 | 4 | <1 | <1 |
| MDCK | 1 334 | <1 | 1 | 6 |
| KDBK | 2 | <1 | n.u. | n.u. |
| DBT | <1 | <1 | n.u. | n.u. |

Legende: Die in der Tabelle aufgeführten Werte sind als Verhältnis (v) des Virustiters nach 72 Stunden zum Titer nach Ende der Virusadsorption angegeben; die Titer wurden durch Rücktitration auf Hühnerembryofibroblasten ermittelt; n.u.= nicht untersucht;

$$v = \frac{\text{Titer 72 h}}{\text{Titer 0 h}}$$

Abbildung 19: Vergleichende Darstellung des Zellkulturwachstums von CVA 2, MVA 574, 8MVA und 8CVA 382

A

B

-66-

Abbildung 19: Vergleichende Darstellung des Zellkulturwachstums von CVA 2, MVA 574, MVA und fCVA 382

C

-67-

Abbildung 19: Vergleichende Darstellung des Zellkulturwachstums von CVA 2 und MVA 574

E

Legende zur Abbildung 19 (S. 65-67):
Die Vermehrung von CVA 2, MVA 574, MVA und fCVA 382 in 12 verschiedenen Zellkulturen ist in 5 verschiedenen Wachstumskurven zusammengefaßt. Bei ähnlicher Vermehrung wurden entsprechende Zellinien gemeinsam dargestellt, stellvertretend wird dabei jeweils die Wachstumskurve der erstgenannten Zellinie gezeigt d.h. für Hühnerembryofibroblasten (HEF): A, für equine Dermalzellen (E-DERM): B, für humane Epitheloidkarzinomzellen (HEP 2): C, für humane Epithelkarzinomzellen (HELA): D und für humane embryonale Lungenzellen (HEL): E.

-68-

### 4.7. Hämagglutination

Von den im HA-Test eingesetzten Vacciniavirusstämmen konnten lediglich CVA 2 und EL4705 Hühnererythrozyten agglutinieren (Titer 1 : 128 bzw. 1 : 32). Die hochpassagierten Stämme MVA 574, CVA 382 und CVA ems haben diese ursprüngliche Fähigkeit verloren. Die durch marker rescue des host range-Gens entstandenen Konstrukte fMVA und fCVA 382 waren im HA-Test negativ.

### 4.8. Verhalten in Brutei

Nach Infektion der Chorioallantoismembran mit dem Ausgangsstamm CVA 2 bildeten sich als Primär- und Sekundärveränderungen breitflächige Herde mit tiefer, zentraler Nekrose. Selbst in hohen Virusverdünnungen kam es zu einer starken Generalisierung mit Schädigung der Membrangefäße und nachfolgendem Tod des Embryos.

Dagegen waren die Primärveränderungen nach der Belmpfung mit den hochpassagierten Virusstämmen MVA 574 und CVA 382 charakterisiert durch kleine weiße, kompakte Proliferationsknötchen ohne zentrale Nekrose. Bei einer Animpfdosis von $10^3$ KID$_{50}$/0,1 ml trat zwar immer eine Generalisierung mit winzigen, proliferativen, über die ganze Membran verteilten Sekundärknötchen auf, die Embryonen überlebten aber in der Regel. Die Konstrukte fMVA und fCVA 382 konnten in ihrem Verhalten nicht von MVA 574 bzw CVA 382 unterschieden werden.

-69-

Tabelle 9: Reaktion nach Belmpfung der Chorioallantoismembran

### 4.9. Verhalten in der weißen Maus

Alle mit dem Ausgangsstamm CVA 2 infizierten Mäuse zeigten am 4. Tag p.i. eine kurzzeitige Verschlechterung des Allgemeinbefindens. Ab dem 7. Tag p.i. bildeten sich auf der Haut, am Schwanz gut sichtbar, multiple Pusteln. Diese entwickelten sich zu nässenden, geröteten und leicht geschwollenen Läsionen (Pocken), die rasch verschorften. Die Abheilung erfolgte schnell, 10 - 16 Tage p.i. begannen die Wundschorfe wieder abzufallen. Während der Ausbildung der Hautefflores-

-70-

sanken war das Allgemeinbefinden der Tiere ungestört; Todes-
fälle traten nicht auf.
Mit MVA 574 bzw ØMVA i.p. und i.c. infizierte, erwachsene
Mäuse überlebten. Krankheitserscheinungen irgendwelcher Art
wurden nicht beobachtet.

Tabelle 10: Ergebnisse der intraperitonealen (i.p.) und
intracerebralen (i.c.) Infektion empfänglicher NMRI-Mäuse
mit den Vacciniaviren CVA 2, MVA 574 und ØMVA

Legende: Die erste Zahl gibt jeweils die Anzahl der ver-
endeten bzw erkrankten Tiere, die zweite Zahl die
Gesamtzahl, der im Versuch eingesetzten Tiere an.

-71-

## 5. DISKUSSION

Das Vacciniavirus ist aufgrund seiner problemlosen Züchtung
und Applikation ein ideales Vektorvirus für gentechnisch
rekombinierte Impfstoffe. Trotzdem gibt es in der Human- und
in der Tiermedizin weiterhin starke Bedenken, eine Vaccinia-
rekombinante als Impfstoff einzusetzen:

(1) Je nach Vacciniavirusstamm kann die Restvirulenz bei
Risikopatienten zu schweren Impfkomplikationen führen.

(2) Wie sind die Risiken einer Rekombination mit anderen, in
der freien Natur vorkommenden Orthopockenspezies bei der
Verbreitung eines gentechnisch hergestellten Vaccinia-
impfvirus einzuschätzen?

Nur ein über Marker gut charakterisierter, hoch attenuierter
Vacciniavirusstamm kommt als potentieller Träger für Impfan-
tigene in Frage (Kaplan, 1989). Es ist daher unerläßlich,
die genetische Basis der Virusvirulenz aufzuzeigen. Ein Weg,
Virulenzeigenschaften genetisch zu bestimmen, ist die At-
tenuierung von Virusstämmen durch gezielte Deletion, Inser-
tion oder Punktmutation bestimmter Genbereiche. Alternativ
dazu wurde in der vorliegenden Arbeit der hoch attenuierte
Vacciniavirusstamm MVA mit seinem virulenten Ausgangsstamm
CVA 2 und dessen 182. HEF-Passage verglichen.

Unsere Untersuchungen zeigen, daß sich das Ausgangsmaterial
des Dermovacciniastammes Ankara als eine heterogene Viruspo-
pulation darstellt. Durch Klonieren konnten drei Plaque-
varianten isoliert werden, die sich phänotypisch gleichen,
aber in der Länge der terminalen Fragmente Unterschiede auf-
weisen. Dies ist insbesondere bei Pockenviren nicht unge-
wöhnlich. So beschrieben Wittek et al. (1978b) bei der
Untersuchung einer käuflichen Impfpopulation des Vaccinia-
virusstammes Elstree eine Heterogenität der Endfragmente,
die durch Klonieren beseitigt werden konnte. Anderen Autoren
gelingt Ähnliches nicht (Baroudy et al.,1982); sie erklären
diese Tatsache durch die besonderen Verhältnisse bei der
DNS-Replikation der Pockenviren, bei der immer wieder
schnell eintretende Duplikation repetitiver Sequenzen am
Genomende auftreten können.

Die von uns ermittelten Gesamtgenomgrößen für CVA 2 mit
208.000 Basenpaaren (bp) und für Elstree mit 200.000 bp
liegen an der oberen Grenze angegebener Literaturwerte für
Vacciniaviren. Sie basieren aber auf der genauen Molekular-

gewichtsbestimmung großer DNS-Fragmente durch Unterverdau mit anderen Restriktionsendonukleasen. Besonders DNS-Fragmente mit großem Molekulargewicht wurden nach Auftrennung in herkömmlichen Agarosegelen bisher kleiner eingeschätzt (Mackett und Archard, 1979). Viele Arbeiten scheinen sich dabei an einmal ermittelten Standardwerten zu orientieren. Neuere Untersuchungen (Bostock, 1988) bestimmen mit Hilfe der 'pulsed field' Gelelektrophorese die Genomgröße des kleinsten, kartierten Vacciniavirusstammes Western Reserve mit 192.000 Basenpaaren (192 Kbp) und bestätigen damit unsere Ergebnisse.

Während der Passagierung des Vacciniavirus Ankara auf HEF-Kulturen nimmt die Genomgröße von 208.000 Basenpaaren (CVA 2) über 188.000 Basenpaare (CVA 382) auf 177.000 Basenpaare (MVA 574) ab. Das entspricht einem Verlust von 15 % des Gesamtgenoms. Mayr et al. (1978) fanden für diesen Stamm lediglich eine Verkürzung um ca. 9 %. Allerdings liegen die von ihnen geschätzten Gesamtgenomgrößen - Angaben zur Größe einzelner DNS-Fragmente werden nicht gemacht -insgesamt deutlich unter den von uns ermittelten Werten.

486 Passagen auf embryonalen Schweinenierenzellen, die zu keiner Attenuierung des Virus führten, beeinflussen die Genomgröße nur unwesentlich. Im Vergleich zum Genom von CVA 2 traten nur zwei Deletionen jeweils in den variablen Endfragmenten auf. Die Genstruktur unterstützt also die von Mayr et al. (1975) phänotypisch beschriebene geringe Attenuierungstendenz auf embryonalen Schweinenierenzellen.

Die Erstellung der physikalischen Genomkarten orientierte sich an veröffentlichten Daten (Mittek, 1982). Insbesondere erleichterte das konstante Wanderungsverhalten vieler Fragmente nach Schneiden mit dem Restriktionsenzyms HindIII die Zuordnung. In den von Mackett und Archard (1979) erstellten Genkarten für Orthopockenviren wird das Auftreten nur einer SmaI-Schnittstelle am rechten Genomende als typisch für Vacciniaviren angesehen. Bostock (1988) fand jedoch für das Vacciniavirus Western Reserve eine zweite, am linken Genomende liegende Schnittstelle. Im Rahmen unserer Untersuchungen konnte auch im Genom des Vacciniavirus Elstree im XhoI A-Fragment eine zweite, bei CVA 2 aber nur eine SmaI Schnittstelle lokalisiert werden.

Die Ergebnisse der Genomkartierungen verdeutlichen, daß im Laufe der ersten 382 HEF-Passagen mindestens vier Deletionen aufgetreten sind. Wie Mayr et al. (1975) beschreiben, hat das CVA Ausgangsvirus in dieser Passagezeit seine typischen Vaccinia-Eigenschaften, besonders bezüglich der Virulenz für Kaninchen, Babymaus und Hühnerembryo verloren. Durch 200 weitere Passagen auf HEF-Zellen hat sich der Phänotyp des Vacciniavirus Ankara nicht mehr geändert. Dennoch konnten wir in unseren Untersuchungen noch zwei weitere Deletionen nachweisen.

Der Vergleich der physikalischen Karten von CVA 2, CVA 382 und MVA 574 zeigt, daß am linken Genomende direkt am Übergang zwischen ITR-Region und "unique site" 2.900 Basenpaare verloren gegangen sind (Deletion I). Deletionen in diesem Genombereich treten bevorzugt nach langer Zellkulturpassagierung auf (Moss et al., 1981b; Panicali et al., 1981; Paez et al., 1985). Offensichtlich ist dieser Bereich für das Wachstum in Zellkulturen nicht essentiell, jedoch scheint diese Deletion mit einer Reduzierung der Virulenz einher zu gehen (Buller et al., 1985; Dallo und Esteban, 1987). In diesem Abschnitt wurden die Gene mehrerer sekretorischer Proteine entdeckt (Kotwal und Moss, 1988a,b; Kotwal et al., 1989). Einige dieser "Virokine", wie zum Beispiel der Wachstumsfaktor VGF (Vaccinia growth Factor) oder ein 35 KD Polypeptid mit Komplement bindenden Eigenschaften, greifen möglicherweise direkt in Steuerungsmechanismen des Wirtsorganismus ein und beeinflußen so die Virulenz. Genauere Untersuchungen dieses offenbar für die Virulenz wichtigen Bereichs (wie z.B. Marker rescue-Experimente) sind jedoch noch nicht durchgeführt worden. Inwieweit dieser Bereich für die Attenuierung von CVA 382 und MVA 574 eine Rolle spielt, ist ebenfalls offen.

Wesentlich besser untersucht ist die Deletion II. Für das MVA-Virus ermittelten Altenburger et al. (1989) eine Deletion von 2.500 Basenpaaren die zum Verlust von mehr als zwei dritteln des 'host range' Gens führt. Unsere Untersuchungen bestätigen diesen Deletionsumfang. Der deletierte Bereich scheint folglich das eingeschränkte Wirtszellspektrum von CVA 382 und MVA 574 zu verursachen. Gillard et al. (1986) diskutieren, inwieweit das Genprodukt des "host range" Gens, ähnlich den oben erwähnten Virokinen, die Virusvirulenz mitbestimmt.

-74-

Die Deletion III ist im konstanten Genombereich in der rechten Genomhälfte am äußersten rechten Ende des HindIII A-Fragments lokalisiert. Sie hat einen Umfang von 4.200 Basenpaaren und ist charakterisiert durch den Verlust einer HindIII- und einer SmaI-Schnittstelle. Shida (1986) gibt in diesem Genombereich die Lage des Hämagglutinin-Gens von Vacciniaviren an. Daher untersuchten wir das Hämagglutinations (HA)-Verhalten unterschiedlicher Passagen des Vacciniavirus Ankara. Während der Ausgangsstamm CVA 2 im Hämagglutinationstest einen Titer von 1:128 aufwies, waren CVA 382 und MVA 574 HA-negativ. Möglicherweise fehlt das Hämagglutinin-Gen bei CVA 382 und MVA 574 ganz oder teilweise. Daß ein funktionelles Hämagglutinin-Gen nachweislich zur Steigerung der Virusvirulenz beiträgt, zeigten Flexner et al.(1987).

Die größte ermittelte Deletion IV (über 10 Kbp) liegt am rechten Genomende und schließt einen großen Teil der ITR-Region ein. Ähnliche Deletionen sind von einer ganzen Reihe von Virusmutanten bei Vaccinia-, Kuhpocken- und Affenpockenviren bekannt (Moyer und Rothe, 1980; Archard et al., 1984; Esposito et al., 1981). Der Genbereich kodiert, soweit bekannt, größtenteils für phänotypische Merkmale wie Pockenmorphologie oder Wirtsspektrum. Pickup et al. (1986) identifizieren hier das Gen für ein Protein, das die typisch hämorrhagischen Veränderungen von Kuhpockenläsionen hervorruft. Auch das Gen des Wachstumsfaktors (VGF) liegt in den ITR-Regionen beider Genomenden und so im Bereich dieser Deletion (Twardzik et al., 1985). Der Verlust von über 10.000 Basenpaaren am rechten Genomende des Vacciniavirus Ankara könnte im konservierten Bereich gehen 4.600 bzw. 6.200 Basenpaare verloren (Deletionen V,VI). Lediglich in der Reaktion mit monoklonalen Antikörpern (MAK) zeigen CVA 382 und MVA 574 einen Unterschied. Dabei verhält sich MVA 574 so wie Wildtypvirus und host range-Mutante des Vacciniavirus Kopenhagen (Sabine Johann, persönliche Mitteilung). Beim Vergleich der Genome von Vacciniavirus Kopenhagen und MVA 574

-75-

fällt auf, daß die 4,6 Kbp große Deletion V am linken Terminus von MVA 574 in vollem Umfang in der 18 Kbp-Deletion der host range-Mutante liegt. Daher kann angenommen werden, daß der Verlust von 6.200 Basenpaaren (Deletion VI) in der rechten Genomhälfte von MVA 574 für die fehlende Reaktion mit den MAK-Epitopen verantwortlich ist. Der betreffende Genomteil gehört zu den am besten konservierten Bereichen im Orthopockengenom. Rodriguez und Esteban (1987) kartierten hier das Gen eines 14 KD Polypeptids, das als stark immunogenes virales Hüllprotein eine wichtige Rolle bei der Penetration der Wirtszellmembran spielt.

Bei der Untersuchung der Proteinstruktur konnte im PAGE-Gel und im Immunoblot die Verkürzung einer 37 KD Proteinbande des Ausgangsstammes CVA 2 zu einer 36 KD Proteinbande der Stämme CVA 382 und MVA 574 festgestellt werden. Milton et al. (1986) identifizierten mit Hilfe von MAK bei Vacciniaviren ein immunogenes 35 KD Hüllprotein, dessen Genort im HindIII H-Fragment lokalisiert werden konnte (Gordon et al., 1988). Diese Genregion blieb jedoch nach unseren Untersuchungen beim Vacciniavirus Ankara unverändert. Inwieweit das von uns nachgewiesene Protein mit dem beschriebenen 35 KD Polypeptid übereinstimmt, bzw. welche oben Punktmutationen oder Mikrodeletionen die Verkleinerung der 37 KD Proteinbande von CVA 2 bewirkt haben, ist ungeklärt.

Zusammenfassend ergibt sich, daß aufgrund bisher bekannter Genfunktionen jede der Deletionen I - IV die Attenuierung der Stämme CVA 382 und MVA 574 beeinflußt haben könnte. Besonderes Augenmerk gilt dabei den Genbereichen der Deletionen I und II. In diesem Abschnitt werden lösliche Proteine kodiert, die bisher unbekannte Regulationsmechanismen der Virusvermehrung in einem Wirtsorganismus vermuten lassen.

Drei der sechs im Laufe der Attenuierung von CVA 2 zu MVA 574 von uns festgestellten deletierten Bereiche boten sich für nachfolgende Untersuchungen an:

(1) Die Deletion II als Ursache des reduzierten Wirtszellspektrums von CVA 382 und MVA 574.

(2) Die Deletion III als vermeintlicher Auslöser des HA-negativen Phänotyps.

-76-

(3) Die Deletion VI, wahrscheinlich verantwortlich für die unterschiedliche Reaktion von CVA 382 und MVA 574 im Diagnostik-Elisa.

Für unsere weiteren Untersuchungen wählten wir den host range-Genbereich, da wir wissen wollten, inwieweit die Deletion in dieser Region allein für die Ausbildung des attenuierten Phänotyps verantwortlich ist. Zudem war in früheren Untersuchungen der Defekt im host range-Gen des MVA-Virus genau charakterisiert worden (Altenburger et al., 1989). Der Marker "Wirtszellspektrum" eignete sich daher gut als Selektionssystem für marker rescue-Experimente.

Durch den gezielten Einbau eines 5,2 Kbp EcoRI-Fragments von CVA 2 in das Genom von MVA 574 entstand das Konstrukt øMVA. Theoretisch wäre auch die Selektion einer Subpopulation von MVA 574 denkbar, die auf der Zellinie K-DERM wächst. Dagegen spricht, daß bei der Wiederholung des gleichen marker rescue-Experiments mit dem Stamm CVA 382 es gelang ein Konstrukt øCVA 382 zu isolieren. Da gleichzeitig mehrfache Blindpassagen von CVA 382 und MVA 574 auf K-DERM Zellen nicht zur Virusisolierung führten und Restriktionsenzym-analysen der Konstrukt-DNS einen intakten host range-Genbereich als alleinigen Unterschied nachwiesen, konnten diese anfänglichen Bedenken aufgegeben werden. Die biologischen Eigenschaften der Konstrukte øMVA und øCVA 574 sind im Vergleich zu CVA 2 und MVA 574 in der Tabelle 11 zusammen-gefaßt dargestellt.

-77-

-79-

Die Konstrukte fMVA und fCVA 382 verhalten sich in fast allen Eigenschaften genauso wie ihre Ausgangsstämme MVA 574 und CVA 382. Aber das Wirtszellspektrum ist im Vergleich zu diesen deutlich erweitert. Gillard et al. (1985; 1986) testeten den Erfolg ihrer marker rescue-Experimente zur Eingrenzung des "humanen" host range-Gens lediglich an zwei Zellinien, der Mäusezellinie LTK- und der humanen Zellinie MRP 2. Dagegen zeigte die Untersuchung von fMVA und fCVA 382 mit 14 verschiedenen Zellinien, daß dieses host range-Gen nicht nur die Vermehrungsfähigkeit auf humanen Zellinien, sondern auch das Wachstum auf Tierzellinien, wie K-DKM und RK 13 ermöglicht. Trotzdem konnte durch den alleinigen Einbau des host range-Genbereichs das vollständige Wirtszellspektrum des Ausgangsstammes CVA 2 nicht wiederhergestellt werden. Diese Tatsache läßt im Genom von Vacciniaviren die Existenz noch anderer Genbereiche vermuten, die das Zellspektrum der Viren prägen.

Der Virusstamm MVA 574 kann sich im Gegensatz zu der host range-Mutante des Vacciniavirus Kopenhagen trotz seiner Deletion im host range-Gen auf den humanen Zellinien MRL (eigene Untersuchungen) und 143 BTK- (Altenburger et al., 1989) noch vermehren. Es ist nicht geklärt, inwieweit das Überbleibsel des host range-Gens im Genom von MVA 574 eine Restaktivität bewahrt hat, oder ob auch hier noch andere Genbereiche eine Rolle spielen. Grundsätzlich aber scheint das durch das 12 KD Polypeptid des host range-Gens gesteuerte Wachstum auf verschiedenen Zellinien eher von Zelltyp und Zellfunktion als von der tierartlichen Herkunft der Zellinie abhängig zu sein.

Die Konstrukte unterscheiden sich im cytopathischen Effekt vom Ausgangsstamm CVA 2. Sie entwickeln auch auf wieder permissiven Zellinien nur eine geringe Tendenz zur Plaquebildung und der cytopathische Effekt der Konstrukte in der HEF-Kultur bleibt sehr MVA-ähnlich. Offenbar wird das Plaquebildungsvermögen durch den Einbau des host range-Genbereichs nicht beeinflußt. Das einzige bisher bekannte Vaccinia-Gen mit Auswirkung auf den Plaquephänotyp - es kodiert ein 14 KD Hüllprotein - liegt im HindIII A-Fragment in der Mitte des Virusgenoms (Dallo et al., 1987).

Durch in vitro Translation und Sequenzanalyse konnten mehrere Polypeptide als Genprodukte des host range-Genbereichs von Vacciniaviren identifiziert werden (Isle et al., 1981;

Morgan und Roberts, 1984; Gillard et al., 1986). Es gelang aber bisher noch nicht, die genaue Funktion dieser Proteine zu bestimmen; Tamin et al. (1988) vermuten, daß sie als lösliche virale Proteine in die Steuerung der Transkription im Zellkern der Wirtszelle eingreifen.

Die Konstrukte fMVA und fCVA 382 wurden zur Abklärung der Proteinstruktur in PAGE-Gel, im Immunoblot und im ELISA untersucht. Dabei verhielt sich fMVA wie MVA 574 und fCVA 382 wie CVA 382. Der Einbau des 5,2 Kbp EcoRI-Fragments von CVA 2 hatte keine feststellbaren Auswirkungen auf Strukturproteine oder immunologisch wichtige Polypeptide der Konstrukte.

In der Literatur wurde verschiedentlich ein Zusammenhang zwischen Wirtszellspektrum und Virulenz vermutet (Mayr et al., 1978; Gillard et al., 1986). Das Niedereinsetzen des host range-Genbereichs in das Genom der gut charakterisierten Virusstämme CVA 382 und MVA 574 war somit der erste Schritt zur Überprüfung dieser Annahme. Die Konstrukte fMVA und fCVA 382 wurden hierfür im bebrüteten Hühnerei und in der weißen Maus getestet. Während sich die Virulenz von CVA 2, entsprechend früherer Untersuchungen (Mayr et al., 1975) bestätigte, erwiesen sich fMVA und fCVA 382 genauso avirulent wie MVA 574. Offensichtlich geht die partielle Erweiterung des Wirtszellspektrums nicht mit einer Virulenzsteigerung einher. Diese Feststellung wird dadurch bestätigt, daß die Deletion von Vaccinia-Genen, deren Einfluß auf die Virulenz erwiesen ist, das Wachstum der Deletionsmutanten auf verschiedenen Zellinien nicht einschränkt (Buller et al., 1988; Flexner et al., 1987). Auch Kotwal et al. (1989) beschreiben eine Virusmutante mit normaler Vermehrungsfähigkeit in Zellkulturen, bei der eine Deletion in der linken Genomhälfte die Synthese löslicher Virusproteine verhindert und dadurch die Virulenz abschwächt. Wie die Ergebnisse unserer Genomkartierung für das Vacciniavirus Ankara zeigen, liegen diese "Virulenzgene" im Bereich der von uns ermittelten Deletionen I, III und IV. Sie stehen aber in keiner Beziehung zur Deletion II in der host range-Region.

Die biologische Charakterisierung der Konstrukte fMVA und fCVA 382 belegt zweifelsfrei, daß der Einbau des host range-Genbereichs vom CVA 2 die Avirulenz von MVA 574 und CVA 382 nicht rückgängig machen kann. Ein eingegrenztes Wirtszellspektrum kann also nicht automatisch als Indikator für die

-80-

Attenuierung eines Virus angesehen werden. Inwieweit jedoch das Zusammenspiel eventuell mehrerer "host range" Gene mit bereits bekannten, die Virulenz beeinflussenden, Vaccinia-Genen den Virulenzgrad bestimmt, bleibt offen. Offen bleibt ferner, welchen Einfluß mit unseren Untersuchungen nicht nachweisbare Punktmutationen oder Mikrodeletionen auf die Virulenz haben. Es bietet sich aber an, in weiteren marker rescue-Versuchen mit den Konstrukten #MVA und #CVA 382 die Deletionen I, III und IV schrittweise zu ersetzen. Vielleicht ergibt sich so ein besseres Verständnis der komplexen Verhältnisse, die zur Ausbildung von Virulenz führen.

Es darf aber angenommen werden, daß die sechs kartierten Deletionen für die Attenuierung des Vacciniavirus Ankara verantwortlich sind. Die Strukturänderungen betreffen dabei auch mehrere, bei anderen untersuchten Orthopockenviren gut konservierte Genombereiche. Diese günstige Konstellation macht eine Rekombination dieses klonisch, also durch rasche Passagen in einem heterologen Wirtssystem, attenuierten Virus zu einem wieder virulenten Wildtyp äußerst unwahrscheinlich.

Die Genomstruktur des Modifizierten Vacciniavirus Ankara rechtfertigt daher dessen Einsatz als Impfvirus, sei es im herkömmlichen Sinne als Impfstoff gegen Orthopocken oder aber, und dieser Punkt erscheint heute wesentlich bedeutender, als sicheres Trägervirus für Fremdantigene.

-81-

6. ZUSAMMENFASSUNG

Für die Untersuchungen standen Passagen des auf Hühnerembryofibroblasten-Zellkulturen (HEF) attenuierten Vacciniavirusstammes Ankara zur Verfügung. Phänotypisch ist der Virusstamm ab der 382. HEF-Passage durch ein eingeschränktes Wirtszellspektrum, fehlende Plaquebildung und fehlende Virulenz charakterisiert.

Das Genom der 2., 382. und 574. HEF-Passage sowie die 486. Passage auf Schweinenierenzellen wurde mit Hilfe von Restriktionsendonukleasen untersucht. Physikalische Genkarten für die Enzyme HindIII, XhoI und SmaI wurden erstellt. Die Untersuchungen zeigen:

(1) Das Ausgangsmaterial setzt sich aus mehreren Subpopulationen zusammen. Variationen sind dabei durch die unterschiedliche Länge der terminalen Fragmente bedingt.

(2) Die Genomgröße nimmt von der 2. Passage (208.000 Basenpaare) über die 382. Passage (188.000 Basenpaare) zur 574. Passage (177.000 Basenpaare) ab. Dies entspricht einem Verlust von 15 % des Gesamtgenoms. Nach 486 Passagen auf embryonalen Schweinenierenzellen, die zu keiner Attenuierung führten ist die Genomgröße weitgehend erhalten geblieben (202.000 bp).

(3) Mindestens vier Deletionen (insgesamt 20 Kbp) sind während der ersten 382 HEF-Passagen im Genom des Vacciniavirus Ankara aufgetreten. Sie sind sowohl in den variablen Endfragmenten als auch im konservierten Teil des Genoms lokalisiert und schließen eine Deletion im host range-Genbereich mit ein. Diese Veränderungen sind für die Attenuierung der 382. und 574. HEF-Passage verantwortlich.

(4) Im Laufe von weiteren 190 Passagen zur 574. HEF-Passage sind noch mindestens zwei weitere Deletionen (insgesamt 11 Kbp) aufgetreten. Diese Deletionen führen zu keiner weiteren Änderung der biologischen Eigenschaften, jedoch reagieren drei gegen Orthopoxviren produzierte Monoklonale Antikörper nicht mehr mit der 574. Passage.

Der gezielte Einbau des host range-Genbereichs aus dem Ausgangsstamm CVA 2 in die Stämme CVA 382 und MVA 574 ermöglicht diesen das Wachstum auf vorher nicht permissiven Zellinien. Eine vollständige Wiederherstellung des Wirtszellspektrums gelingt nicht. Auch das Plaquebildungsvermögen in

-82-

der Zellkultur und auf der Chorioallantoismembran sowie die fehlende Virulenz für die weiße Maus und den Hühnerembryo bleiben unbeeinflußt.

Die Ergebnisse zeigen, daß offenbar die Deletion im host range-Genbereich nicht allein für die zur Attenuierung führenden Vorgänge ausschlaggebend ist. Andere Deletionsbereiche und deren Auswirkung auf die Virulenz werden diskutiert. Die Verteilung der für die Attenuierung verantwortlichen Deletionen auf verschiedene, im allgemeinen gut konservierte Genombereiche macht jedoch eine Rekombination zu einem virulenten Wildtypvirus sehr unwahrscheinlich. Die Genomstruktur des Vacciniavirus MVA erfüllt damit die an die Sicherheit eines Impfvirus zu stellenden Eigenschaften.

-83-

## 7. SUMMARY

The Genome of the Vaccinia Virus Ankara and its Alteration During Attenuation

Different passages of the vaccinia virus strain Ankara (CVA) attenuated on chick embryo fibroblasts (CEF) were analysed. Passage levels higher than 382 are characterized by a reduced host range and plaque-size in cell cultures as well as by the lack of virulence for mice.
By use of the restriction enzymes HindIII, XhoI and SmaI, the DNA isolated from the CEF passages 2, 382 and 574 and additionally from passage 486 on pig embryonic kidney cells (PEK) was mapped. The investigations demonstrate:

(1) The original CVA 2 virus stock consists of various subpopulations which differ in the length of the genome endfragments.

(2) During passages on CEF-cells, the molecular weight of the DNA decreases from 208 kilo basepairs (kb) to 177 kb, representing a loss of nearly 15 % of the entire genome. On the other hand, the genome remains stable to a large extent during 486 passages on PEK-cells.

(3) During the first 382 CEF passages at least four deletions (together 20 kb) have occurred. They are located in the variable end-fragments and in highly conserved regions of the genome. These alterations are responsible for the strong attenuation of the CEF-passages 382 and 574. One of the deletions affects the vaccinia host range gene.

(4) In the next 190 passages leading to MVA 574, at least two other deletions appeared (together 11 kb). Although the biological properties did not change, three monoclonal antibodies produced against orthopoxvirus did not bind anymore.

The rescue of the host range region from CVA 2 in the strains CVA 382 and MVA 574 by transfection restores their ability to grow in some non permissive tissue cultures. Nevertheless, the complete host range of CVA 2 is not recuperated. Plaque-forming behavior and reduced virulence are not influenced.
It is shown that the host range deletion alone is not responsible for the processes leading to attenuation. Other deletions and their effects on virulence are discussed. The deletions map to different regions of the genome including regions highly conserved in other orthopoxviruses. This renders natural recombination resulting in strains with wild-type virulence unlikely. Therefore the vaccinia virus MVA is a very save candidate for recombinant vaccines.

BIBLIOTHEK

-84-

## 8. LITERATURVERZEICHNIS

ALTENBURGER W., C.P. SÜTER, J. ALTENBURGER, 1989:
Partial deletion of the human host range gene in the attenuated vaccinia virus MVA.
Arch. Virol. 105, 15-27.

ARCHARD L.C., M. MACKETT, 1979:
Restriction endonuclease analyses of red cowpox virus and its white pock variant.
J. gen. Virol. 45, 51-63.

ARCHARD L.C., M. MACKETT, D.E. BARNES, K.R. DUMBELL, 1984:
The genome structure of cowpox virus white pock variants.
J. gen. Virol. 65, 875-886.

ARRAND J.M., 1978:
Mapping of adenovirus type 5 temperature-sensitive mutations by marker rescue in enhanced double DNA infections.
J. gen. Virol. 41, 573-586.

BALDICK C.J., B. MOSS, 1987:
Resistance of vaccinia virus to rifampicin conferred by a single nucleotide substitution near the predicted NH, terminus of a gene encoding an Mr 62,000 polypeptide.
Virology 156, 138-145.

BAROUDY B.M., B. MOSS, 1982:
Sequence homologies of diverse length tandem repetitions near ends of vaccinia virus genome suggest unequal crossing over.
Nucl. Acids Res. 10, 5673-5679.

BAROUDY B.M., S. VENKATESAN, B. MOSS, 1982:
Incompletely base-paired flip-flop terminal loops link the two DNA strands of the vaccinia virus genome into one uninterrupted polynucleotide chain.
Cell 28, 315-324.

BAROUDY B.M., S. VENKATESAN, B. MOSS, 1983:
Structure and replication of vaccinia virus telomeres.
Cold Spring Harbor Symp. Quant. Biol. 47, 723-729.

BEDSON H., K.R. DUMBELL, 1964 a:
Hybrids derived from the viruses of Alastrim and Rabbitpox.
J. Hygiene 62, 141-146.

-85-

BEDSON H.S., K.R. DUMBELL, 1964 b:
Hybrids derived from the viruses of variola major and cowpox.
J. Hyg. 62, 147-158.

BOOKOUT J.B., P.A. SCHAFFER, D.J. PURIFOY, M. BISWAL, 1978:
Marker rescue of temperature-sensitive mutants by defective DNA of herpes simplex virus type I.
Virology 89, 528-538.

BOSTOCK C.J., 1988:
Parameters of field inversion gel electrophoresis for the analysis of pox genomes.
Nucl. Acids Res. 16, 4239-4252.

BULLER R.M., S. CHAKRABARTI, B. MOSS, T. FREDRICKSON, 1988:
Cell proliferative response to vaccinia virus is mediated by VGF.
Virology 164, 182-192.

BULLER R.M.L., S. CHAKRABARTI, J.A. COOPER, D.R. TWARDZIK, B. MOSS, 1988:
Deletion of the vaccinia virus growth factor gene reduces virus virulence.
J. Virol. 62, 866-874.

BULLER R.M.L., G.L. SMITH, K. CREMER, A.L. NOTKINS, B. MOSS, 1985:
Decreased virulence of recombinant vaccinia virus expression vectors is associated with a thymidine kinase-negative phenotype.
Nature 317, 813-815.

BULLER R.M., B. MOSS, 1985:
Genetic basis of vaccinia virus virulence.
In G.V. Quinnan Jr (editors): Vaccinia virus as vectors for vaccine antigens. Elsevier Science Publication Inc. N.Y. 37-47.

CHERNOS V.I., T.P. ANTONOVA, T.G. SEMKEVICH, 1985:
Recombinants between vaccinia and ectromelia viruses bearing the specific pathogenicity markers of both parents.
J. gen. Virol. 66, 621-626.

CONDIT R.C., A. MOTYCKA, G. SPIZZ, 1983:
Isolation, characterization, and physical mapping of temperature-sensitive mutants of vaccinia virus.
Virology 128, 429-443.

-86-

DALLO S., M. ESTEBAN, 1987;
Isolation and characterization of attenuated mutants of vaccinia virus.
Virology 159, 408-422.

DALLO S., J.F. RODRIGUEZ, M. ESTEBAN, 1987;
A 14K envelope protein of vaccinia virus with an important role in virus-host cell interaction is altered during virus persistence and determines the plaque size phenotype of the virus.
Virology 159, 423-432.

DeFILIPPES F.M., 1976;
Restriction enzyme digests of rapidly renaturing fragments of vaccinia virus DNA.
J. Virol. 17, 227-238.

DeFILIPPES F.M., 1982;
Restriction enzyme mapping of vaccinia virus DNA.
J. Virol. 43, 136-149.

DRILLIEN R., F. KOEHREN, A. KIRN, 1981;
Host range deletion mutant of vaccinia virus defective in human cells.
Virology 111, 488-499.

DRILLIEN R., D. SPEHNER, 1983;
Physical mapping of vaccinia virus temperature-sensitive mutations.
Virology 131, 385-393.

DRILLIEN R., D. SPEHNER, A. KIRN, 1982;
Complementation and genetic linkage between vaccinia virus temperature-sensitive mutants.
Virology 119, 372-381.

DUBBS D.R., S. KIT, 1964;
Isolation and properties of vaccinia mutants deficient in thymidine kinase-inducing activity.
Virology 22, 214-225.

ESPOSITO J.J., C.D. CABRADILLA, J.H. NAKANO, J.F. OBIJESKI, 1981;
Intragenomic sequence transposition in monkeypox virus.
Virology 109, 231-243.

ESPOSITO J.J., J.C. KNIGHT, 1985;
Orthopoxvirus DNA; Comparison of restriction profiles and maps.
Virology 143, 230-251.

-87-

FENNER F., J.F. SAMBROOK, 1966;
Conditional lethal mutants of rabbitpox virus.
Virology 28, 600-609.

FLEXNER C., A. HUGIN, B. MOSS, 1987;
Prevention of vaccinia virus infection in immunodeficient mice by vector-directed IL-2 expression.
Nature 330, 259-262.

FROST E., J. WILLIAMS, 1978;
Mapping temperature-sensitive and host-range mutations of adenovirus type 5 by marker rescue.
Virology 91, 39-50.

FUNAHASHI S., T. SATO, H. SHIDA, 1988;
Cloning and characterization of the gene encoding the major protein of the A-type inclusion body of cowpox virus.
J. gen. Virol. 69, 35-47.

GAFFORD L.G., E.B. MITCHELL, C.C. RANDALL, 1978;
Sedimentation characteristics and molecular weights of three poxvirus DNAs.
Virology 89, 229-239.

GANGEMI J.D., D.G. SHARP, 1976;
Use of a restriction endnuclease in analyzing the genomes from two different strains of vaccinia virus.
J. Virol. 20, 319-323.

GARON C.F., E. BARBOSA, B. MOSS, 1978;
Visualization of an inverted terminal repetition in vaccinia virus DNA.
Proc. Natl. Acad. Sci. USA 75, 4863-4867.

GEBEYEHU G., P.Y. RAO, P. SOOCHAN, D.A. SIMMS, L. KLEVAN, 1987;
Novel biotinylated nucleotide-analogs for labeling and colorimetric detection of DNA.
Nucl. Acids Res. 15, 4513-4533.

GEMMELL A., F. FENNER, 1960;
Genetic studies with mammalian poxviruses.
Virology 11, 219-235.

GERSHON P.D., R.P. KITCHING, J.M. HAMMOND, D.N. BLACK, 1989;
Poxvirus genetic recombination during natural virus transmission.
J. gen. Virol. 70, 485-489.

-88-

GESHELIN P., K.I. BERNS, 1974;
Characterization and localization of the naturally
occurring cross-links in vaccinia virus DNA.
J. Molec. Biol. 88, 785-796.

GILLARD S., D. SPEHNER, R. DRILLIEN, 1985;
Mapping of a vaccinia host range sequence by insertion
into the viral thymidine kinase gene.
J. Virol. 53, 316-318.

GILLARD S., D. SPEHNER, R. DRILLIEN, A. KIRN, 1986;
Localisation and sequence of a vaccinia virus gene
required for multiplication in human cells.
Proc. Natl. Acad. Sci. USA 83, 5573-5577.

GORDON J., T. KOVALA, B. DALES, 1988;
Molecular characterization of a prominent antigen of the
vaccinia virus envelope.
Virology 167, 361-369.

GRAHAM F.L., A.J. VAN DER EB, 1973;
A new technique for the assay of infectivity of human
adenovirus 5 DNA.
Virology 52, 456-467.

HERRLICH A., A. MAYR, 1957;
Pockenimpfstoff aus Hungengewebekulturen vom Rind.
Arch. f. Virusforsch. 7, 284-296.

HUTCHISON C.A., M.A. EDGELL, 1971;
Genetic assay for small fragments of bacteriophage
ø X 174 deoxyribonucleic acid.
J. Virol. 8, 181-189.

ICHIHASHI Y., S. MATSUMOTO, S. DALES, 1971;
Biogenesis of poxviruses: role of A-type inclusions and
host cell membranes in virus dissemination.
Virology 46, 507-532.

ISLE H.B., S. VENKATESAN, B. MOSS, 1981;
Cell-free translation of early and late mRNAs selected
by hybridization to cloned DNA fragments derived from
the left 14 million to 72 million daltons of the
vaccinia virus genome.
Virology 112, 306-317.

JAUREGUIBERRY G., 1977;
Cleavage of vaccinia virus DNA by restriction
endonuclease BalI, EcoRI, BamHI. Isolation of the
natural cross-links.
FEBS Lett. 83, 111-117.

-9-

JOKLIK W.K., 1962;
The purification of four strains of poxvirus.
Virology 18, 9-18.

JONES E.V., B. MOSS, 1984;
Mapping of the vaccinia virus DNA polymerase gene by
marker rescue and cell-free translation of selected RNA.
J. Virol. 49, 72-77.

KAPLAN C., 1989;
Vaccinia virus: A suitable vehicle for recombinant
vaccines?
Arch. Virol. 106, 127-139.

KERN R., 1987;
Versuche zur serologischen Charakterisierung von
Orthopockenviren mit Hilfe von monoklonalen Antikörpern.
München, Vet.Med.Diss.

KNIPE D.M., M.T. RUYECHAN, B. ROIZMAN, I.W. HALLIBURTON,
1978;
Molecular genetics of herpes simplex virus.
Demonstration of regions of obligatory and non-
obligatory identity within diploid regions of the
genome.
Proc. Natl. Acad. Sci. USA 75, 3896-3900.

KOTWAL G.J., B. MOSS, 1988 a;
Analysis of a large cluster of nonessential genes
deleted from a vaccinia terminal transposition mutant.
Virology 167, 524-537.

KOTWAL G.J., B. MOSS, 1988 b;
Vacciniavirus encodes a secretory polypeptide
structurally related to complement control proteins.
Nature 335, 176-178.

KOTWAL G.J., A.W. HÜGIN, B. MOSS, 1989;
Mapping and insertional mutagenesis of a vaccinia virus
gene encoding a 13800-Da secreted protein.
Virology 171, 579-587.

MACKETT M., L.C. ARCHARD, 1979;
Conservation and variation in orthopoxvirus genome
structure.
J. gen. Virol. 45, 683-701.

MANIATIS T., E.F. FRITSCH, J. SAMBROOK, 1982;
Molecular Cloning: A Laboratory Manual. Cold Spring
Harbor laboratory.
Cold Spring Harbor, New York.

-90-

MAYR A., P.A. BACHMANN, B. BIBRACK, G. WITTMANN, 1974:
Virologische Arbeitsmethoden. Bd.1: Zellkulturen,
Bebrütete Hühnereier, Versuchstiere.
VEB Gustav Fischer Verlag, Jena.

MAYR A., K. DANNER, 1979:
Bedeutung von Tierpocken für den Menschen nach Aufhebung
der Pflichtimpfung gegen Pocken.
Berl. Münch. Tierärztl. Wschr. 92, 251-256.

MAYR A., V. ROCHSTEIN-MINTZEL, H. STICKL, 1975:
Abstammung, Eigenschaften und Verwendung des
attenuierten Vaccinia-Stammes MVA.
Infection 3, 6-14.

MAYR A., H. STICKL, H.K. MÜLLER, K. DANNER, H. SINGER, 1978:
Der Pockenimpfstamm MVA: Marker, genetische Struktur,
Erfahrungen mit der parenteralen Schutzimpfung und
Verhalten im abgeschwächten Organismus.
Zbl.Bakt.Hyg.I.Abt.Orig.B 167, 375-390.

McCARRON R.J., C. CABRERA, M. ESTEBAN, W.T. McALLISTER, J.A.
HOLOWCZAK, 1978:
Structure of vaccinia DNA: analyses of the viral genome
by restriction endonucleases.
Virology 86, 88-101.

McFADDEN G., S. DALES, 1979:
Biogenesis of poxvirus: Mirror-image deletions in
vaccinia virus DNA.
Cell 18, 101-108.

MERCHLINSKY M., C.F. GARON, B. MOSS, 1988:
Molecular cloning and sequence of the concatemer
junction from vaccinia virus replicative DNA. Viral
nuclease cleavage sites in cruciform structures.
J. Molec. Biol. 199, 399-413.

MORGAN J.R., B.E. ROBERTS, 1984:
Organization of RNA transcripts from a vaccinia virus
early gene cluster.
J. Virol. 51, 283-297.

MOSS B., 1985:
Replication of Poxviruses. In "Virology" (B.N. Fields,
D.M. Knipe, and R.M. Chanock, Eds.).
Raven Press New York, 685-703.

-91-

MOSS B., E. WINTERS, N. COOPER, 1981 a:
Instability and reiteration of DNA sequences within the
vaccinia virus genome.
Proc. Natl. Acad. Sci. USA 78, 1614-1618.

MOSS B., E. WINTERS, J.A. COOPER, 1981 b:
Deletion of a 9,000-base-pair segment of the vaccinia
virus genome that encodes nonessential polypeptides.
J. Virol. 40, 387-395.

MOYER R.W., R.L. GRAVES, 1981:
The mechanism of cytoplasmic orthopoxvirus DNA
replication.
Cell 27, 391-401.

MOYER R.W., R.L. GRAVES, C.T. ROTHE, 1980:
The white pock (μ) mutants of rabbit poxvirus. III.
terminal DNA sequence duplication and transposition in
rabbit poxvirus.
Cell 22, 545-553.

MOYER R.W., C.T. ROTHE, 1980:
The white pock mutants of rabbit poxvirus.
Virology 102, 119-132.

MÜLLER H.K., R. WITTEK, W. SCHAFFNER, D. SCHÜMPERLI, A.
MENNA, R. WYLER, 1977:
Comparison of five poxvirus genomes by analysis with
restriction endonucleases HindIII, BamHI and EcoRI.
J. gen. Virol. 38, 135-147.

NAKANO E., D. PANICALI, E. PAOLETTI, 1982:
Molecular genetics of vaccinia virus: Demonstration of
marker rescue.
Proc. Natl. Acad. Sci. USA 79, 1593-1596.

ORTIN J., L. ENJUANES, E. VIÑUELA, 1979:
Cross-links in African swine fever virus DNA.
J. Virol. 31, 579-583.

PAEZ E., S. DALLO, M. ESTEBAN, 1985:
Generation of a dominant 8-MDa deletion at the terminus
of vaccinia virus DNA.
Proc. Natl. Acad. Sci. USA 82, 3365-3369.

PANICALI D., S.M. DAVIS, B.R. MERCER, E. PAOLETTI, 1981:
Two major DNA variants present in serially propagated
stocks of the WR strain of vaccinia virus.
J. Virol. 37, 1000-1010.

-92-

PATEL D.D., D.J. PICKUP, W.K. JOKLIK, 1986;
Isolation of cowpox virus A-type inclusions and
characterisation of their major protein component.
Virology 149, 174-189.

PERKUS M.E., D. PANICALI, S. MERCER, E. PAOLETTI, 1986;
Insertion and deletion mutants of vaccinia virus.
Virology 152, 285-297.

PICKUP D.J., B.S. INK, W. HU, C.A. RAY, W.K. JOKLIK, 1986;
Hemorrhage in lesions caused by cowpox virus is induced
by a viral protein that is related to plasma protein
inhibitors of serine proteases.
Proc. Natl. Acad. Sci. USA 83, 7698-7702.

PICKUP D.J., B.S. INK, B.L. PARSONS, M. HU, W.K. JOKLIK,
1984;
Spontaneous deletions and duplications of sequences in
the genome of cowpox virus.
Proc. Natl. Acad. Sci. USA 81, 6817-6821.

RODRIGUEZ D., J.R. RODRIGUEZ, J.F. RODRIGUEZ, D. TRAUBER, M.
ESTEBAN, 1989;
Highly attenuated vaccinia virus mutants for the
generation of safe recombinant viruses.
Proc. Natl. Acad. Sci. USA 86, 1287-1291.

RODRIGUEZ J.F., M. ESTEBAN, 1987;
Mapping and nucleotide sequence of the vaccinia virus
gene that encodes a 14-kilodalton fusion protein.
J. Virol. 61, 3550-3557.

RODRIGUEZ J.F., M. ESTEBAN, 1989;
Plaque size phenotype as a selectable marker to generate
vaccinia virus recombinants.
J. Virol. 63, 997-1001.

RODRIGUEZ J.F., E. PAEZ, M. ESTEBAN, 1987;
A 14 kDa envelope protein of vaccinia virus is evolved
in cell fusion and forms covalently linked trimers.
J. Virol. 61, 395-404.

SAM C.K., K.R. DUMBELL, 1981;
Expression of poxvirus DNA in coinfected cells and
marker rescue of thermosensitive mutants by subgenomic
fragments of DNA.
Ann. Virol. (Inst. Pasteur) 132 E, 135-150.

-93-

SHIDA H. 1986;
Nucleotide sequence of the vaccinia virus hemagglutinin
gene.
Virology 150, 451-462.

SHIDA H., R. TANABE, S. MATSUMOTO, 1977;
Mechanism of virus occlusion into A-type inclusion
during poxvirus infection.
Virology 76, 217-233.

SOUTHERN E., 1975;
Deletion of specific sequences among DNA fragments
separated by gel electrophoresis.
J. Molec. Biol. 98, 503-517.

STICKL H., V. HOCHSTEIN-MINTZEL, A. MAYR, H.C. HUBER, H.
SCHÄFER, A. HOLZNER, 1974;
MVA-Stufenimpfung gegen Pocken.
Dtsch.med.Wschr. 99, 2386-2392.

STUDIER F.W., 1973;
Analysis of bacteriophage 77 early RNA and protein on
slab gels.
J. Molec. Biol. 79, 237-241.

SUBAK-SHARPE T.H., M.C. TIMBURY, J.F. WILLIAMS, 1969;
Rifampicin inhibits the growth of some mammalian
viruses.
Nature 222, 341-345.

TAMIN A., E.C. VILLARREAL, S.L. WEINRICH, D.E. HRUBY, 1988;
Nucleotide sequence and molecular genetic analysis of
the vaccinia virus HindIII N/M region encoding the genes
responsible for resistance to α-amanitin.
Virology 165, 141-150.

TARTAGLIA J., E. PAOLETTI, 1985;
Physical mapping and DNA sequence analysis of the
rifampicin resistance locus in vaccinia virus.
Virology 147, 394-404.

TARTAGLIA J., A. PICCINI, E. PAOLETTI, 1986;
Vaccinia virus rifampicin-resistance locus specifies a
late 63 kDa gene product.
Virology 150, 45-54.

TOWBIN H., T. STAEHELIN, J. GORDON, 1979;
Electrophoretic transfer of proteins from
polyacrylamide gels to nitrocellulose sheets: Procedure
and some applications.
Proc. Natl. Acad. Sci. USA 76, 4350-4354.

-94-

TWARDZIK D.R., J.P. BROWN, I.E. RANCHALIS, G.J. TODARO, B. MOSS, 1985:
Vaccinavirus-infected cells release a novel polypeptide functionally related to transforming and epidermal growth factors.
Proc. Natl. Acad. Sci. USA 82, 5300-5304.

VILLARREAL E.C., D.E. HRUBY, 1986:
Mapping the genomic location of the gene encoding α-amanitin resistance in vaccinia virus mutants.
J. Virol. 57, 65-70.

WEIR J.P., G. BAJSZAR, B. MOSS, 1982:
Mapping of the vaccinia virus thymidine kinase gene by marker rescue and by cell-free translation of selected mRNA.
Proc. Natl. Acad. Sci. USA 79, 1210-1214.

WILTON S., J. GORDON, S. DALES, 1986:
Identification of antigenic determinants by polyclonal and hybridoma antibodies induced during the course of infection by vaccinia virus.
Virology 148, 84-96.

WIMBERG G., M.L. HAMMARSKJOLD, 1979:
Isolation of DNA from agarose gels using DEAE-paper. Application to restriction site mapping of adenovirus type 16 DNA.
Nucl. Acids Res. 8, 253-264.

WITTEK R., 1982:
Organisation and expression of the poxvirus genome.
Experientia 38, 285-297.

WITTEK R., A. MENNA, H.K. MÜLLER, D. SCHÜMPERLI, P.G. BOSELEY, R. WYLER, 1978 a:
Inverted terminal repeats in rabbit poxvirus and vaccinia virus DNA.
J. Virol. 28, 171-181.

WITTEK R., H.K. MÜLLER, A. MENNA, R. WYLER, 1978 b:
Length heterogeneity in DNA of vaccinia virus is eliminated on cloning the virus.
FEBS Lett. 90, 41-46.

WITTEK R., A. MENNA, D. SCHÜMPERLI, S. STOFFEL, H.K. MÜLLER, R. WYLER, 1977:
HindIII and SstI restriction sites mapped on rabbit poxvirus and vaccinia virus DNA.
J. Virol. 23, 669-678.

-95-

WITTEK R., B. MOSS, 1980:
Tandem repeats within the inverted terminal repetition of vaccinia virus DNA.
Cell 21, 277-284.

WOODROOFE G., F. FENNER, 1960:
Genetic Studies with Mammalian Poxviruses. IV. Hybridization between several different Poxviruses.
Virology 12, 272-282.

Danksagung

Prof. Dr. Dr. h. c. mult. Anton Mayr danke ich herzlich für die Bereitstellung des Arbeitsplatzes und die Überlassung des Themas.

Erst die freundschaftliche Unterstützung und stete Motivation durch Dr. Hermann Meyer ermöglichte die Durchführung dieser Arbeit. Vielen, vielen Dank.

Dr. Werner Eichhorn und Dr. Peter Hübert halfen mir jederzeit mit wertvollen Anregungen und großem persönlichen Einsatz.

Die fachkundige Hilfe von Frau Ursula Wolf erleichterte die erforderlichen Fotoarbeiten.

Allen Mitarbeitern der Isolierstation danke ich für das äußerst angenehme Arbeitsklima. Besonders hervorheben möchte ich Frau Doris Kronthaler und Frau Monika Heilmann, die mir mit Rat und Tat zur Seite standen. Ein herzliches Dankeschön gilt auch Herrn Michael Heinrich, der mit seinen Kochkünsten müde und hungrige Doktoranden vor dem Schlimmsten bewahrte.

## Lebenslauf

Gerd Sutter

geboren am 31.05.1962 in Kaiserslautern

Eltern: Klaus Sutter, Dr. rer. nat.
Gerda Sutter, geb. Utzinger

1968 bis 1972  Grundschule in München

1972 bis 1981  Oskar-von-Miller-Gymnasium in München

1981 bis 1982  Wehrdienst, Vet.USt.Bw VI

Wintersemester 1982/83  Ludwigs-Maximilians-Universität München, Beginn des Studiums der Tiermedizin

20.01.1988  Tierärztliche Prüfung (Staatsexamen)

04.02.1988  Approbation als Tierarzt

Januar 1988  Beginn der vorliegenden Dissertation