# EXHIBITS K-L
# REDACTED IN THEIR ENTIRETY