# EXHIBITS O-W REDACTED IN THEIR ENTIRETY