# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

January 16, 2007

**By Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Bavarian Nordic, et al. v. Acambis Inc., et al.*,
          Civil Action No. 05-614-SLR

Dear Chief Judge Robinson:

    Enclosed please find a copy of the executed "Declaration of Li Westerlund," which is Exhibit A to Bavarian Nordic's Reply Brief in Support of Its Motion for Summary Judgment on the Issue of Conversion (D.I. 133, filed under seal on January 12, 2007). The version attached to BN's Reply Brief as served on January 12 and delivered to the Court earlier today was unsigned, and this executed version should be substituted therefor.

    Please feel free to contact me should the Court have any questions.

                                  Respectfully submitted,

                                  Karen L. Pascale (No. 2903)

Enclosure

cc:    Clerk of the Court (by hand delivery)
        Mary B. Graham, Esquire (by e-mail and hand delivery)
        William D. Coston, Esquire (by e-mail and FedEx)