IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S and<br>ANTON MAYR, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and<br>ACAMBIS PLC, | ) <br> ) <br> ) | **REDACTED<br>PUBLIC VERSION** |
| Defendants. | ) <br> ) <br> ) <br> ) | |

## APPENDIX TO
## REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS,
## OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT, ON ALL CLAIMS

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Defendants
Acambis Inc. and Acambis plc*

OF COUNSEL:

William D. Coston
Linsday B. Meyer
Martin L. Saad
Tamany J. Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
202.344.4000

Original Filing Date: January 12, 2007
Redacted Filing Date: January 19, 2007
679043.1

TABLE OF EXHIBITS

| Exhibit | Description | CONFIDENTIALITY DESIGNATION |
|---|---|---|
| 58 | ITC Initial Determination September 6, 2006 | CONFIDENTIAL |
| 59 | Deposition of Robert Drillien November 24, 2006 | CONFIDENTIAL |
| 60 | NIH letter to Moss August 1, 2006 | PUBLIC |
| 61 | ITC Hearing Transcript May 8, 2006 | CONFIDENTIAL |
| 62 | Deposition Transcript of Peter Wulff February 9, 2006 | CONFIDENTIAL |
| 63 | ITC Statement of Undisputed Facts March 20, 2006 | CONFIDENTIAL |
| 64 | Deposition Transcript of Nicholas Higgins August 25, 2006 | CONFIDENTIAL |
| 65 | European Patent Specification EP 1 335 987 B1 | PUBLIC |

EXHIBIT 58

CONFIDENTIAL EXHIBIT

EXHIBIT 59

CONFIDENTIAL EXHIBIT

EXHIBIT 60



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                Public Health Service

_____

National Institutes of Health
Bethesda, Maryland 20892

AUG  1 2006

<u>**VIA U.S. MAIL**</u>

Dr. Bernard Moss
National Institute of Allergy
   and Infectious Diseases
National Institutes of Health
4 Memorial Drive, MSC 0445
Bethesda, Maryland  20892

Re:     Subpoena Duces Tecum and Subpoena Ad Testificandum, Case Number 05-614-
         SLR, Bavarian Nordic A/S v. Acambis, Inc. and Acambis, PLC

Dear Dr. Moss:

This is to provide you with direction and guidance in preparing for the testimony that you
have been compelled by subpoena to provide in the above-referenced litigation between
Bavarian Nordic A/S and Acambis, Inc.

The scope of the subpoena is limited to activities outside of your official Government
duties. Specifically, the subpoena is limited to testimony and documents relating to your
consultancy with Oravax, and/or its corporate successor, Acambis. As a result, this
agency has not had occasion to review or approve any potential testimony by you.

You have retained independent, outside counsel to represent you in your private capacity,
and we will play no role in that representation. An agency attorney and/or an attorney
from the Department of Justice also will be present at the deposition to defend the
Government's interests including any official Government matters involving you that
may arise.

In accordance with 45 C.F.R. Part 2 (specifically, §§ 2.3 and 2.4) and *United States ex
rel. Touhy v. Ragen*, 340 U.S. 462 (1951), you are not authorized to provide any
testimony on or to answer questions that seek information related to your official
Government activities. This agency has not had an opportunity to review or approve
such testimony because the subpoena is limited to your outside consultancy. Further,
testimony regarding your official duties may unnecessarily compromise privileged
Government information. You should also not offer any opinion relating to the MVA
strain and the contracts at issue, the litigation in general, or the respective positions of the

MOSS 2

DEPOSITION
EXHIBIT

Page 2 – Dr. Bernard Moss

parties. During the course of your testimony, agency or Department of Justice counsel may object to questions offered by the Bavarian Nordic counsel and may instruct you not to answer a question if the answer would reveal information related to your Government employment. You should comply with the instructions of the agency or Department of Justice counsel.

Counsel representing you in your private capacity and Bavarian Nordic counsel have been provided copies of this letter in order to make them aware of the agency's position on the scope of testimony that you will provide.

If you should have any questions regarding this matter, please direct them to me or to Dr. Dale Berkley (301-451-4911) of the NIH Branch of the Office of the General Counsel.

Sincerely yours,

Raynard S. Kington, M.D., Ph.D.
Deputy Director

cc:   Mr. Kevin Collins
      Covington & Burling

      Mr. Don Riding
      Covington & Burling

      Mr. Robert Bertin
      Bingham McCutchen

      Ms. Erica Franklin
      Department of Justice

      Dr. Dale Berkley
      Office of the General Counsel, HHS

# EXHIBIT 61

CONFIDENTIAL EXHIBIT

EXHIBIT 62

CONFIDENTIAL EXHIBIT

EXHIBIT 63

CONFIDENTIAL EXHIBIT

# EXHIBIT 64

CONFIDENTIAL EXHIBIT

EXHIBIT 65





(19) Europäisches Patentamt
European Patent Office
Office européen des brevets

(11) **EP 1 335 987 B1**

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the grant of the patent:
**28.12.2005 Bulletin 2005/52**

(51) Int Cl.7: **C12N 15/863**, C12N 15/39,
C12N 7/04, A61K 39/285,
A61K 48/00

(21) Application number: 01991753.3

(22) Date of filing: 22.11.2001

(86) International application number:
PCT/EP2001/013628

(87) International publication number:
WO 2002/042480 (30.05.2002 Gazette 2002/22)

(54) **MODIFIED VACCINIA ANKARA VIRUS VARIANT**

VARIANTE DES MODIFIZIERTEN VACCINIA ANKARA VIRUS

VARIANT MODIFIE DU VIRUS DE LA VACCINE ANKARA

(84) Designated Contracting States:
**AT BE CH CY DE DK ES FI FR GB GR IE IT LI LU
MC NL PT SE TR**
Designated Extension States:
**AL LT LV MK RO SI**

(30) Priority: 23.11.2000 DK 200001764

(43) Date of publication of application:
**20.08.2003 Bulletin 2003/34**

(60) Divisional application:
**05017694.0 / 1 598 425**

(73) Proprietor: Bavarian Nordic A/S
3490 Kvistgaard (DK)

(72) Inventors:
• CHAPLIN, Paul
81247 München (DE)
• HOWLEY, Paul
82152 Martinsried (DE)
• MEISINGER, Christine
82194 Gröbenzell (DE)

(74) Representative: Alt, Michael
Bavarian Nordic GmbH,
Fraunhoferstrasse 13
82152 Martinsried (DE)

(56) References cited:
WO-A-01/68820        WO-A-97/02355
US-A- 5 789 245

• BENDER B. S. ET AL.: "ORAL IMMUNIZATION
WITH A REPLICATION-DEFICIENT
RECOMBINANT VACCINIAVIRUS PROTECTS
MICE AGAINST INFLUENZA" JOURNAL OF
VIROLOGY, vol. 70, no. 9, 1 September 1996
(1996-09-01), pages 6418-6424, XP002055082
ISSN: 0022-538X
• MEYER H. ET AL.: "MAPPING OF DELETIONS IN
THE GENOME OF THE HIGHLY ATTENUATED
VACCINIA VIRUS MVA AND THEIR INFUENCE
ON VIRULENCE" JOURNAL OF GENERAL
VIROLOGY, vol. 72, 1991, pages 1031-1038,
XP000952390 ISSN: 0022-1317

EP 1 335 987 B1

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 19, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**BY E-MAIL AND FEDERAL EXPRESS**

Edward A. Pennington
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC  20007

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)