IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>ACAMBIS INC. and ACAMBIS PLC, <br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) C.A. No. 05-614 (SLR) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: *Acambis' List Of Rebuttal Fact Witnesses To Be Called At Trial* were caused to be served on February 5, 2007 upon the following in the manner indicated:

**BY HAND & EMAIL**

Karen L. Pascale, Esquire
John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**BY EMAIL**

Edward A. Pennington, Esquire
Robert C. Bertin, Esquire
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC  20007

　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　*/s/ James W. Parrett, Jr.*

　　　　　　　　　　Mary B. Graham (#2256)
　　　　　　　　　　James W. Parrett, Jr. (#4292)
　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　(302) 658-9200

　　　　　　　　　　*Attorneys for Acambis Inc. and Acambis plc*

- 2 -

OF COUNSEL:

William D. Coston
Linsday B. Meyer
Martin L. Saad
Tamany J. Vinson Bentz
V<small>ENABLE</small>, LLP
575 7th Street, NW
Washington, DC  20004-1601
(202) 344-4000

Dated:  February 5, 2007
528984

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 5, 2007 upon the following individuals in the manner indicated:

**BY HAND & EMAIL**

>Karen L. Pascale, Esquire
>John W. Shaw, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

**BY EMAIL**

>Edward A. Pennington
>Robert C. Bertin, Esquire
>BINGHAM MCCUTCHEN LLP
>3000 K Street, Suite 300
>Washington, DC  20007

*/s/ James W. Parrett, Jr.*
_____
James J. Parrett, Jr. (#4292)

528984