IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 05-614-SLR |
| v. | ) ) ) |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' PROPOSED VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **Bavarian Nordic, et al. v. Acambis Inc., et al**. Briefly stated, this case is a civil action brought by plaintiff(s) Bavarian Nordic and Prof. Anton Mayr against the defendant(s) Acambis Inc and Acambis plc .

The trial is expected to last from June 5, 2007 to June 12, 2007; our trial days will run approximately from 9:30 a.m. to 4:30 p.m.

Plaintiff(s) are represented by Ed Pennington, an attorney with Bingham McCutchen LLP, and by John Shaw, attorney with Young Conaway Stargatt & Taylor, LLP. Defendant(s) are represented by William Coston, an attorney with Venable, LLP and Mary Graham, an attorney with Morris Nichols Arsht & Tunnell, LLP.

In the light of this brief summary, I will ask the panel certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be

excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel. If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

## HAVE CLERK ADMINISTER THE OATH TO THE PANEL

1. Is any member of the panel related to the plaintiff(s) (or personally acquainted with any officer, director, or employee of, or ever done business with, Bavarian Nordic or Anton Mayr)?

2. Is any member of the panel related to the defendant(s) (or personally acquainted with any officer, director, or employee of, or ever done business with, Acambis Inc or Acambis plc)?

3. Is any member of the panel related to, or personally acquainted with Ed Pennington, plaintiff's attorney or ever been represented by him or by any associate or member of his law firm, Bingham McCutchen LLP?

4. Is any member of the panel related to, or personally acquainted with William Coston, defendant's attorney or ever been represented by him or by any associate or member of his law firm, Venable LLP ?

5. Is any member of the panel related to, or personally acquainted with, any of the following individuals who might appear as witnesses in this case: See attached list of witnesses.

6. Does any member of the panel have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

7. Has any member of the panel ever been a plaintiff or a defendant in a civil lawsuit?

8. Has any member of the panel ever served as a juror in a civil (tortious conversion or unfair competition) lawsuit?

9. Does any member of the panel have any experience with, or knowledge of, German Law?

10. Has any member of the panel ever been employed as laboratory researcher or served as a post doctoral student?

11. Does any member of the panel have any experience with, or knowledge of, the transfer of biological materials or technology transfer?

12. Does any member of the panel have any experience with, or knowledge of government procurement and/or government contracts?

13. Do you believe that it would be wrong for someone to exclude others from the use of their property even if the public may benefit from that property?

14. Does any member if the panel have any experience with, or knowledge of the Department of Health and Human Services and/or the National Institutes of Health?

15. Has any member of the panel been personally affected by the September 11, 2001 terrorist attacks?

16. Does any member of the panel have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

17. Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

## COMPANIES

Baxter
Therion Biologics
GeoVax, Inc.
Forschungszentrum für Umwelt und Gesundheit (GSF)
Oxford BioMedica
Transgene
Oxxon Therapeutics, Inc.
Ascension
Vivacs GMBH
Emergent BioSolutions

ATTORNEYS

Bingham McCutchen, LLP
Edward A. Pennington
David M. Lubitz
Robert C. Bertin
Daniel S. Nooter
Krista L. Lynch
Stephanie D. Scruggs

Young Conaway Stargatt & Taylor, LLP
John W. Shaw
Karen L. Pascale

Morris Nichols Arsht & Tunnel, LLP
Mary B. Graham
James W. Parrett, Jr.

Venable, LLP
William D. Coston
Tamany Vinson Bentz

WITNESSES

Louis Berneman
Elizabeth Brown
Miles Carroll
Paul Chaplin
Robert Drillien
Phil Green
Linda Gritz
Karl Heller
Nicholas Higgins
Paul Howley
Cynthia Lee
Anton Mayr
Roger McAvoy
Christine Meisinger
Bernard Moss
Ashley Stevens
Joseph Straus
Winfried Tilmann
Peter Wulff
Lars Villumsen
Gordon Cameron
Thomas Monath
Clement Lewin
David Einhorn
John Jarosz

|  |  |
|---|---|
| May 3, 2007 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Karen L. Pascale*<br>―――――――――――――――――――<br>John W. Shaw (No. 3362) [jshaw@ycst.com]<br>Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>D. Fon Muttamara-Walker (No. 4646)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br><br>- and -<br><br>BINGHAM MCCUTCHEN LLP<br>Edward A. Pennington<br>Robert C. Bertin<br>Stephanie Scruggs<br>Krista L. Lynch<br>3000 K Street Suite 300<br>Washington, DC 20007<br>(202) 424-7500<br><br>*Attorneys for Plaintiffs,*<br>*Bavarian Nordic A/S and Anton Mayr* |

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on May 3, 2007, I caused to be electronically filed a true and correct copy of the foregoing sealed document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on May 3, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>William D. Coston [wdcoston@venable.com]
>Martin L. Saad [mlsaad@venable.com]
>Tamany Vinson Bentz [TJBentz@Venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

- 2 -

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
  *Attorneys for Plaintiffs,*
  *Bavarian Nordic A/S and Anton Mayr*