# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-614-SLR |
| v. | ) ) | *FILED UNDER SEAL —* |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) ) | *CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER* |
| Defendants. | ) | |

## JOINT PROPOSED PRETRIAL ORDER

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
John W. Shaw (#3362)
Karen L. Pascale (#2903)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

**BINGHAM MCCUTCHEN LLP**
Edward A. Pennington
Robert C. Bertin
Stephanie Scruggs
Krista L. Lynch
3000 K Street Suite 300
Washington, DC 20007
(202) 424-7500
*Attorneys for Plaintiffs,*
*Bavarian Nordic A/S and Anton Mayr*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

**VENABLE, LLP**
William D. Coston
Jeffrey A. Dunn
Martin L. Saad
Tamany Vinson Bentz
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000
*Attorneys for Defendants,*
*Acambis Inc. and Acambis plc*

May 3, 2007