IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR,<br><br>    Plaintiffs,<br><br>v.<br><br>ACAMBIS INC. and ACAMBIS PLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-614-SLR<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of May 15, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Acambis Inc. and Acambis PLC and against plaintiffs Bavarian Nordic A/S and Anton Mayr.

                                                                              _____
                                                                              United States District Judge

Dated: May 16, 2007

                                                                              _____
                                                                              (By) Deputy Clerk