# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 17, 2007

*By Hand Delivery*

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Bavarian Nordic, et al. v. Acambis Inc., et al.*,
       Civil Action No. 05-614-SLR

Dear Chief Judge Robinson:

  Pursuant to Third Circuit Local Appellate Rule 3.1, enclosed herewith is a copy of the Notice of Appeal that plaintiffs have filed today.

            Respectfully submitted,

            */s/ Karen L. Pascale*

            Karen L. Pascale (No. 2903)

Enclosure

cc: Clerk of the Court (w/encl.) (by hand delivery)
   Mary B. Graham, Esquire (w/encl.) (by e-mail and hand delivery)
   William D. Coston, Esquire (w/encl.) (by e-mail)

DB02:5714351.1                                        064417.1001