IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, <br><br> Plaintiffs, <br> v. <br><br> ACAMBIS INC. and ACAMBIS PLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-614 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION FOR ATTORNEY FEES

Defendants Acambis Inc. and Acambis plc ("Acambis") hereby move pursuant to Federal Rule of Civil Procedure 54(d)(12) for an award of the attorney fees Acambis incurred in defending against the claims in this case. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Defendants' Motion for Attorney Fees.

OF COUNSEL:

William D. Coston
Linsday B. Meyer
Martin L. Saad
Tamany J. Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC  20004-1601
202.344.4000

Dated: May 29, 2007

843663

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ James W. Parrett, Jr. (#4292)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

  *Attorneys for Defendants*
  *Acambis Inc. and Acambis plc*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> John W. Shaw, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 29, 2007 upon the following individuals in the manner indicated:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
| --- | --- |
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801 | Edward A. Pennington<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, Suite 300<br>Washington, DC 20007 |

>   /s/ James W. Parrett, Jr. (#4292)
>   James W. Parrett, Jr. (#4292)