IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants to file and serve their Reply Brief in support of their Motion for Attorneys' Fees (D.I. 162) is extended to and including June 22, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

John W. Shaw (#3362)
Karen L. Pascale (# 2903)
D. Fon Muttamara-Walker (#4646)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6600

*Attorneys for Bavarian Nordic A/S
and Anton Mayr*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

*Attorneys for Acambis Inc. and Acambis plc*

SO ORDERED this ___ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

864102