# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 05-614-SLR |
| v. | ) ) *REDACTED — PUBLIC VERSION* |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) ) |
| Defendants. | ) |

## APPENDIX OF EXHIBITS TO
## BAVARIAN NORDIC'S ANSWERING BRIEF
## IN OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

- and -

**BINGHAM MCCUTCHEN LLP**
Edward A. Pennington
Robert C. Bertin
Stephanie Scruggs
Krista L. Lynch
2020 K Street, N.W.
Washington, DC 20006
(202) 373-6000

*Attorneys for Plaintiff Bavarian Nordic A/S*

June 12, 2007

# TABLE OF EXHIBITS

*Exhibit*

1/15/03 Letter from Nick Higgins to Richard H. Woodrich (TBC00592-594) ...................... 1

12/23/02 E-mail from Roger McAvoy to Stephen Atkinson, et al. (AC0336880 .................... 2

12/20/02 E-mail from Stephen Atkinson to Nick Higgins, et al. (AC0336880-81) ................ 3

3/3/03 Letter from Nick Higgins to Peter Wulff (AC0012480) ............................................... 4

9/02 NIAID Biological Materials Transfer Agreement (AC0006735-37) ............................ 5

2/26/02 Letter from Linda Gritz, Ph.D. to Anton Mayr (TBC00010) .................................... 6

12/14/05 Deposition of Anton Mayr ........................................................................................ 7

Expert Report of David Einhorn ............................................................................................. 8

Expert Report of Robert Drillien ............................................................................................. 9

9/12/01 Letter from Anton Mayr to Bernard Moss (AC0006782) ........................................ 10

Laboratory Notebook of Anton Mayr .................................................................................... 11

Investigator's Brochure for ACAM3000 (AC0010240-80) ................................................... 12

11/14/05 Declaration of Prof. Dr. Dr. H.C. Mult. Anton Mayr ............................................. 13

12/6/02 Memorandum to Therion Biologics from Knoll, Rohrborn & Partner
(TBC000001-TBC00017) ...................................................................................................... 14

Expert Report and/or Legal Opinion of Prof. Dr. Dres. H.C. Joseph Straus ......................... 15

6/7/04 E-mail from Bernard Moss to Thomas P. Monath (AC0348220-222) ....................... 16

1996 Agreement Between Bavarian Nordic and Anton Mayr (BNITC0091927-31) ............ 17

2002 Assignment Agreement (BNITC00068086-89) ........................................................... 18

Transcript of 9/13/06 Discovery Conference ........................................................................ 19

4/16/04 Letter from J. Newberne (Acambis) to Food and Drug Administration
(AC00258004-823, AC00205818) ........................................................................................ 20

3/8/04 E-mail from Thomas Monath to Cynthia Lee, et al. (AC009321-22) ........................ 21

Supplemental Expert Report and/or Legal Opinion of Prof. Dr. Dres. H.C. Joseph Straus .................................................................................................................................. 22

3/20/06 Joint Statement of Facts in ITC Investigation No. 337-TA-550 .............................. 23

11/3/04 E-mail from Thomas Monath to Nick Higgins, et al. (AC0562899-902) .................. 24

1/23/04 E-mail from G. Cameron to Cynthia Lee, et al. (AC0220875) ................................ 25

6/12/07 Handelsbanken Capital Markets Company Update .................................................. 26

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on June 20, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on June 20, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>***By E-Mail***
>
>William D. Coston [wdcoston@venable.com]
>Martin L. Saad [mlsaad@venable.com]
>Tamany Vinson Bentz [TJBentz@Venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

- 2 -

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Karen L. Pascale
_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
  *Attorneys for Plaintiff Bavarian Nordic A/S*