# SEALED DOCUMENT

Case 1:05-cv-00614-SLR    Document 172    Filed 06/22/2007    Page 1 of 1