IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-614-SLR |
| v. | ) ) ) | |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF CORRECTION TO D.1 167 and 170**

PLEASE TAKE NOTICE that in footnote 3 on page 12 of "Bavarian Nordic's Answering Brief in Opposition to Defendants' Motion for Attorneys' Fees" (D.I. 167, filed under seal on June 12, 2007) (redacted version filed June 20, 2007 as D.I. 170), the reference to "Bird and Bird" should be deleted and replaced by "Lovells."

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

July 16, 2007

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

**BINGHAM MCCUTCHEN LLP**
Edward A. Pennington
Robert C. Bertin
Stephanie Scruggs
Krista L. Lynch
2020 K Street, N.W.
Washington, DC 20006
(202) 373-6000

*Attorneys for Bavarian Nordic A/S*

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on July 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mbgefiling@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on July 16, 2007, I caused a copy of the foregoing sealed document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Mary B. Graham [mgraham@mnat.com]
>James Walter Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>William D. Coston [wdcoston@venable.com]
>Martin L. Saad [mlsaad@venable.com]
>Tamany Vinson Bentz [TJBentz@Venable.com]
>VENABLE LLP
>575 7th Street, NW
>Washington, DC 20004-1601
>(202) 344-4000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

---
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
  *Attorneys for Plaintiff Bavarian Nordic A/S*