IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAVARIAN NORDIC A/S and ANTON MAYR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-614 (SLR) |
| ACAMBIS INC. and ACAMBIS PLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## WITHDRAWAL OF DEFENDANTS' MOTION FOR ATTORNEY FEES

Defendants Acambis Inc. and Acambis plc hereby withdraw Defendants' Motion for Attorney Fees (D.I. 162).

                                                                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                                            */s/ Mary B. Graham*

                                                            Mary B. Graham (#2256)
                                                            Rodger D. Smith II (#3778)
                                                            James W. Parrett, Jr. (#4292)
                                                            1201 North Market Street
                                                            P.O. Box 1347
                                                            Wilmington, DE  19899
                                                            (302) 658-9200

OF COUNSEL:

William D. Coston
Lindsay B. Meyer
Eric S. Namrow
Martin L. Saad
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

Dated: July 27, 2007
986197

                                                            *Attorneys for Defendants*
                                                            *Acambis Inc. and Acambis plc*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 27, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

Edward A. Pennington
BINGHAM MCCUTCHEN LLP
3000 K Street, Suite 300
Washington, DC  20007

*/s/ Mary B. Graham*

Mary B. Graham (#2256)