**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-2507</u>

Bavarian Nordic AS, et al.

vs.

Acambis Inc, et al.

Bavarian Nordic A/S and Anton Mayr, Appellants

(Delaware District Civil No. 05-cv-00614)

**O R D E R**


        In accordance with the agreement of the parties in the above
entitled case, it is entered dismissed by the Clerk under the
authority conferred upon her by Rule 42(b), Federal Rules
of Appellate Procedure without cost to either party.

*Marcia M. Waldron*

Clerk
United States Court of Appeals
for the Third Circuit


Date: August 9, 2007

cc:
        Daniel S. Nooter, Esq.
        David M. Lubitz, Esq.
        Edward A. Pennington, Esq.
        Krista L. Lynch, Esq.
        William D. Coston, Esq.
        Martin L. Saad, Esq.



**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk